UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| INTELLIVISION, a Joint Venture, | Civil Action No. 07CV 4079 (JGK) |
| Plaintiff, | |
| - against - | RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT <u>MICROSOFT CORPORATION</u> |
| MICROSOFT CORPORATION, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - x

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant Microsoft Corporation (a publicly-held non-governmental party) certifies that Microsoft Corporation has no parent corporation and that no publicly-held corporation owns 10% or more of Microsoft Corporation's stock.

Dated: New York, New York
       May 24, 2007

                                                  Respectfully submitted,

                                                  SULLIVAN & CROMWELL LLP
                                                  Steven L. Holley (SH2485)
                                                  Robert S. Landy (RL9873)
                                                  125 Broad Street
                                                  New York, New York 10004
                                                  (212) 558-4000

                                                  *Attorneys for Microsoft Corporation*