USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - x

INTELLIVISION, a Joint Venture,      :    Civil Action No. 07 CV 4079 (JGK)
                                :    ECF Case

           Plaintiff,      :

    - against -            :

MICROSOFT CORPORATION,      :

           Defendant.  :
- - - - - - - - - - - - - - - - - - - - - - x

## JOINT STIPULATION AND PROPOSED ORDER

Plaintiff Intellivision and defendant Microsoft Corporation ("Microsoft"),

by the undersigned counsel, hereby agree and stipulate that Microsoft's response to the

complaint in the above-captioned shall be due on or before Monday, June 18, 2007

subject to approval by this Court.

INTELLIVISION                  MICROSOFT CORPORATION

By _____      By: _____
Bruce D. Katz                 Steven L. Holley
BRUCE D. KATZ AND ASSOCIATES    SULLIVAN & CROMWELL LLP
225 Broadway                125 Broad Street
37th Floor                  New York, New York 10004-2498
New York, New York 10007      (212) 558-4000
(212) 233-3434             (212) 558-3588 (fax)

So ordered.

_____
U.S.D.J.

6/1/07