UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
INTELLIVISION, a Joint Venture,           :    Civil Action No. 07 CV 4079 (JGK)
                                          :    ECF Case
                    Plaintiff,            :
                                          :    **NOTICE OF APPEARANCE**
       - against -                        :    **FOR STEVEN L. HOLLEY**
                                          :
                                          :
MICROSOFT CORPORATION,                    :
                                          :
                    Defendant.            :
- - - - - - - - - - - - - - - - - - - - - - - - -x

To the Clerk of this Court and all counsel of record:

   Please enter my appearance as counsel in this action for Defendant Microsoft Corporation.

   I certify that I am admitted to practice in this Court.

Dated: June 15, 2007

                                      Respectfully submitted,

                                      _____
                                      Steven L. Holley (SH2485)
                                      SULLIVAN & CROMWELL LLP
                                      125 Broad Street
                                      New York, New York 10004
                                      (212) 558-4000

                                      *Attorney for Microsoft Corporation*