

## LAW OFFICES
# Bruce D. Katz & Associates
Attorneys and Counselors at Law
The Transportation Building
225 Broadway, 37th Floor
New York, New York, 10007
(212) 233-3434
(212) 208-3060 Fax

July 3, 2007

**BY FACSIMILE (212)805-7912**
Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007

Re: Intellivision v. Microsoft Corp.
Civil Action No. 07-CV-4079(JGK)

Dear Judge Koeltl:

I am counsel for plaintiff, Intellivision, in the above-captioned action, and I am writing to advise the Court that the parties have agreed to a two-week extension of time for plaintiff to serve its opposition to defendant's motion to dismiss. No previous request has been sought.

The original due date for plaintiff's opposition was June 29, 2007. Based on the two-week extension of time, the new due date is July 13, 2007.

Respectfully submitted,

Bruce D. Katz

BDK/mm
cc: Steven L. Holley, Esq. (by email)

APPLICATION GRANTED
SO ORDERED
7/3/07
John G. Koeltl, U.S.D.J.