> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7 19 07

LAW OFFICES

# Bruce D. Katz & Associates

## Attorneys and Counselors at Law
### The Transportation Building
225 Broadway, 37th Floor
New York, New York, 10007
(212) 233-3434
(212) 208-3060 Fax

July 19, 2007

**BY FACSIMILE (212)805-7912**

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007

Re:  Intellivision v. Microsoft Corp.
      Civil Action No. 07-CV-4079(JGK)

Dear Judge Koeltl:

I am counsel for plaintiff, Intellivision, in the above-captioned action, and I am writing to request an additional extension of time for plaintiff to serve its opposition to defendant's motion to dismiss on July 19, 2007 and extending defendant's time to reply until July 30, 2007. Counsel for the parties have agreed to the requested extension.

A previous two-week extension was requested by the parties and was granted by this Court on July 3, 2007.

The original due date for plaintiff's opposition was June 29, 2007. Based on this additional extension plaintiff will serve its papers on July 19, 2007 and defendant shall serve its reply by July 30, 2007.

Respectfully submitted,

Bruce D. Katz

BDK/mm
cc: Steven L. Holley, Esq. (by email)

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

7/19/07