UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | | |
|---|---|---|
| INTELLIVISION, a Joint Venture, | ) | |
| | ) | ECF CASE |
| | ) | |
| Plaintiff, | ) | **RULE 7.1 STATEMENT** |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. |
| MICROSOFT CORPORATION, | ) | 07-CV-4079(JGK) |
| | ) | |
| | ) | |
| Defendant. | ) | |

_____ )

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff (a private, non-governmental party), certifies that said party has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
       July 20, 2007

/s/_____
By:  Bruce D. Katz, Esq. (BK2041)
     Bruce D. Katz & Associates
     225 Broadway – 37th Floor.
     New York, NY 10007
     (212)233-3434

*Attorneys for Plaintiff*
Intellivision