# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/07

July 27, 2007

*[Handwritten: Motion to Dismiss (Dock. No. 6) is denied without prejudice as moot. So ordered. 7/27/07 — J.G. Koeltl, U.S.D.J.]*

By Facsimile

The Honorable John G. Koeltl,
 United States District Judge,
  Daniel Patrick Moynihan
  United States Courthouse,
   500 Pearl Street, Room 1030,
    New York, New York 10007.

Re: *Intellivision v. Microsoft Corporation*, 07 CV 4079(JGK)

Your Honor:

      We represent Microsoft Corporation ("Microsoft") in the above-captioned action. On June 15, 2007 Microsoft filed a notice of motion to dismiss Intellivision's original complaint along with a supporting memorandum of law. The briefing of that motion was underway when, on July 20, 2007, counsel for Intellivision served a first amended complaint on Microsoft.

      The amended complaint eliminated one cause of action from the original complaint, and included two new causes of action. It also added a variety of new factual allegations. Given the service of this amended complaint, Microsoft's original motion to dismiss is now moot. Microsoft will answer or otherwise respond to the amended complaint by August 9, 2007, as required by Fed. R. Civ. P. 12(a).

Respectfully,

Steven L. Holley

cc: Bruce D. Katz, Esq.
 (Counsel for Intellivision)

# FAX COVER PAGE

## SULLIVAN & CROMWELL LLP

125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

📠 FAX NUMBER
☎ VOICE NUMBER

Date: July 27, 2007

**FROM:**    SENDER'S NUMBER(S)

Robert S. Landy on behalf of Steven L. Holley  ☎ (212) 558-7910

| TO: | COMPANY | NUMBER(S) |
|---|---|---|
| 1. The Honorable John G. Koeltl<br>United States District Judge | United States Courthouse (SDNY) | 📠 (212) 805-7912 |
| 2. Bruce D. Katz, Esq. | Bruce D. Katz and Associates | 📠 (212) 208-3060<br>☎ (212) 233-3434 |

**Message:**

Re: Intellivision v. Microsoft Corporation, 07 CV 4079(JGK)

Number of pages sent
(including cover sheet[s])    **2**

If there are any problems with this facsimile, please call Fax Department at this number: (212) 558-3586.

**Confidentiality Note:** The information in this facsimile message ("fax") is sent by an attorney or his/her Agent, is intended to be confidential and for the use of only the individual or entity named above. The information may be protected by attorney/client privilege, work product immunity or other legal rules. If the reader of this message is not the intended recipient, you are notified that retention, dissemination, distribution or copying of this fax is strictly prohibited. If you receive this fax in error, please notify us immediately by telephone and return it to the address above. Thank you.