08/07/2007 05:43 FAX 12125584812     S&C LLP 125 BRD ST 35B                    ☒002/003

Case 1:07-cv-04079-JGK   Document 16   Filed 08/16/2007   Page 1 of 2

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

August 7, 2007

By Facsimile

The Honorable John G. Koeltl,
    United States District Judge,
        Daniel Patrick Moynihan
    United States Courthouse,
        500 Pearl Street, Room 1030,
            New York, New York 10007.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 8/14/07

Re:  *Intellivision v. Microsoft Corporation, 07 CV 4079(JGK)*

Your Honor:

      We represent Microsoft Corporation ("Microsoft") in the above-captioned action. On July 20, 2007, counsel for Intellivision served a first amended complaint on Microsoft. Under Fed. R. Civ. P. 12(a), Microsoft's response is currently due on August 9, 2007. We have contacted counsel for Intellivision and informed him that we intend to file a motion to dismiss the first amended complaint. Subject to the approval of the Court, the parties have agreed to, and hereby request, the following briefing schedule:

1. Microsoft will serve its motion to dismiss Intellivision's first amended complaint on or before Friday, August 17, 2007;

2. Intellivision will serve its response to Microsoft's motion on or before Friday, September 14, 2007; and

3. Microsoft will serve its reply on or before Friday, September 28, 2007.

APPLICATION GRANTED.
SO ORDERED.

_(signature)_
USDJ

PART ONE

The Honorable John G. Koeltl                                                                -2-

    Although the Court has granted previous requests for an extension of time in this case, this is the first request for an extension of time by either party with respect to this motion.

                        Respectfully,

                        Steven L. Holley

cc:  Bruce D. Katz, Esq.
    (Counsel for Intellivision)