UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - -x
                                          :
INTELLIVISION, a Joint Venture,           :    Civil Action No. 07 CV 4079 (JGK)
                                          :    ECF Case
                         Plaintiff,       :
                                          :    **NOTICE OF MOTION**
        - against -                       :
                                          :
                                          :
MICROSOFT CORPORATION,                    :
                                          :
                         Defendant.       :
- - - - - - - - - - - - - - - - - - - - - -x


## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Microsoft Corporation in Support of Defendant's Motion to Dismiss Intellivision's First Amended Complaint, dated August 17, 2007, and the Declaration of Robert S. Landy dated August 17, 2007, including the exhibits attached thereto, the defendant will move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, before the Honorable John G. Koeltl, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, at a time and place to be determined by the Court, for an Order dismissing Plaintiff's Amended Complaint in its

-2-

entirety, and for such further and other relief that the Court may deem just and proper.

Dated: New York, New York
       August 17, 2007

                                       Respectfully submitted,

                                       /s/_____
                                       SULLIVAN & CROMWELL LLP
                                       Steven L. Holley (SH2485)
                                       Robert S. Landy (RL9873)
                                       125 Broad Street
                                       New York, New York  10004
                                       (212) 558-4000

                                       *Attorneys for Microsoft Corporation*