# EXHIBIT 5

# Microsoft

## Microsoft WebTV Networks Announces Pricing for UltimateTV Service

UltimateTV Is First and Only Service That Integrates DIRECTV Programming, Digital Video Recording, Interactive Television and Internet Access for One Low Price

**MOUNTAIN VIEW, Calif., Oct. 26, 2000** — Microsoft WebTV Networks, Inc. today announced that for $9.95 a month, UltimateTV® service subscribers will have up to 35 hours of digital video recording (DVR), the ability to pause live TV, interactive television and three hours of Internet access. For an additional five dollars, or a total price of $14.95, subscribers can use their own compatible Internet service provider (ISP) such as the MSN® network of Internet services. DIRECTV &#210; programming is sold separately; package prices vary.

"For the same price as traditional DVR-only services, UltimateTV subscribers get a whole lot more," said Bruce Leak, president of Microsoft WebTV Networks. "You can watch one show while you record another, interact with enhanced TV programming, respond to interactive offers with a click of the remote, and communicate with family and friends."

The DIRECTV receiver with UltimateTV service from Microsoft puts viewers in control of a more enjoyable TV experience. It's the only fully integrated product offering with DIRECTV programming, digital video recording, interactive television and Internet access in one complete package, and the only satellite receiver to allow viewers to watch two shows on DIRECTV at the same time (picture-in-picture), watch one show while recording another, and record up to 35 hours of digital-quality programming for later viewing on their own "personal lineup." Viewers can choose from more than 500 hours per week of interactive television, respond to promotions with the click of a remote, and stay in touch with family and friends via e-mail. The Advanced Program Guide provides viewers with the ability to watch and record programs up to 14 days out.

This innovative digital video recording system can also record two shows simultaneously while maintaining full digital video and audio recording quality. The live television controls include pause, instant replay, slow motion, jump ahead, fast-forward and rewind. With picture-in-picture a viewer can watch a football game on one screen and breaking news on another.

The interactive-TV capability of UltimateTV, based on the Microsoft® TV Platform software, enables users to dig more deeply into information-based programs, play along with game shows, find out about a favorite television star or check sports statistics. Kid Friendly® technology and Surfwatch controls allow parents to limit their children's access to both Web and television content. Integrated Internet access allows subscribers to respond to offers with either a click of the remote or a quick e-mail message.

### About WebTV Networks

WebTV Networks, Inc. is a leading provider of enhanced TV services using Internet and digital technologies. WebTV Networks offers a range of enhanced TV services for set-top boxes, satellite products and other TV-related devices. Today, these services include the WebTV Classic Internet service, the WebTV Plus interactive service and WebTV Personal TV service. WebTV Networks owns and operates a network of TV services and provides enabling software and hardware reference designs to consumer electronics manufacturers.

WebTV Networks, based in Mountain View, Calif., is a wholly owned subsidiary of Microsoft Corp. Microsoft incorporates WebTV® technologies in the Microsoft TV software platform, which it licenses to television network operators worldwide.

### About Microsoft

Founded in 1975, Microsoft (Nasdaq "MSFT") is the worldwide leader in software, services and Internet technologies for personal and business computing. The company offers a wide range of products and services

designed to empower people through great software -- any time, any place and on any device.

Microsoft, WebTV, UltimateTV, MSN and Kid Friendly are either registered trademarks or trademarks of Microsoft Corp. in the United States and/or other countries.

DIRECTV Inc. and DIRECTV are trademarks of DIRECTV Inc., a unit of Hughes Electronics Corp.

The names of actual companies and products mentioned herein may be the trademarks of their respective owners.

*Note to editors:* If you are interested in viewing additional information on Microsoft, please visit the Microsoft Web page at http://www.microsoft.com/presspass/ on Microsoft's corporate information pages.

⇧ Top of page

Manage Your Profile

© 2007 Microsoft Corporation. All rights reserved.   Terms of Use | Trademarks | Privacy Statement