# EXHIBIT 8

100217

**Time of Request:** Thursday, August 09, 2007  16:00:00 EST
**Client ID/Project Name:** 013339/0167
**Number of Lines:** 2273
**Job Number:**      1862:41835415

Research Information

**Service:**   Terms and Connectors Search
**Print Request:** All Documents 1-240
**Source:** Mega News, All (English, Full Text)
**Search Terms:** Ultimatetv and date(geq (06/12/2000) and leq (01/16/2001))

**Send to:**  GROSS,, MATTHEW
          SULLIVAN & CROMWELL
          125 BROAD ST
          NEW YORK, NY 10004-2400

1. Business Wire, January 16, 2001, Tuesday, 552 words, WorldNet Resource Group appoints David Cronshaw as Chief Technical Officer, Jan. 16, 2001
... Cronshaw conceptualized and founded UltimateTV, a company for which he ...
... continued to manage the operations of UltimateTV until, as a direct ...
... purchased the name and trademark of UltimateTV in May 2000. ...


2. The Miami Herald, January 16, 2001, Tuesday, MI-COMPUTING-COL, 877 words, The Miami Herald Computer Column, By Peggy Rogers
... promoting hardware, its new UltimateTV and its Xbox video-game ...


3. PR Newswire, January 16, 2001, Tuesday, FINANCIAL NEWS, 3766 words, HUGHES Reports 21-Percent Revenue Growth in Fourth Quarter 2000; A Record 1 Million Gross New U.S. Customers Purchase DIRECTV(R) Systems During the Quarter; , EL SEGUNDO, Calif., Jan. 16
... introductions, including DIRECTV with UltimateTV, the DIRECTV/AOLTV receiver, ...


4. THE SEATTLE POST-INTELLIGENCER, January 16, 2001, Tuesday, , FINAL, Pg. D7, 1066 words, HAMMERED LAST YEAR, MICROSOFT KEEPS ITS FINGERS CROSSED FOR 2001; NEW PRODUCTS MAY HOLD THE KEY; PC SLOWDOWN, ANTITRUST CAST STILL BRING PAIN TO REDMOND, DAN RICHMAN P-I reporter
... company's recently announced UltimateTV service, to be available next ...
... top of DirecTV fees. UltimateTV hardware will be built ...


5. Advertising Age, January 15, 2001, Monday, Pg. S2, 1691 words, Interacting with iTV: marketers are tuning in ; Advertisers and iTV providers are scrambling to exploit the market, but it remains unclear exactly how it all will work, TOBI ELKIN
... Microsoft Corp.'s UltimateTV, to cable operators' interactive and ...
... two fronts. The company's UltimateTV product, which debuted recently, is also ...
... Schoeben, senior director, UltimateTV planning. Mr. Schoeben ...


6. Advertising Age, January 15, 2001, Monday, Pg. S14, 1208 words, Interactive guides vie for dominance; TV Guide hopes to attract advertisers by controlling consumers' eyeballs, WAYNE FRIEDMAN
... Microsoft Corp.'s UltimateTV and America Online's AOLTV. ...


7. Advertising Age, January 15, 2001, Monday, Pg. 40, 393 words, Marketers push convergence; Despite portents of soft economy, gadgets big attraction at CES show, Tobi Elkin
... San Francisco, for UltimateTV-a digital video ...
... postponed the national launch of UltimateTV, originally slated for ...


8. Client Server News, January 15, 2001, Pg. NA, 209 words, Microsoft Targets TiVO with UltimateTV; Product Announcement
... for what it's calling UltimateTV, a blend of its WebTV ...

9. Consumer Electronics, January 15, 2001, Monday, NOTEBOOK, 206 words
... sought product to counter UltimateTV unit that combines DirecTV and ...


10. Electronic News (1991), January 15, 2001, No. 3, Vol. 47; Pg. 2 ; ISSN: 1061-6624, 817 words, DTV Takes off at
CES; digital television; Consumer Electronics Show; Industry Trend or Event, ROMANELLI, ALEX
... most actively promoting was UltimateTV, due in stores next month. UltimateTV integrates programming from
DirectTV with ...
... two television channels. The UltimateTV has a 40Gbyte hard ...
... product manager for UltimateTV, was keen to dispel rumors that ...
... secondary product.  "Think of UltimateTV as a brand and Web ...


11.  Electronic News, January 15, 2001, NEWS; Pg. 2, 816 words, DTV Takes off at CES, Alex Romanelli
... most actively promoting was UltimateTV, due in stores next month. UltimateTV integrates programming from
DirectTV with ...
... two television channels. The UltimateTV has a 40Gbyte hard ...
... product manager for UltimateTV, was keen to dispel rumors that ...
... secondary product. "Think of UltimateTV as a brand and Web ...
... different target audience." UltimateTV will retail for ...
... receiver chip; lamptenna; UltimateTV; TiVo


12. Online Reporter, January 15, 2001, 2739964, 299 words, Microsoft Launches UltimateTV
... WebTV Network introduced UltimateTV, a new service that ...
... debuted its TiVO-smacking UltimateTV service, which integrates DirecTV's ...
... 22 per month, the UltimateTV service will cost ...
... DirectTV receivers, which provide the UltimateTV service. RCA's receivers ...
... uncertain what kind of response UltimateTV will meet. The service is ...
... boxes. DirecTV programming and UltimateTV subscriptions will be sold ...


13. The Online Reporter, January 15, 2001, Pg. NA ; ISSN: 1364-7113, 287 words, Microsoft Launches UltimateTV;
Microsoft's WebTV Networks
... debuted its TiVO-smacking UltimateTV service, which integrates DirecTV's ...
... 22 per month, the UltimateTV service will cost ...
... DirectTV receivers, which provide the UltimateTV service. RCA's receivers ...
... uncertain what kind of response UltimateTV will meet. The service is ...
... boxes. DirecTV programming and UltimateTV subscriptions will be sold ...


14. The San Francisco Chronicle, JANUARY 15, 2001, MONDAY,, FINAL EDITION, BUSINESS;, Pg. B1, 1619
words, Microsoft Branches Out;  Software maker opens windows to video games, cellular phones and more, Kelly Zito
... console and gave demonstrations of UltimateTV, its melding of satellite TV, ...
... it's Xbox, MSN or UltimateTV."  This week investors will be ...
... TiVo will compete with UltimateTV, due out in ...
... past several years and why UltimateTV will fail.  "The idea of ...
... strategic planning for UltimateTV. "A few years ...

15. Client Server News, January 14, 2001, Pg. NA, 889 words, Moxi To Challenge Microsoft; Moxi Media Center from Moxi Digital; Product Announcement, Fulton, Curtis Lee
... February, not to mention its UltimateTV interests. When asked who was ...

16. Contra Costa Times (California), January 14, 2001 Sunday FINAL EDITION, BUSINESS; Tech Test Drive; Pg. G01, 1299 words, CONVERGENT TECHNOLOGIES EMERGING, Mike Langberg
... Ultimate TV (www.ultimatetv.com). Personal Video ...

17. Contra Costa Times (California), January 14, 2001 Sunday FINAL EDITION, BUSINESS; Pg. G07, 485 words, VIDEO ON DEMAND COMING SOON, Dawn C. Chmielewski
... brand names TiVo, UltimateTV and Dish Network for ...
Microsoft Corp. announced its UltimateTV service for DirecTV ...
... product, after all). UltimateTV receivers will be available ...
... including wireless keyboard. The UltimateTV service including electronic ...

18. San Jose Mercury News, January 14, 2001, Sunday, SJ-TECH-REVIEW, 1326 words, San Jose Mercury News, Calif., Technology Testdrive Column, By Mike Langberg
... Ultimate TV (www.ultimatetv.com). Personal Video ...

19. San Jose Mercury News, January 14, 2001, Sunday, SJ-VIDEO, 495 words, Las Vegas Electronics Show Highlights Non-Cable Video-on-Demand, By Dawn C. Chmielewski
... brand names -- TiVo, UltimateTV and Dish Network -- for ...
Microsoft Corp. announced its UltimateTV service for DirecTV ...
... product, after all). UltimateTV receivers will be available ...
... including wireless keyboard. The UltimateTV service -- including electronic ...

20. San Jose Mercury News (California), January 14, 2001 Sunday MORNING FINAL EDITION, PERSONAL TECHNOLOGY; Pg. 1E, 474 words, NON-CABLE VIDEO ON DEMAND JUST AROUND CORNER, DAWN C. CHMIELEWSKI, Mercury News
... brand names -- TiVo, UltimateTV and Dish Network -- for ...
Microsoft Corp. announced its UltimateTV service for DirecTV ...
... product, after all). UltimateTV receivers will be available ...
... including wireless keyboard. The UltimateTV service -- including electronic ...

21. PR Newswire, January 12, 2001, Friday, FINANCIAL NEWS, 1789 words, Tracey Ullman and Allan McKeown Co-Emcee Second Annual Interactive TV Pitch Competition, Sponsored by Microsoft TV, at NATPE 2001; Competition Lets Contestants Pitch Their Best Interactive TV Ideas to a Panel Of Television Elites, REDMOND, Wash., Jan. 12
... services such as the WebTV service and the UltimateTV(R) service.    Style and ...
... Microsoft, Windows, WebTV, UltimateTV and Windows Media are either ...

22. Los Angeles Times, January 11, 2001 Thursday,  Home Edition, TECH TIMES; Part T; Financial Desk; Pg. 1 , 1468 words, CONSUMER ELECTRONICS SHOW SPECIAL REPORT;  @HOME;  CONNECTING FROM THE

COUCH: DVDS, DIGITAL TVS, PVRS, JON HEALEY, jon.healey@latimes.com
... Sony's and Thomson's version of UltimateTV, a Microsoft-powered ...
Patti Scanlon explains UltimateTV, a Microsoft-powered ...


23. Newhouse News Service, January 11, 2001 Thursday, LIFESTYLE, 821 words, Coming Soon to a Wish List Near You: New Electronic Gizmos, By WINN L. ROSCH; Winn L. Rosch is a staff writer with The Plain Dealer of Cleveland
... likewise for television. Its UltimateTV system, shown at the ...
... set-top box. UltimateTV combines digital video ...
... details at www.UltimateTV.com. Microsoft also hopes to ...


24. The New York Post, January 10, 2001, Wednesday, All Editions; Pg. 034, 405 words, JOE 6-PACK IS WIRED - NEW LA-Z-BOY E-CLINER' HAS M'SOFT WEBTV, Joseph Gallivan
... Video Recorder called UltimateTV, and the X-Box video ...


25. VIA SATELLITE, January 10, 2001, Vol. 16, No. 1, 969 words, Dollars And Sense: Video Is Not The End Game For DBS
... TV Services (AOLTV, UltimateTV, etc.) offer television ...


26. Business Wire, January 9, 2001, Tuesday, 81 words, ON24 Audio Investor Alert: Keynote: MSFT Chairman Bill Gates on the Digital Lifestyle
... XBox gaming platform and UltimateTV. For the complete streaming ...


27. Business Wire, January 9, 2001, Tuesday, 88 words, ON24 Audio Investor Alert: MSFT Consumer Business Chief Explains XBox Hardware Focus
... company, but XBox and UltimateTV provide new opportunities ...


28. The Gold Coast Bulletin (Australia), January 9, 2001, Tuesday, THE NET; Pg. 21, 922 words, Vegas view on cards, by David Hellaby
... console and what the company calls its UltimateTV Service.   The much-discussed ...


29. National Post (Canada), January 09, 2001 Tuesday, NATIONAL EDITIONS, FINANCIAL POST: EWORLD;, Pg. C07, 425 words, PC giants chase digital content cash: Intel, Microsoft push products at electronics show, Simon Avery;savery@nationalpost.com, LAS VEGAS
... shelves this fall, as well as its UltimateTV service -- a personal ...


30. AFX European Focus, January 8, 2001 Monday, MARKETS, 1073 words, Wall Street shares AFX at a glance outlook, NEW YORK
... console    -Microsoft launches UltimateTV subscription service    -Intel's ...


31. Hamilton Spectator (Ontario, Canada), January 8, 2001 Monday Final Edition, STEELTOWN; Pg. D11, 529 words, Fast forward digital decade, LAS VEGAS

... titan this year is launching its UltimateTV service, a combination of ...


32. The Leader-Post (Regina, Saskatchewan), January 8, 2001 Monday Final Edition, Financial; Pg. C2, 790 words, Electronics show has lots of goodies, LAS VEGAS
... titan this year is launching its UltimateTV service, a combination of ...


33. Philippine Daily Inquirer, January 8, 2001, Pg. 11, 1019 words, INFOTECH IS THE PC ERA OVER?, ERWIN LEMUEL G. OLIVA
... MS stocks from his new UltimateTV. We can go on ...
... Gates showed off UltimateTV, a reported satellite- ...


34. AFX - Asia, January 7, 2001 Sunday, COMPANY NEWS, 105 words, Microsoft launches UltimateTV subscription service, LAS VEGAS
Microsoft Corp launched its UltimateTV subscription service, which combines ...
... television and internet access.    UltimateTV is the only service that utilizes ...
... DirecTV receivers for the UltimateTV service are made by ...


35. Richmond Times Dispatch (Virginia), January 7, 2001, Sunday,, CITY EDITION, Pg. E-1, 782 words, DIGITAL STILL DOMINATES AT TRADE SHOW, Gregory J. Gilligan; Times-Dispatch Staff Writer; Contact Gregory J. Gilligan at (804) 649-6379 or; ggilligan@timesdispatch.com, LAS VEGAS
... Microsoft plans to launch its UltimateTV service, a combination of ...


36.  The Star-Ledger (Newark, New Jersey), January 7, 2001 Sunday,   FINAL EDITION, NEWS; Pg. 21, 1060 words, Microsoft and Intel show they're still ready to play, KEVIN COUGHLIN, STAR-LEDGER STAFF, LAS VEGAS
... television service called UltimateTV?
... top cable boxes. UltimateTV, previewed yesterday, is a ...
... wizardry of PCs into Xboxes, UltimateTV and wireless Web pads."  ...


37. Contra Costa Times (California), January 6, 2001 Saturday FINAL EDITION, BUSINESS; Pg. C11, 552 words, ENTERTAINMENT DOMINATES TRADE SHOW; CONSUMER ELECTRONICS SHOW OPENS THIS WEEKEND IN LAS VEGAS, May Wong, LAS VEGAS
... titan this year is launching its UltimateTV service, a combination of ...


38.  Daily Breeze (Torrance, California), January 6, 2001 Saturday,   Home Edition, BUSINESS; Pg. C7, 619  words, PC takes back seat at electronics show; Home entertainmentgadgets to dominate, May Wong, AP TECHNOLOGY WRITER
... titan this year also is launching its UltimateTV service, a combination of ...


39.  Grand Rapid Press (Michigan), January 6, 2001 Saturday,   ALL S EDITION, BUSINESS; Pg. D4, 782 words, Electronics show promotes gadgets;  Microsoft, Intel and others are offering entertainment items in a bid to prop up sagging sales.
... titan this year is launching its UltimateTV service, a combination of ...

40. PR Newswire, January 6, 2001, Saturday, FINANCIAL NEWS, 1301 words, Bill Gates and Microsoft Show Consumers How to 'Bring It Home' With the Next Wave of Consumer Electronics and Solutions; Keynote Speech Offers First Look at Xbox Game Console and a 'Whistler'-Style PC, Along With Demonstrations of UltimateTV, Advances in Digital Music, Home Networking and Internet Services, LAS VEGAS, Jan. 6
... video gaming system and UltimateTV(R) service and continuing  ...
... services, while Xbox, UltimateTV, eBooks and other advances are  ...
... Xbox wrestling game.  UltimateTV: One Box Does It All    Microsoft is also debuting UltimateTV at CES. In his  ...
... Gates showed how UltimateTV allows consumers to pause and  ...
... schedule. Future enhancements to UltimateTV, including Ethernet capability,  ...
... NOTE:  Microsoft, Xbox, UltimateTV, MSN, Windows and Windows  ...


41. PR Newswire, January 6, 2001, Saturday, FINANCIAL NEWS, 663 words, Microsoft Launches UltimateTV Retail Service Center, LAS VEGAS, Jan. 6
... new DIRECTV receiver with UltimateTV(R) service from Microsoft. The  ...
... online support for UltimateTV sales.    (Photo:  http:// ...
... will provide benefits to UltimateTV retailers including a free* UltimateTV showroom account, free**  ...
... upcoming products and services. UltimateTV retailers can call the  ...
... consumers' questions about UltimateTV," said Eric Estroff,  ...
... ammunition they need to sell UltimateTV:  a free** showroom,  ...
... Sony DIRECTV receivers with UltimateTV service are the first and only  ...
... limit quantity.    Microsoft, UltimateTV and WebTV are either registered  ...


42. PR Newswire, January 6, 2001, Saturday, FINANCIAL NEWS, 1265 words, Industry-Leading Consumer Electronics Manufacturers Announce New Microsoft Windows CE-Based Devices at 2001 International CES; Bill Gates Demonstrates Wide Range of Windows Powered Devices in Keynote Address, LAS VEGAS, Jan. 6
... Hewlett-Packard Co., UltimateTV from Microsoft Corp., and Microsoft  ...


43. PR Newswire, January 6, 2001, Saturday, FINANCIAL NEWS, 880 words, Microsoft Announces Availability of UltimateTV Service; UltimateTV Is First and Only Service That Integrates DIRECTV Programming, Digital Video Recording, Live TV Controls, Interactive Television and Internet Access, LAS VEGAS, Jan. 6
... availability of Microsoft(R) UltimateTV(R) service, the first and  ...
... in one package.  UltimateTV is the only service that utilizes  ...
... varies by package.    "UltimateTV offers consumers a  ...
... new DIRECTV receivers with UltimateTV service manufactured by  ...
... great things about UltimateTV is that it just gets  ...
... Schoeben, senior director, UltimateTV Planning.  "We're already  ...
... coming months."  Features of the UltimateTV service    UltimateTV is the culmination of five years of  ...
... at http://www.ultimatetv.com/.  About WebTV  ...
... device.    NOTE: Microsoft, UltimateTV, MSN, WebPIP and WebTV are  ...


44. St. John's Telegram (Newfoundland), January 6, 2001 Saturday Final Edition, Business; Pg. 27, 664 words, Intel, Microsoft pushing home gadgets, May Wong, LAS VEGAS
... titan this year is launching its UltimateTV service, a combination of  ...


45.  TWICE, January 06, 2001, News; Pg. 12, 755 words, EchoStar Introduces PVR During CES, ByGreg Tarr

... light of Microsoft's rollout of the UltimateTV device this month (a ...
... CES. Both DishPlayer and UltimateTV require an extra ...
... feature promised in the UltimateTV device and coming to the DirecTV/ ...


46.  TWICE, January 06, 2001, Home Satellite; Pg. 69, 2334 words, Internet Returns To TV Sets At CES, ByGreg Tarr
... including its previously announced UltimateTV recorder, that combines a ...


47.  TWICE, January 06, 2001, Video/Home Satellite; Pg. 80, 907 words, Sony's New TiVo Recorder Reaches For The Stars, ByGreg Tarr
... said that like the forthcoming UltimateTV devices that will integrate ...
... Beyond WebTV capability, the UltimateTV products will offer ...


48.  TWICE, January 06, 2001, Video/Home Satellite; Pg. 84, 979 words, Is Personal TV Bundling A Revolution?, By Jimmy Schaeffler
... alliance with Microsoft's new UltimateTV service--an Internet, ...
... Personal TV product UltimateTV, scheduled for first- ...


49.  TWICE, January 06, 2001, News; Pg. 9, 681 words, Sony Kicks Off New High-Scan Wega Era, ByGreg Tarr
... version of the previously announced UltimateTV, which is a combination personal ...


50. Associated Press Online, January 5, 2001; Friday, Financial pages, 815 words,  Home Gadgets Pushed at Tech Show, MAY WONG , LAS VEGAS
... titan this year is launching its UltimateTV service, a combination of ...


51. January 5, 2001, Friday, BC cycle, Business News, 798 words, Hoping to reignite high-tech, Intel, Microsoft pushing home gadgets, By MAY WONG, AP Technology Writer, LAS VEGAS
... titan this year is launching its UltimateTV service, a combination of ...


52. Cable World, January 1, 2001, COVER STORY; ISSN: 1042-7228, 2557 words, Cable Gets Personal; , ANDREA FIGLER
... in-picture andWebTV. The UltimateTV/DirecTV set-top ...


53.  Multichannel News, January 01, 2001, Top Stories; Pg. 30, 393 words, Vegas CES Adds ITV Flavor, ByMONICA HOGAN
... Microsoft Corp.'s "UltimateTV" system, which combines two ...


54. San Jose Mercury News, January 1, 2001, Monday, SJ-ELECTRONICS-SHOW, 435 words, Consumer Electronics Show to Open in Las Vegas, By Dawn C. Chmielewski
... Goo Dolls to launch UltimateTV -- a personal video ...


55. San Jose Mercury News (California), January 1, 2001 Monday MORNING FINAL EDITION, BUSINESS

MONDAY; Pg. 1E, 412 words, COOL GADGETS SPENDING IN 2001 EXPECTED TO REACH $93 BILLION, UP 5%, DAWN C. CHMIELEWSKI, Mercury News
... Goo Dolls to launch UltimateTV -- a personal video ...


56. Hamilton Spectator (Ontario, Canada), December 26, 2000 Tuesday Final Edition, BUSINESS; Pg. C01, 323 words, Forget the VCR ... digital on its way; ReplayTV drops out of market for digital recording, May Wong, SAN JOSE, CALIF.
... Microsoft Corp. launches UltimateTV early next year, ...


57. Hamilton Spectator (Ontario, Canada), December 26, 2000 Tuesday Final Edition, BUSINESS; Pg. C04, 472 words, Digital: No set-top boxes
... for premium services. UltimateTV also plans to charge $9.95 ...


58. Business Wire, December 21, 2000, Thursday, 2251 words, Hughes to Acquire Telocity in $180 Million Cash Deal; Expands Nationwide Broadband Services Capability, Dec. 21, 2000
... interactive services, such as AOLTV and UltimateTV, by providing home ...


59. Advertising Age; Midwest region edition, December 18, 2000, Vol. 71, No. 52; Pg. 54; ISSN: 00018899; CODEN: ADVAAQ, 65393508, ADA-2280-35, 44 words, WebTV shifts its focus to seniors, Beardi, Cara
... prepares to launch its new UltimateTV to the masses early next ...


60. Advertising Age, December 18, 2000, Monday, Pg. 54, 547 words, WebTV shifts its focus to seniors; As 2001 launch of UltimateTV nears, original brands are repositioned, for holiday to make set-top Internet appealing to the 55-plus market, Cara Beardi
... prepares to launch its new UltimateTV to the masses early next ...
... advent of the new brand, UltimateTV, WebTV squarely rests ...
... Internet access." Microsoft's UltimateTV is a more ambitious ...


61. Fortune, December 18, 2000, FIRST; Alsop On Infotech; Pg. 76, 908 words, Can't Our Toys Just Get Along?; As we move from a PC world to a world of many devices, it would be great if they all worked together. Microsoft says it can help. Our columnist shudders., Stewart Alsop
... set-top box: UltimateTV is due to replace WebTV ...


62. TWICE, December 18, 2000, Video/Home Satellite; Pg. 78, 1040 words, Looking Ahead To 2001: What To Expect At Retail, Staff
... by companies and services such UltimateTV by Microsoft, Metabyte's ...


63. Chicago Tribune, December 17, 2000 Sunday, CHICAGOLAND FINAL EDITION, Business; Pg. 5; ZONE: C; BINARY BEAT., 830 words, HIT VCR PAUSE BUTTON: PERSONAL VIDEO RECORDERS ARE HERE, By Mike Langberg, San Jose Mercury News.
... PVR product called UltimateTV (www.ultimatetv.com). The $399 box, to be ...

64. San Jose Mercury News, December 14, 2000, Thursday, BUSINESS AND FINANCIAL NEWS,  K1418, 1435 words, Personal video recorders to revolutionize TV, By Mike Langberg
... PVR product called UltimateTV (www.ultimatetv.com). The $399 box, to be ...
... new wrinkle in UltimateTV: two tuners, so ...


65.  Investor's Business Daily, December 13, 2000, A; Pg. 6, 345 words, By, Investor's Business Daily
... level.  The offering, called UltimateTV, will be available from satellite  ...
... diminish in favor of UltimateTV," said Ed Graczyk,  ...
... enhanced television, he says.  UltimateTV will let users ...


66. Chicago Tribune, December 11, 2000 Monday, CHICAGO SPORTS FINAL EDITION, Business; Pg. 1; ZONE: C, 2265 words, WAITING UP FOR SANTA; PICKING PERFECT GIFT NOT AS EASY AS IT USED TO BE; GIZMO-LOVERS RELISH THE ANTICIPATION--AND THERE'S A LOT TO WISH FOR THIS YEAR., By Gary Dretzka, Tribune Staff Writer.
... recorders    TiVo, WebTV, UltimateTV, AOLTV, $199 and up, ...
... webtv.com, www.ultimatetv.com, www.aoltv. ...


67. U.S. News & World Report, December 11, 2000, NEWS YOU CAN USE; PERSONAL TECH; Vol. 129 , No. 23; Pg. 82, 518 words, TV recorders let viewers program their prime time, By David LaGesse; Janet Rae-Dupree
... a version called "UltimateTV"). But all are struggling  ...


68. Contra Costa Times (California), December 10, 2000 Sunday FINAL EDITION, BUSINESS; TECH TEST DRIVE; Pg. G01, 1411 words, PERSONAL VIDEO RECORDERS WILL REVOLUTIONIZE TV, Mike Langberg
... PVR product called UltimateTV (www.ultimatetv.com). The $399 box, to be ...
... new wrinkle in UltimateTV: two tuners, so  ...


69. Contra Costa Times (California), December 10, 2000 Sunday FINAL EDITION, BUSINESS; Pg. D06, 536 words, HIGH-TECH HOMES GLIMPSE OF FUTURE; COMPANIES ARE CREATING LIVING SPACES TO SHOW OFF GADGETS DESIGNED TO MAKE LIVING EASIER, Michel Marriott
... latest version of the DirecTV with UltimateTV service. Viewers can  ...


70. San Jose Mercury News, December 10, 2000, Sunday, SJ-TECH-REVIEW, 1436 words, San Jose Mercury News, Calif., Technology Testdrive Column, By Mike Langberg
... PVR product called UltimateTV (www.ultimatetv.com). The $ 399 box, to be  ...
... new wrinkle in UltimateTV: two tuners, so  ...


71. Business Wire, December 6, 2000, Wednesday, 1387 words, MassHysteria Presents Innovative Interactive TV and Sports Digital Media Applications At Two Key Industry Shows; The Western Show 2000 eSportsWorld, Dec. 6, 2000
... Liberate, AOLTV and Microsoft UltimateTV interactive television platforms, ...
... Liberate, AOLTV and Microsoft UltimateTV interactive television platforms, ...
... Liberate, AOLTV and Microsoft UltimateTV interactive television platforms, ...
... Liberate, AOLTV and Microsoft UltimateTV interactive television platforms, ...
... Liberate, AOLTV and Microsoft UltimateTV interactive television platforms, ...

... Liberate, AOLTV and Microsoft UltimateTV interactive television platforms, ...
... Liberate, AOLTV and Microsoft UltimateTV interactive television platforms, ...
... Liberate, AOLTV and Microsoft UltimateTV interactive television platforms, ...
... Liberate, AOLTV and Microsoft UltimateTV interactive television platforms, ...
... Liberate, AOLTV and Microsoft UltimateTV interactive television platforms, ...
... Liberate, AOLTV and Microsoft UltimateTV interactive television platforms, ...

72. The Gazette (Montreal, Quebec), December 6, 2000 Wednesday, 668 words, TiVo's hot this year: Their PVR will be big hit at Christmas, LARRY MACDONALD
... will soon launch UltimateTV, which combines its WebTV with satellite ...

73. Advertising Age, December 4, 2000, Monday, Pg. 6, 1122 words, Replay strategic shift marks victory for TiVo, Tobi Elkin and Richard Linnett
... Microsoft Corp.'s UltimateTV and America Online's interactive- ...

74. Multichannel News, December 04, 2000, Inside Broadband; Pg. 104, 513 words, WebTV, CBS in an Interactive Sporting Mood, ByDAVID ILER
... Microsoft's upcoming release of its "UltimateTV" service. Next year, that ...
... migrates away from WebTV to UltimateTV," said Sean Badding, ...
... Badding. Microsoft announced the UltimateTV service in June, ...
... WebTV," said Badding. UltimateTV will include personal ...
... launch in June, UltimateTV will find a ...
... WebTV, Badding said UltimateTV will, in effect, be ...

75. Multichannel News, December 04, 2000, Top Stories; Pg. 10, 905 words, ReplayTV Downsizing Signals a PVR Shift, ByMONICA HOGAN
... Microsoft Corp.'s "UltimateTV" service late this year or ...

76. Newsweek, December 4, 2000,, U.S. Edition, SCIENCE AND TECHNOLOGY; Pg. 48, 1611 words, 2001: A Tech Odyssey, By N'Gai Croal
... unleashes the modestly titled UltimateTV. Used in conjunction with the ...

77. TWICE, December 04, 2000, News; Pg. 1, 747 words, ReplayTV Tunes Out Consumer Market, ByGreg Tarr
... preparing to roll out its UltimateTV hard drive recorder ...

78. USA TODAY, December 4, 2000, Monday,, FINAL EDITION, LIFE;, Pg. 3D, 854 words, Net users, please touch that dial It's becoming truly PC to click on TV as cable and Internet services converge, Jefferson Graham, LOS ANGELES
... Click here * aoltv.com * ultimatetv.com * tivo.com * ...

79. Milwaukee Journal Sentinel (Wisconsin), December 3, 2000 Sunday, ALL EDITIONS, Pg. 04F, 489 words, Wired home full of network possibilities; Microsoft builds example of high-tech residence, MICHEL MARRIOTT New York

Times
... latest version of the DirecTV with UltimateTV service. Viewers can ...

80. Multichannel News International, December 01, 2000, Broadband International; Pg. 21, 2750 words, Interactive TV Making Major Stateside Advances, By Ken Freed
... WebTV, now renamed UltimateTV--to develop an advanced ...

81. Reuters News, December 1, 2000 Friday 11:12 AM GMT, , 978 words, FEATURE-Interactive TV makes inroads in US, jury still out., By Reshma Kapadia, *from Factiva*
... developing platforms with AOLTV and UltimateTV, both of which are "pretty close to the ...

82. Screen Digest, December 1, 2000, 69980593, 188 words, ReplayTV drops consumer hardware strategy.
... offering from Microsoft called UltimateTV. Company has replaced its chairman and ...

83. Los Angeles Times, November 30, 2000, Thursday,, Home Edition, Page 5, 1121 words, THE COOLEST STUFF IN THE UNIVERSE; THE LIVING ROOM GETS PLUGGED IN, JON HEALEY, jon.healey@latimes.com
... problem with their feature-laden UltimateTV box, due sometime ...

84. The New York Times, November 30, 2000, Thursday, Late Edition - Final, Section G; Page 7; Column 1; Circuits , 537 words, In High-Tech Home The Future Is Now, By MICHEL MARRIOTT
... latest version of the DirecTV with UltimateTV service. Viewers can ...

85. The Asian Wall Street Journal, November 29, 2000 Wednesday, TECHNOLOGY; Pg. 11, 412 words, ReplayTV Plans To Shift Its Focus To Licensing --- Company Was Losing Money On Retail Sales of Its Devices, By Anna Wilde Mathews, Staff Reporter, *from Factiva*
... Microsoft Corp. called UltimateTV. TiVo said that at the ...

86. Associated Press Online, November 29, 2000; Wednesday, Financial pages, 979 words, ReplayTV Stumbles, Competitors Rise, MAY WONG , SAN JOSE, Calif.
... Microsoft Corp. launches UltimateTV early next year, ...
... for premium services. UltimateTV also plans to charge $9.95 ...
... com http://www.ultimatetv.com http://www. ...

87. The Wall Street Journal Europe, November 29, 2000 Wednesday, MARKETING & MEDIA; Pg. 28, 574 words, ReplayTV to Stop Direct Sales And Shift Focus to Licensing, By Anna Wilde Mathews, Staff Reporter, *from Factiva*
... Microsoft Corp. called UltimateTV. TiVo said that at the ...

88. November 29, 2000, Wednesday, BC cycle, Business News, 914 words, Digital video recorder pioneer ReplayTV stumbles, competitors rise, By MAY WONG, AP Technology Writer, SAN JOSE, Calif.
... Microsoft Corp. launches UltimateTV early next year, ...
... for premium services. UltimateTV also plans to charge $9.95 ...
... com http://www.ultimatetv.com http://www. ...

89. The Wall Street Journal, November 28, 2000 Tuesday, MARKETING & MEDIA; Pg. B10, 577 words, ReplayTV Will Exit Direct Set-Top Sales, Focus on Licensing Software to Others, By Anna Wilde Mathews, Staff Reporter of The Wall Street Journal, *from Factiva*
... Microsoft Corp. called UltimateTV. TiVo said that at the ...


90. Arkansas Democrat-Gazette (Little Rock, AR), November 27, 2000, Monday, Pg. D1, 1500 words, Digital comes to the fore in home entertainment gifts, DEBORAH KONG, KNIGHT RIDDER NEWSPAPERS
... live TV. Microsoft's UltimateTV, due out by the ...
... branded features. Microsoft's UltimateTV is one of the most ambitious ...
... line to surf the Web. UltimateTV service costs from $ 9.95 to $ 14.95 monthly. UltimateTV also has dual tuners, which means you ...


91. San Jose Mercury News, November 23, 2000, Thursday, BUSINESS AND FINANCIAL NEWS,  K1793, 2130 words, Transition to digital reshaping consumer electronics, By Deborah Kong
... live TV. Microsoft's UltimateTV, due out by the ...
... branded features. Microsoft's UltimateTV is one of the most ambitious ...
... line to surf the Web. UltimateTV service costs from $9.95 to $14.95 monthly. UltimateTV also has dual tuners, which means you ...


92. Advertising Age, November 20, 2000, Monday, Pg. 16, 1139 words, Gearing up for Xbox launch; A growing contingent of marketers, developers and programmers are preparing to lead Microsoft's charge against Sony's dominant PlayStation 2 game console., Tobi Elkin
... morphing into something called UltimateTV; and PocketPC. Microsoft's toy ...


93. Contra Costa Times (California), November 20, 2000 Monday FINAL EDITION, BUSINESS; Pg. SP05, 2027 words, DIGITAL PRODUCTS HOT FOR THE HOME THIS YEAR; EXPECT TO FIND A SLEW OF DVD PLAYERS, DIGITAL TVS AND RELATED PRODUCTS, Deborah Kong
... live TV. Microsoft's UltimateTV, due out by the ...
... branded features. Microsoft's UltimateTV is one of the most ambitious ...
... line to surf the Web. UltimateTV service costs from $9.95 to $14.95 monthly. UltimateTV also has dual tuners, which means you ...


94. PR Newswire, November 16, 2000, Thursday, FINANCIAL NEWS, 781 words, CBS Television and WebTV Networks to Deliver Interactive Telecasts of College Football Games; Interactive Content Includes Live Polling, Team Stats and Player Profiles, NEW YORK and MOUNTAIN VIEW, Calif., Nov. 16
... WebTV(R) Plus or UltimateTV(R) services.    (Photo:  ...
... DISHPlayer 500. Microsoft UltimateTV service for DIRECTV ...
... NOTE:  Microsoft, WebTV and UltimateTV are either registered trademarks or ...


95. Daily News (New York), November 15, 2000, Wednesday, SPORTS FINAL EDITION, NEWS;, Pg. 38, 864 words, LIVING ONLINE   CYBER HOUSE UP AND RUNNIN', By RACHEL SCHEIER DAILY NEWS BUSINESS WRITER
... players and something called UltimateTV. But no bathroom. The ...
... came in handy, because with UltimateTV, you can pull up the " ...

96. The New York Post, November 15, 2000, Wednesday, All Editions; Pg. 056, 790 words, BACK TO THE PRESENT IN MICROSOFT HOME, Mary Huhn
... living room features the UltimateTV Service, which is somewhat like  ...


97. PR Newswire, November 15, 2000, Wednesday, FINANCIAL NEWS, 1100 words, Technology, Entertainment and Imagination Connect at Unveiling of Microsoft Home in New York; New Home and Web Site Showcase How Families Will Live, Relax and Stay Connected, NEW YORK, Nov. 15
... programming with technologies such as the Microsoft UltimateTV(R) service.  In the  ...


98. PR Newswire, November 15, 2000, Wednesday, FINANCIAL NEWS, 1170 words, Technology, Entertainment and Imagination Connect at Unveiling of Microsoft Home in New York; New Home and Web Site Showcase How Families Will Live, Relax and Stay Connected, NEW YORK, Nov. 15
... programming with technologies such as the Microsoft UltimateTV(R) service. In the  ...
... Windows, Picture It!, UltimateTV, Windows Media, "Age of ...


99. Sun-Sentinel (Fort Lauderdale, FL), November 8, 2000, Wednesday,, Broward Metro EDITION, Pg. 1D, 1184 words, TALKING TO YOUR TV; 'TELEWEBBING' IS THE COMING WAVE IN LINKING YOUR HOME TO AN INTERACTIVE WORLD., JOSEPH MANN ; Business Writer
... without a VCR and UltimateTV (DirecTV's version of WebTV), which  ...


100. Computer Shopper, November 1, 2000, Pg. 186 ; ISSN: 0886-0556, 3397 words, Media Merger; Technology Information, Somers, Asa
... Microsoft recently announced its UltimateTV service, which bundles the interactivity of  ...


101. The Australian, October 31, 2000, Tuesday, FINANCE; Pg. 20, 385 words, News sky high on reports of Microsoft deal, Finola Burke  * Media
... partnership with DirecTV through its UltimateTV service.


102. The Asian Wall Street Journal, October 30, 2000 Monday, INTERNATIONAL NEWS; Pg. 2, 609 words, Microsoft May Invest In Sky Global Networks --- Transaction Would Boost News Corp. Unit, By John Lippman and Rebecca Buckman, Staff Reporters, *from Factiva*
... partners with DirecTV through its UltimateTV service, which is scheduled to make its  ...


103. BRANDWEEK, October 30, 2000, 342 words, Strategy: Microsoft's $50M Turns On 'Ultimate TV'
... senior director for UltimateTV planning at Microsoft,  ...
... yet.   Touting individual UltimateTV features, like the ability to  ...


104. The Globe and Mail (Canada), October 30, 2000 Monday, REPORT ON BUSINESS: THE WALL STREET JOURNAL; Pg. B7, 525 words, Microsoft may invest in News Corp. venture;  Software company in talks to buy stake; in Murdoch's Sky Global Networks unit, JOHN LIPPMAN AND REBECCA BUCKMAN, The Wall Street Journal
... partners with DirecTV through its UltimateTV service, which is scheduled to make its  ...

105.  Multichannel News, October 30, 2000, Top Stories; Pg. 3, 490 words, HNS Pops AOL Plus Powered by DirecPC, ByMONICA HOGAN
... announced pricing for their UltimateTV service, which will deliver  ...


106. Newsbytes, October 30, 2000, Monday, 241 words, MS May Invest In News Corp.'s Sky Global Unit, IanStokell; Newsbytes, SAN FRANCISCO, CALIFORNIA, U.S.A.
... deal with DirecTV through its UltimateTV service, other companies such as  ...


107.  The Wall Street Journal Europe, October 30, 2000 Monday, Pg. 1, 689 words, Microsoft May Invest In News Corp. Unit --- Firms Hold Talks Over Sky Global Networks --- Deal Would Give Satellite-TV Arm a Boost, By John Lippman and Rebecca Buckman, Staff Reporters, *from Factiva*
... partners with DirecTV through its UltimateTV service, which is scheduled to make its  ...


108.  The Wall Street Journal, October 30, 2000 Monday, Pg. A3, 683 words, Microsoft Discusses a Possible Investment In News Corp.'s Satellite-Television Unit, By John Lippman and Rebecca Buckman, Staff Reporters of The Wall Street Journal, *from Factiva*
... partners with DirecTV through its UltimateTV service, which is scheduled to make its  ...


109.  Daily Variety, October 27, 2000, NEWS; Pg. 34, 202 words, UltimateTV readies for bow, SCOTT HETTRICK
... for its previously announced UltimateTV digital video recording and  ...
... hours of Internet access. UltimateTV is the first digital video  ...


110. Newsbytes, October 27, 2000, Friday, 846 words, Newsbytes Telecom Week In Review, Ian Stokell; Newsbytes, WASHINGTON, DC, U.S.A.
... Long Island; Microsoft UltimateTV Pricing, December Release  ...
... 157287.html Microsoft UltimateTV Pricing, December Release  ...
... public with prices for its UltimateTV service, which is scheduled to be available  ...


111.  The Wall Street Journal Europe, October 27, 2000 Friday, MARKETING & MEDIA; Pg. 25, 760 words, Microsoft Settles Claim Alleging Deceptive Ads --- U.S. Accuses WebTV of Ignoring Extra Charges, By John R. Wilke And Rebecca Buckman, Staff Reporters, *from Factiva*
... television service called UltimateTV, which will use a  ...
... RCA. Microsoft said UltimateTV will offer Web  ...
... watching another. WebTV and UltimateTV, though, are also linked to Microsoft's  ...
... system, will also underpin UltimateTV, Microsoft executives said.  ...


112. Newsbytes, October 26, 2000, Thursday, 452 words, Microsoft UltimateTV Pricing, December Release Set, Dick Kelsey;Newsbytes, SEATTLE, WASHINGTON, U.S.A.
... public with prices for its UltimateTV service, which is scheduled to be available  ...
... said when it introduced the UltimateTV package last June that  ...


113. PR Newswire, October 26, 2000, Thursday, FINANCIAL NEWS, 754 words, Microsoft WebTV Networks

Announces Pricing for UltimateTV Service; UltimateTV Is First and Only Service That Integrates DIRECTV Programming, Digital Video Recording, Interactive Television and Internet Access for One Low Price, MOUNTAIN VIEW, Calif., Oct. 26
... 9.95 a month, UltimateTV(R) service subscribers ...
... DVR-only services, UltimateTV subscribers get a ...
... friends." The DIRECTV receiver with UltimateTV service from Microsoft puts ...
... interactive-TV capability of UltimateTV, based on the Microsoft( ...
... NOTE: Microsoft, WebTV, UltimateTV, MSN and Kid Friendly are ...


114. The Wall Street Journal, October 26, 2000 Thursday, MARKETING & MEDIA; Advertising; Pg. B16, 940 words, Microsoft WebTV Settles False-Advertising Complaint, By John R. Wilke and Rebecca Buckman, *from Factiva*
... television service called UltimateTV, which will use a ...
... RCA. Microsoft said UltimateTV will offer Web ...
... watching another. WebTV and UltimateTV, though, are also linked to Microsoft's ...
... system, will also underpin UltimateTV, Microsoft executives said. ...
... TV will also delay UltimateTV, which had been expected by the end of this ...


115. PR Newswire, October 25, 2000, Wednesday, FINANCIAL NEWS, 5757 words, DATELINE: VIACOM THIRD QUARTER 2000, NEW YORK, Oct. 25
... Microsoft WebTV Plus or UltimateTV service subscribers, who ...


116. PR Newswire, October 19, 2000, Thursday, FINANCIAL NEWS, 1538 words, DIRECTV, Wink and THOMSON multimedia Present Sneak Preview of New Interactive Channels From Barnes & Noble.com, ESPN, NBC and the Weather Channel; New Channels From DIRECTV INTERACTIVE(TM) Service Available Soon to Millions of DIRECTV Customers via RCA(R)-DIRECTV(TM) Receivers*, NEW YORK, Oct. 19
... DTC100 and DIRECTV System with UltimateTV service, all current ...


117. National Post (Canada), October 16, 2000 Monday, NATIONAL EDITIONS, FINANCIAL POST: NEWS;, Pg. C02,, E-World, 773 words, Interactive TV land gets old very fast, Matthew Fraser;mwfraser@home.com
... a different product, UltimateTV. WebTV didn't take ...
... Microsoft's new product, UltimateTV, features hard-drive ...


118. PR Newswire, October 10, 2000, Tuesday, FINANCIAL NEWS, 1377 words, Western Digital to Supply Hard Drives for Microsoft's Xbox Video Game Console; Company Introduces Value Hard Drive Line, WD Protege, for Multiple Markets, IRVINE, Calif., Oct. 10
... integrated into WebTV's upcoming UltimateTV service, is engineered for ...


119. The Economist, October 07, 2000, , U.S. Edition, 1672 words, At least television works
... television-related brand, UltimateTV, does not try to edge ...


120. Sunday Mail (SA), October 1, 2000, Sunday, SPORT; Pg. 54, 925 words, ultimateTV guide; GAMES OF THE XXVII OLYMPIAD

121. Sunday Mail (SA), October 1, 2000, Sunday, SPORT; Pg. 54, 198 words, ultimateTV guide; GAMES OF THE XXVII OLYMPIAD

122. Sunday Mail (SA), October 1, 2000, Sunday, SPORT; Pg. 55, 169 words, ultimateTV guide; GAMES OF THE XXVII OLYMPIAD; REMOTE CONTROL

123. Sunday Mail (SA), October 1, 2000, Sunday, SPORT; Pg. 55, 36 words, ultimateTV guide; GAMES OF THE XXVII OLYMPIAD; On the blink

124. Sunday Mail (SA), October 1, 2000, Sunday, SPORT; Pg. 55, 54 words, ultimateTV guide; GAMES OF THE XXVII OLYMPIAD; READER VIEW, Greg Trappett

125. Sunday Mail (SA), October 1, 2000, Sunday, SPORT; Pg. 55, 206 words, ultimateTV guide; GAMES OF THE XXVII OLYMPIAD

126. Daily Variety, September 28, 2000, NEWS; Pg. 4, 230 words, TiVo/DirecTV to get head start, SCOTT HETTRICK
... new AOLTV and Microsoft UltimateTV services will not ...
... RCA running late The UltimateTV/DirecTV boxes being ...

127. The Advertiser, September 25, 2000, Monday, NEWS; Pg. 5, 167 words, The Olympics Day 10; We lag behind in medal chase, By TOM SALOM
... close to 20 gold. UltimateTV guide Pages 66, ...

128. Computer Reseller News, September 25, 2000, 340 words, HARD-DRIVE VENDORS TARGET SAN/NAS, CONSUMER MARKETS, Joseph F. Kovar
... use in the Microsoft UltimateTV service as part of RCA's ...

129. International Herald Tribune (Neuilly-sur-Seine, France), September 25, 2000, Monday, News; Pg. 11, 1158 words, Two-Way TV, a European Hit, Has Misses Too; It Leads U.S. in Interactivity, but Limited Shopping and Multiple Standards Hold It Back, By Richard Covington; International Herald Tribune, PARIS
... WebTV (being renamed UltimateTV) and a newcomer, AOLTV, are ...

130. The Advertiser, September 22, 2000, Friday, NEWS; Pg. 3, 523 words, The Olympics Day 7; Peta's smash hit soars into history, By FIONA PURDON
... final (2-1). UltimateTV guide Pages 66, ...

131. Reuters News, September 21, 2000 Thursday 2:32 PM GMT, , 263 words, DIRECTV, Quokka form pact for sports programming., *from Factiva*
... using Microsoft's new UltimateTV service. Shares of Quokka were ...

132. The New York Times, September 20, 2000, Wednesday, Late Edition - Final, Section H; Page 1; Column 2; E-Commerce , 2341 words, ENTERTAINMENT; Clicking Outside the Box, By SAUL HANSELL
... changing that product's name to UltimateTV to distance it from the Internet and ...


133. Newswire (VNU), September 20, 2000, 244 words, MAXTOR TARGETS SET-TOP MARKET HARD DRIVE VENDOR MAXTOR IS SET TO ENTER THE CONSUMER ELECTRONICS MARKET WITH ITS FIRST OFFERING AS AN APPROVED STORAGE SUPPLIER TO WEBTV NETWORKS, A SUBSIDIARY OF MICROSOFT.
... featured in the Microsoft UltimateTV service as part of its RCA ...


134. The Advertiser, September 19, 2000, Tuesday, NEWS; Pg. 3, 357 words, The Olympics Day 4; A silver lining for little Miss Nobody, By CATRIONA DIXON and CARLY CHYNOWETH
... in the history of the sport. UltimateTV guide Pages 66, ...


135. The Economist, September 16, 2000, , U.S. Edition, 447 words, Whatever happened to WebTV?
... somewhat different product, UltimateTV.
... making television better. UltimateTV offers not only ...
... compilations of their own choosing. UltimateTV will also allow viewers to ...
... weighed into the market, too. Like UltimateTV, AOLTV, which was launched this summer, ...
... PVR, just like UltimateTV. Microsoft may still ...


136. Business Wire, September 12, 2000, Tuesday, 464 words, Microsoft WebTV Networks to Use VisionTech's Kfir MPEG-2 Technology, HERZYLIA, Israel, Sept. 12, 2000
UltimateTV service from Microsoft will be ...
... VisionTech's technology as part of our UltimateTV strategy," said Paul ...


137. Canadian Corporate Newswire, September 12, 2000, 473 words, VisionTech : Microsoft WebTV Networks To Use VisionTech's Kfir MPEG-2 Technology
UltimateTV service from Microsoft will be ...
... VisionTech's technology as part of our UltimateTV strategy," said Paul ...


138. Broadcasting & Cable, September 11, 2000, TOP OF THE WEEK; Pg. 10, 698 words, @deadline, Staff
... on WebTV Plus or UltimateTV service, on its network. The ...


139. MEDIAWEEK, September 11, 2000, 1798 words, At Deadline
... subscribers to Microsoft's WebTV or UltimateTV services will be able to ...


140. The Atlanta Journal and Constitution, September 8, 2000, Friday,, Home Edition, 898 words, eLIVING;  NEWS ABOUT THE NET: 09.08.00, John Druckenmiller, Staff
... products: WebTV Plus or UltimateTV.  STEALTH SITE: It's the ...


141. CABLEFAX, September 8, 2000, Vol. 11, No. 176, 85 words, Interactivity

... MSFT] WebTV Plus or UltimateTV service, starting with the '00-'01 ...


142.  Reuters News, September 8, 2000 Friday 1:36 AM GMT, , 582 words, CBS, Microsoft's WebTV form programming pact., By Reshma Kapadia, *from Factiva*
... products, Web Plus and UltimateTV, which will be available to consumers ...
... products, WebTV Plus or UltimateTV, will be able to access ...


143.  Breaking News from globeandmail.com, September 7, 2000 10:20 AM EST, , D; Business, 206 words, CBS Television and Microsoft's WebTV make programming deal, Reuters News Agency, New York
... products, WebTV Plus or UltimateTV, will be able to access ...


144.  CBS MarketWatch, September 7, 2000 Thursday, 1136 words, Interactive TV crawls back into limelight, Mike Tarsala, CBS.MarketWatch.com EMAIL; Mike Tarsala is a reporter for CBS.MarketWatch.com
... eventually subscribers to its upcoming UltimateTV service extra show ...
... comeback later this year with UltimateTV, a satellite TV ...
... DirecTV can access UltimateTV via set tops ...
... point out that while UltimateTV is a start, satellite is ...


145. Cox News Service, September 7, 2000, Entertainment, television and culture, 992 words, News about the net: 09.07.00, John Druckenmiller
... products: WebTV Plus or UltimateTV. STEALTH SITE: It's the ...


146. Newsbytes, September 7, 2000, Thursday, 453 words, CBS-TV Goes Interactive Using WebTV Network, Steven Bonisteel; Newsbytes, NEW YORK, NEW YORK, U.S.A.
... Microsoft's WebTV Plus or its UltimateTV services will be able to ...
... DISHPlayer 500. Microsoft UltimateTV service for DirecTV ...


147. PR Newswire, September 7, 2000, Thursday, FINANCIAL NEWS, 820 words, CBS Television and Microsoft WebTV Networks to Deliver Broad Slate Of Interactive Television Programming; Approximately 500 Hours to Include CBS Primetime Comedy and Dramatic Series, NEW YORK, Sept. 7
... WebTV(R) Plus or UltimateTV(R) services will be ...
... service, the recently announced UltimateTV service and all other ...
... DISHPlayer 500. Microsoft UltimateTV service for DIRECTV ...
... NOTE:  Microsoft, WebTV and UltimateTV are either registered trademarks or ...


148.  Reuters News, September 7, 2000 Thursday 8:19 PM GMT, , 591 words, UPDATE 2-CBS TV, Microsoft's WebTV form programming pact., By Reshma Kapadia, *from Factiva*
... products, Web Plus and UltimateTV, which will be available to consumers ...
... products, WebTV Plus or UltimateTV, will be able to access ...


149.  Reuters News, September 7, 2000 Thursday 3:39 PM GMT, , 436 words, UPDATE 1-CBS TV, Microsoft's WebTV form programming pact., By Reshma Kapadia, *from Factiva*

... products, WebTV Plus or UltimateTV, will be able to access ...


150.  Reuters News, September 7, 2000 Thursday 1:24 PM GMT, , 207 words, CBS TV, Microsoft's WebTV form programming pact., *from Factiva*
... products, WebTV Plus or UltimateTV, will be able to access ...


151.  The Wall Street Journal, September 7, 2000 Thursday, Pg. A6, 210 words, CBS and Microsoft Team Up to Provide Interactive Television, *from Factiva*
... reach of its WebTV Plus and UltimateTV service. Microsoft's WebTV is ...
... WebTV Plus or its new UltimateTV will be able to access ...


152.  Multichannel News, September 04, 2000, Inside Broadband; CABLE technology - telecom - DATACOM - new media; Pg. 33, 795 words, New WebTV Chip Could Aim for Digital Cable; The "Solo2's" feature set is a perfect match for the needs of digital-cable set-top boxes, ByJEFF BAUMGARTNER
... designed to power its advanced "UltimateTV" interactive-television platform ...
... chip's here- and-now involves UltimateTV and direct-broadcast satellite ...
... Solo2-enabled, rebranded UltimateTV receiver will come ...
... digital hard disk, the UltimateTV/DirecTV box will also ...
... piece of the puzzle to make UltimateTV the service Microsoft wants ...
... now. "I think UltimateTV, which has alliances with DirecTV and Thomson [ ...
... digital recording features. The UltimateTV brand and the platform's capabilities could be ...
... future DISHPlayer products. UltimateTV will also compete for ...


153. San Jose Mercury News (California), August 13, 2000 Sunday MORNING FINAL EDITION, PERSONAL TECHNOLOGY; Pg. 3E, 721 words, MYREPLAYTV WILL LET YOU PROGRAM VCR VIA THE INTERNET, JON HEALEY, Mercury News
... product manager for UltimateTV service at WebTV, ...


154.  CBS MarketWatch, August 10, 2000 Thursday, THE RATINGS GAME, 683 words, Cypress Semi gets Merrill boost; and analyst calls on Hughes, Biogen, Susan Lerner, CBS.MarketWatch.com EMAIL; Susan Lerner is a reporter for CBS.MarketWatch.com.
... services, along with AOLTV and UltimateTV, should launch in the late ...


155. Video Week, August 7, 2000, Monday, VIDEO NOTES, 96 words
... recently added it to UltimateTV Direct/WebTV combo ...


156. Broadcast Engineering, August 2000, News; ISSN: 0007-1994 , 2438 words, Broadcasters comment on state of DTV, Larry Bloomfield
... system or service has been labeled UltimateTV. The union integrates DBS ...


157. Advertising Age, July 31, 2000, Monday, Pg. S6, 1486 words, Loosening the grasp of 30-second spots; New technologies offer options in audience tracking, in-programming opportunities, Eliot Tiegel

... OpenTV, ReplayTV, TiVo, UltimateTV and WebTV will produce ...
... flash video. Microsoft's UltimateTV will debut sometime ...
... one and record one. UltimateTV will also permit viewers to ...


158. Consumer Electronics, July 31, 2000, Monday, NOTEBOOK, 115 words
... recently added it to UltimateTV Direct/WebTV combo ...


159. Consumer Electronics, July 31, 2000, Pg. NA, 63804727, 3588 words, NOTEBOOK.
... recently added it to UltimateTV Direct/WebTV combo ...


160. Los Angeles Times, July 31, 2000, Monday,, Home Edition, Page 7   , 611 words, TECHNOLOGY EVENTS CALENDAR
... presentations from TiVo, Microsoft UltimateTV, GeoCast, ZapMedia and others.


161. The Christchurch Press, July 27, 2000, Edition 2: Pg. 29, 1309 words, FEATURES: LOUNGE-ROOM REVOLUTION, ARMSTRONG DAVID
... Microsoft's WebTV, called UltimateTV. According to plans announced ...
... bringing the Internet to TV, UltimateTV will focus on ...


162. The Press (Christchurch), July 27, 2000, Thursday, FEATURES; COMPUTERS;, Pg. 29;, CONNECTED, 1331 words, Lounge-room revolution Keep an eye out for ..., ARMSTRONG David
... Microsoft's WebTV, called UltimateTV. According to plans announced ...
... bringing the Internet to TV, UltimateTV will focus on ...


163. Consumer Electronics, July 24, 2000, Monday, STATE OF THE INDUSTRY, 1375 words, SATELLITE BROADBAND STRATEGY DOMINATES SBCA
... AOLTV and Microsoft WebTV's UltimateTV services that are girding for ...
... in supporting WebTV UltimateTV/DirecTV platform. Latter ...


164. Consumer Electronics, July 24, 2000, Pg. NA, 63748875, 1363 words, SATELLITE BROADBAND STRATEGY DOMINATES SBCA.
... AOLTV and Microsoft WebTV's UltimateTV services that are girding for ...
... in supporting WebTV UltimateTV/DirecTV platform. Latter ...


165. EDGE: Work-Group Computing Report, July 24, 2000, 63634770, 1169 words, Sony Introduces First HDTV-Capable DIRECTV Receiver, Plus New Set-Top Boxes With Interactive Television and Caller ID;  New Lineup Includes SAT-HD100, SAT-A60 and SAT-B60;  Product Announcement
... W60 DIRECTV System with UltimateTV service from Microsoft. Both ...


166. Business Wire, July 19, 2000, Wednesday, 603 words, Sony Puts Viewers in Control of TV Experience: Debuts DIRECTV Receiver With Microsoft UltimateTV Service; SBCA Booth # 327 NOTE TO MEDIA: Photo is available in a Smart News Release(TM) on Business Wire's Home Page at www.businesswire.com, LAS VEGAS, July 19, 2000

... DIRECTV(R) System with UltimateTV(TM) service from Microsoft( ...
... will be available through the UltimateTV service.
... services, the SAT-W60 with UltimateTV service puts you in ...
... in select markets. With the UltimateTV service, you can tailor ...
... users. The SAT-W60 with UltimateTV service also enables consumers to ...
... W60 and a subscription to the UltimateTV service, you can switch from ...


167. Business Wire, July 19, 2000, Wednesday, 1280 words, Sony Introduces First HDTV-Capable DIRECTV
Receiver, Plus New Set-Top Boxes With Interactive Television and Caller ID; New Lineup Includes SAT-HD100,
SAT-A60 and SAT-B60; SBCA Booth No.327, LAS VEGAS, July 19, 2000
... W60 DIRECTV System with UltimateTV(R) service from Microsoft. ...


168. Dow Jones News Service, July 19, 2000 Wednesday 5:01 PM GMT, , 87 words, Sony Unveils DirecTV System
With Microsoft UltimateTV, *from Factiva*
... set top box with UltimateTV service from Microsoft Corp. ( ...


169. Financial Express, July 18, 2000, 948 words, COMPUTERS: *THE INCREDIBLE SHRINKING INTERNET,
STEVE FOX
... plus interactive content such as UltimateTV-digital satellite programming with ...


170. USA TODAY, July 17, 2000, Monday,, FINAL EDITION, LIFE;, Pg. 3D, 1463 words, Your TV's little black box
is growing up, Mike Snider
... version of WebTV called UltimateTV, with PVR and DirecTV (expected to be around $ 400). UltimateTV will take
WebTV's ...
... Microsoft's new service, UltimateTV, which merges a PVR with ...


171. PC Dealer, July 12, 2000, Pg. 36, 245 words, DEALERMART - MAXTOR TARGETS SET-TOP MARKET.
... featured in the Microsoft UltimateTV service as part of its RCA ...


172. CONSUMER MULTIMEDIA REPORT, July 10, 2000, Monday, MULTIMEDIA NOTES, 217 words
... TV brand and www.ultimatetv.com domain name from ...


173. Financial Times (London,England), July 5, 2000, Wednesday, SURVEY - FT IT;, Pg. 11, 909 words, SURVEY -
FT IT: Key word is 'personalisation': DIGITAL INTERACTIVE TELEVISION by Tom Foremski: TV sets will
eventually 'know' which shows the viewer likes to watch. This may lead to targeted advertising, By TOM FOREMSKI
... it calls its "Microsoft UltimateTV" service. Just a ...
... programme recording times. "The UltimateTV service puts consumers ...


174. Orange County Business Journal, July 3, 2000 / July 9, 2000, Vol. 23, No. 27; ISSN: 10517480, 56572235,
OCBJ-2282-9, 329 words, Western digital lands WebTV business, Brown, Ken Spencer
... drives in its newest UltimateTV units. Though neither ...
... makes drives for the UltimateTV devices. So far ...

... televisions, the newly launched UltimateTV offers easy digital  ...

175.  Screen Digest, July 1, 2000, 64162225, 133 words, DirecTV-Thomson-Microsoft link for DVR.
... RCA DS4290RE System with UltimateTV (from Microsoft WebTV Networks) ...

176.  Broadcasting & Cable, June 26, 2000, INTERNET; Pg. 52, 819 words, AOLTV could jump-start ITV; But consumer enthusiam for the narrowband TV experience is far from assured, Ken Kerschbaumer
... video recording, like UltimateTV from Microsoft. The second one is the  ...
... recent announcement of Microsoft's UltimateTV, he says, is an example of this initiative.    The goal of UltimateTV is to allow subscribers to create their  ...
... two shows simultaneously. UltimateTV will also offer interactive  ...

177. DTV BUSINESS, June 26, 2000, Vol. 13, No. 13, 128 words, The UltimateTV Experience
... a partnership to develop UltimateTV -- an all-in- ...
... television per week.      The UltimateTV Receiver equipped with two  ...

178.  Multichannel News, June 26, 2000, BROADBAND WEEK; Pg. 35, 1346 words, 'AOLTV' Sees Mid-July Launch For Interactive-Television Test, MONICA HOGAN
... under the brand name, "UltimateTV."    The product will also include  ...
... will likely extend the UltimateTV brand to future generations of  ...

179. Philadelphia Daily News, June 21, 2000, Wednesday, ENTERTAINMENT NEWS, K2594, 1416 words, PVRs let you leave surfing to them, By Jonathan Takiff
... recorder using Microsoft's "UltimateTV" operating system. Promised  ...
... shows simultaneously! Plus, the UltimateTV software will offer  ...
... Prices for the hardware and UltimateTV software were not announced.  ...

180. AUDIO WEEK, June 19, 2000, Monday, AUDIO NOTES, 403 words
... domain name www.ultimatetv.com from Tribune Media  ...

181.  Audio Week, June 19, 2000, Pg. NA, 62834481, 2590 words, AUDIO NOTES.
... domain name www.ultimatetv.com from Tribune Media  ...

182.  CBS MarketWatch, June 19, 2000 Monday, 236 words, WebTV chooses Western Digital hard drives, Tim Eaton, CBS MarketWatch.com EMAIL; Tim Eaton is a reporter for CBS.MarketWatch.com
... provide drives for UltimateTV, a service scheduled to  ...

183. Columbus Dispatch (Ohio), June 19, 2000, Monday, Pg. 4F, 314 words, MICROSOFT, DIRECTV TO OFFER HOME-ENTERTAINMENT SERVICE INTERACTIVE SATELLITE TV, Jon Healey, San Jose Mercury News, NEW YORK -
... moniker is the less-techie " UltimateTV." The receiver represents the latest and  ...

184. Consumer Electronics, June 19, 2000, Monday, THIS WEEK'S NEWS, 465 words, RCA AND PARTNERS READY DVR
... TV brand and www.ultimatetv.com domain name from  ...

185.  Consumer Electronics, June 19, 2000, Pg. NA, 62834379, 462 words, RCA AND PARTNERS READY DVR.
... TV brand and www.ultimatetv.com domain name from  ...

186.  Dow Jones Business News, June 19, 2000 Monday 12:51 PM GMT, , 320 words, Western Digital's SageTree Unit Gets $10 Million Investment From NCR, *from Factiva*
... Corp.'s (MSFT) UltimateTV Service, operated by its  ...
... DirecTV system with Microsoft UltimateTV service. The service would allow  ...

187.  Dow Jones News Service, June 19, 2000 Monday 11:55 AM GMT, , 290 words, Western Digital Unit, NCR Corp. In Alliance, *from Factiva*
... Corp.'s (MSFT) UltimateTV Service, operated by its  ...
... Directv system with Microsoft UltimateTV service. In separate  ...

188. Electronic Media, June 19, 2000, Monday, Pg. 18, 276 words, TECH BRIEFS, ROBIN BERGER
... DirecTV system/Microsoft UltimateTV service. The new option  ...

189.  Multichannel News, June 19, 2000, BROADBAND WEEK; Pg. 49, 869 words, PVR Players Land Deals For Enhanced Set-Tops, JIM FORKAN
... Microsoft's WebTV Networks' "UltimateTV" service due to hit  ...

190. PR NEWSWIRE, June 19, 2000, 1240 words, Western Digital Hard Drives Qualified for Leading Set-Top Boxes
... use in Microsoft UltimateTV service as part of a  ...
... R) DIRECTV system. The UltimateTV service, in conjunction with  ...

191. PR NEWSWIRE, June 19, 2000, 542 words, Maxtor(R) 'Drives' Into Consumer Electronics Market; Gains Approval as WebTV Networks Supplier, Poised for Personal Video Recorders
... featured in the Microsoft UltimateTV service as part of the advanced  ...

192. PR Newswire, June 19, 2000, Monday, FINANCIAL NEWS, 554 words, Maxtor(R) 'Drives' Into Consumer Electronics Market; Gains Approval as WebTV Networks Supplier, Poised for Personal Video Recorders, MILPITAS, Calif., June 19
... featured in the Microsoft UltimateTV service as part of the advanced  ...

193. PR Newswire, June 19, 2000, Monday, FINANCIAL NEWS, 1249 words, Western Digital Hard Drives Qualified for Leading Set-Top Boxes; WD Performer 15i Hard Drives Feature WhisperDrive(TM) And StreamWeaver(TM) Technologies, IRVINE, Calif., June 19
... use in Microsoft UltimateTV service as part of a  ...
... R) DIRECTV system.  The UltimateTV service, in conjunction with  ...

194. San Jose Mercury News, June 19, 2000, Monday, SJ-AOL, 502 words, America Online to Launch Internet-Television Service, By Jon Healey
... TV-centric, called "UltimateTV." Like WebTV, the AOLTV ...

195. San Jose Mercury News (California), June 19, 2000 Monday MORNING FINAL EDITION, BUSINESS MONDAY; Pg. 4E, 481 words, AMERICA ONLINE SET TO LAUNCH AOLTV SERVICE ITS BIGGEST COMPETITION: MICROSOFT'S WEBTV, JON HEALEY, Mercury News
... TV-centric, called UltimateTV. Like WebTV, the AOLTV ...

196. SATELLITE WEEK, June 19, 2000, Monday, SATELLITE TV, 402 words
... domain name www.ultimatetv.com from Tribune Media ...

197. USA TODAY, June 19, 2000, Monday,, FINAL EDITION, MONEY;, Pg. 8B, 430 words, Tech firms rush to enter interactive TV race, Keith L. Alexander
... similar package called UltimateTV.  "No one wants to be ...

198. Video Week, June 19, 2000, Monday, THIS WEEK'S NEWS, 1653 words, MORE 'CONVERGENCE' DIGITAL VIDEO RECORDERS EMERGE
... TV brand and www.ultimatetv.com domain name from  ...

199. WARREN'S CABLE REGULATION MONITOR, June 19, 2000, Monday, COMPETITION TO CABLE, 283 words
... domain name www.ultimatetv.com from Tribune Media ...

200. San Jose Mercury News (California), June 18, 2000 Sunday MORNING FINAL EDITION, BUSINESS; Pg. 13F, 1941 words, BELL ATLANTIC, GTE MERGER GIVEN BLESSING, MERCURY NEWS STAFF AND WIRE REPORTS
... moniker is the less techie "UltimateTV." The receiver represents the latest and ...

201. Dow Jones Business News, June 15, 2000 Thursday 6:49 AM GMT, , 532 words, French Government Studying Capital Increase For Thomson Multimedia, *from Factiva*
... DirecTV system with Microsoft's UltimateTV service, which integrates DirecTV ...

202. The Hollywood Reporter, June 15, 2000, 441 words, AOL links TiVo to $200 million , Laura Randall
... Thomson Multimedia unveiled UltimateTV, an interactive TV  ...

203. National Post (Canada), June 15, 2000 Thursday, NATIONAL EDITIONS, FINANCIAL POST: U.S. BUSINESS;, Pg. C14, 547 words, AOL investment provides boost for TiVo shares: Set-top box technology: Interactive TV could entice more users on to Web, Simon Avery, MOUNTAIN VIEW, Calif.
... for its money. Microsoft's UltimateTV service will allow ...
... Web page. Eventually, UltimateTV will offer high- ...

204. Reuters News, June 15, 2000 Thursday 7:59 PM GMT, , 877 words, AOL to rely on popular features as lure to AOLTV., By Reshma Kapadia, *from Factiva*
... new service called UltimateTV, also intended to make TV ...
... holiday season. Microsoft's UltimateTV hopes to draw users with ...


205. The San Francisco Chronicle, JUNE 15, 2000, THURSDAY,, FINAL EDITION, BUSINESS;, Pg. B1, 537 words, AOL to Invest In TiVo for Interactive TV, Carrie Kirby, Chronicle Staff Writer
... Microsoft's product, called UltimateTV, will be received via ...


206. San Jose Mercury News, June 15, 2000, Thursday, SJ-AOL, 785 words, AOL Invests in San Jose, Calif., Firm, Plans Internet-Television Ventures, By Jon Healey
... TV product, called "UltimateTV," which is expected to be available this fall ...


207. San Jose Mercury News, June 15, 2000, Thursday, SJ-AOL, 785 words, AOL Invests in San Jose, Calif., Firm, Plans Internet-Television Ventures, By Jon Healey
... TV product, called "UltimateTV," which is expected to be available this fall ...


208. San Jose Mercury News (California), June 15, 2000 Thursday MORNING FINAL EDITION, BUSINESS; Pg. 1C, 770 words, AOL, TIVO STRIKE A DEAL FIGHT IS ON: MICROSOFT RECENTLY ANNOUNCED ALLIANCE WITH DIRECTV, THOMSON., JON HEALEY, Mercury News
... TV product, called "UltimateTV," which is expected to be available this fall ...


209. The Wall Street Journal, June 15, 2000 Thursday, TECHNOLOGY JOURNAL; Pg. B12, 1204 words, AOL, Investing in TiVo, Aims for Digital VCRs, By Nick Wingfield, Staff Reporter of The Wall Street Journal, *from Factiva*
...          UltimateTV service ...


210. PAY TV, June 14, 2000, Vol. 1, No. 23, 706 words, Briefly...
... software giant's new UltimateTV service. Viewers will be ...


211. TheStreet.com, June 14, 2000 Wednesday, BREAKING NEWS; Media/Entertainment, 605 words, TiVo Soars After Broadening Pact With AOL, By Justin Dini, TheStreet.com/NYTimes.com Staff Reporter, June 14, 2000 2:53 PM ET
... service of its own, dubbed UltimateTV. That service is not to be confused with the ...
... programming over the Internet. UltimateTV will be part of a ...
... hopes to begin offering UltimateTV later this year.   Microsoft was ...


212. The Boston Herald, June 13, 2000 Tuesday, ALL EDITIONS, FINANCE:, Pg. 034, 445 words, BUSINESS in Brief
... software giant's new UltimateTV service. Viewers will be ...


213. Communications Daily, June 13, 2000, Tuesday, SATELLITE, 402 words

... domain name www.ultimatetv.com from Tribune Media ...

214.  Daily Variety, June 13, 2000, NEWS; Pg. 10, 591 words, ULTIMATE BIRD DEAL: Microsoft, DirecTV, RCA team for new service, SCOTT HETTRICK
... new system, dubbed UltimateTV, will be the first satellite ...
... exclusive. Wedded to WebTV UltimateTV (the name was licensed from Tribune ...
... Chapman. He said the launch of UltimateTV will have no effect ...
... box around Christmastime. UltimateTV offers the same digital ...
... a single service of UltimateTV as opposed to being separate ...
... EchoStar. Pricing for the UltimateTV system and the monthly service ...
... At 30 hours, the UltimateTV system will also have twice the ...
... Expansive goal Although UltimateTV will be launched through ...
... Microsoft's goal is to launch the UltimateTV service as broadly as possible, ...
... mail will be part of the UltimateTV service. Leak said the moniker of UltimateTV is being emphasized over ...

215. Detroit Free Press, June 13, 2000, Tuesday, DE-MICH-MEMO, 781 words, Detroit Free Press Michigan Memo Column
... software giant's new UltimateTV service. The RCA DIRECTV system will use the UltimateTV service developed by
...

216. Detroit Free Press, June 13, 2000, Tuesday, DE-MICH-MEMO, 781 words, Detroit Free Press Michigan Memo Column
... software giant's new UltimateTV service. The RCA DIRECTV system will use the UltimateTV service developed by
...

217. The Hollywood Reporter, June 13, 2000, 77 words, NBCi stock crashes after ad warnings
... holiday DirecTV's new UltimateTV box will be unwrapped ...

218. The Hollywood Reporter, June 13, 2000, 404 words, DirecTV's holiday box will challenge TiVo, Replay TV Microsoft develops digital Ultimate TV , Matthew Doman
... Replay TV. The service, UltimateTV, is scheduled for launch ...
UltimateTV will offer DirecTV's ...
... will help keep UltimateTV affordable. Chapman said the ...
... Thomas Eagan said the UltimateTV alliance is significant as it ...

219. National Post (Canada), June 13, 2000 Tuesday, NATIONAL EDITIONS, FINANCIAL POST: U.S. & WORLD;, Pg. C14, 213 words, Microsoft forms TV alliance: Interactive service, NEW YORK
... system will use the UltimateTV service developed by ...

220.  Reuters News, June 13, 2000 Tuesday 8:32 AM GMT, , 1751 words, Worldwide Advertising & Media Digest - June 13., *from Factiva*
... sets. The service, called UltimateTV, will offer interactive ...
... on Web services, UltimateTV's aim is "delivering a ...

... iWebTV service. But UltimateTV is a sign that company ...


221. San Jose Mercury News, June 13, 2000, Tuesday, SJ-MICROSOFT, 1257 words, Microsoft Launches Interactive Satellite-TV Service, By Jon Healey
... moniker is the less techie "UltimateTV." The receiver represents the latest and ...
... charge more for the "UltimateTV" service than for its other ...


222. San Jose Mercury News (California), June 13, 2000 Tuesday MORNING FINAL EDITION, BUSINESS; Pg. 1C, 1260 words, HYPER-INTERACTIVE MICROSOFT AND PARTNERS POWER UP THE PERSONAL VIDEO RECORDER, JON HEALEY, Mercury News, NEW YORK
... moniker is the less techie "UltimateTV." The receiver represents the latest and ...
... charge more for the "UltimateTV" service than for its other ...


223. SATELLITE TODAY, June 13, 2000, Vol. 3, No. 110, 457 words, Thomson, DirecTv, Microsoft Announce Expanded, Enhanced DBS System
... five-year-old UltimateTV.com as a key ...


224. USA TODAY, June 13, 2000, Tuesday,, FINAL EDITION, MONEY;, Pg. 2B, 341 words, DirecTV, Microsoft team for UltimateTV, David Lieberman
... service, which Microsoft calls UltimateTV, will be available to DirecTV's ...
... available on EchoStar. UltimateTV will be a rival to ...


225. Information Bank Abstracts, WALL STREET JOURNAL, June 13, 2000, Tuesday, Section B; Page 12, Column 3, 35 words, MICROSOFT READIES INTERACTIVE-TV SERVICE, BY EVAN RAMSTAD
... service will be called UltimateTV (M)


226. The Wall Street Journal, June 13, 2000 Tuesday, MARKETING & MEDIA; Pg. B12, 630 words, Microsoft Readies Interactive-TV Service, By Evan Ramstad and Rebecca Buckman, Staff Reporters of The Wall Street Journal, *from Factiva*
... sets. The service, called UltimateTV, will offer interactive ...
... on Web services, UltimateTV's aim is "delivering a ...
... iWebTV service. But UltimateTV is a sign that company ...
... branding. "By calling this UltimateTV, they're clearly stating that this is ...
... 1997. Microsoft said UltimateTV will be part of a ...
... announce pricing for the UltimateTV service later this year. ...
... promotions and the ability to distinguish UltimateTV's DirecTV receiver from a ...
... operating system for UltimateTV, the first time the software, ...


227. The Wall Street Journal Europe, June 13, 2000 Tuesday, Pg. UK4, 295 words, Microsoft to Offer Interactive TV Later This Year, By Evan Ramstad and Rebecca Buckman, Staff Reporters, *from Factiva*
... sets. The company said the UltimateTV service, which will be run ...
... concentrating on the Internet, UltimateTV is "focused solely on ...

228.  CBS MarketWatch, June 12, 2000 Monday, 331 words, RCA, Microsoft, DirecTV launching souped-up TV appliance, Steve Gelsi, CBS.MarketWatch.com EMAIL; Steve Gelsi is a reporter for CBS.MarketWatch.com.
... consumer brand called UltimateTV to power an upcoming ...
... interactive TV listings. UltimateTV comprises a set of ...
... s WebTV, which crafted the UltimateTV software, said the service has  ...
... live TV programs. The UltimateTV brand will be rolled  ...

229.  CBS MarketWatch, June 12, 2000 Monday, SOFTWARE REPORT, 534 words, Software Report: Microsoft unveils new software, CBS.MarketWatch.com
... DIRECTV system with the Microsoft's UltimateTV service. The new RCA  ...

230. CNNFN, BIZ BUZZ 06:00 PM Eastern Standard Time, June 12, 2000 Monday, Transcript # 061201cb.l09, INTERVIEW, Business, 1379 words, WebTV Networks Pres; Thompson RCA Sr. VP; DirectTV Pres, CNNfn, Bruce Leak, Enrique Rodriguez, Larry Chapman, Beverly Schuch
... concept of having AOLTV, WebTV, UltimateTV and TiVo is very natural (18:08:10)  ...
... programming packages (18:10:40) and then what UltimateTV will offer is a  ...
... equipment you need. SCHUCH: And UltimateTV service will be a  ...

231.  Dow Jones Business News, June 12, 2000 Monday 8:00 PM GMT, , 1235 words, Daily Update -- Engage to Acquire MediaBridge For About $268 Million, *from Factiva*
... DirecTV system with Microsoft UltimateTV service. Financial terms  ...
... interactive-TV capability of UltimateTV enables users to dig  ...

232.  Dow Jones Business News, June 12, 2000 Monday 4:58 PM GMT, , 249 words, Microsoft To Combine With DirecTV, Thomson Multimedia On TV Service, *from Factiva*
... DirecTV system with Microsoft UltimateTV service. Financial terms  ...
... interactive-TV capability of UltimateTV enables users to dig  ...

233.  Dow Jones News Service, June 12, 2000 Monday 4:02 PM GMT, , 125 words, Microsoft, Thomson Multimedia Form TV Service Alliance, *from Factiva*
... DIRECTV system with Microsoft UltimateTV service.

234. Newsbytes, June 12, 2000, Monday, 332 words, Microsoft Enhances Interactive TV Feature, Dick Kelsey; Newsbytes, NEW YORK, NEW YORK, U.S.A.
... package that will be known as UltimateTV when it is  launched late this  ...
... e-mail message. "The UltimateTV  service puts consumers  ...

235.  PR NEWSWIRE, June 12, 2000, 1642 words, Microsoft, DIRECTV and THOMSON multimedia Join Forces To Make Television More Personal and Interactive
... System with Microsoft's New UltimateTV Service Puts Consumers  ...
... new Microsoft(R) UltimateTV(R) service. The all  ...
... RCA DS4290RE System with UltimateTV and DIRECTV service is the first and  ...
... RCA DIRECTV receiver with UltimateTV and DIRECTV service is scheduled to be  ...

... information experience available." The UltimateTV Experience UltimateTV, a new offering from ...
... dual tuners, subscribers to UltimateTV can create their own ...
... interactive-TV capability of UltimateTV, based on the Microsoft ...
... DIRECTV and RCA, to bring UltimateTV to the market. The UltimateTV service puts consumers ...
... RCA DIRECTV System with UltimateTV service provides all the ...
... any device. Microsoft, UltimateTV, Kid Friendly and WebTV are ...
... domain name www.ultimatetv.com. This month, TMS ...
... five-year-old UltimateTV.com as a key ...


236. PR Newswire, June 12, 2000, Monday, FINANCIAL NEWS, 1737 words, Microsoft, DIRECTV and THOMSON multimedia Join Forces To Make Television More Personal and Interactive; The New RCA DIRECTV System with Microsoft's New UltimateTV Service Puts Consumers in Control of Their Television Experience, NEW YORK, June 12
... new Microsoft(R) UltimateTV(R) service.     The all ...
... RCA DS4290RE System with UltimateTV and DIRECTV service is the first and ...
... RCA DIRECTV receiver with UltimateTV and DIRECTV service is scheduled to be ...
... information experience available." The UltimateTV Experience     UltimateTV, a new offering from ...
... dual tuners, subscribers to UltimateTV can create their own ...
... interactive-TV capability of UltimateTV, based on the Microsoft ...
... DIRECTV and RCA, to bring UltimateTV to the market.  The UltimateTV service puts consumers ...
... RCA DIRECTV System with UltimateTV service provides all the ...
... any device.  Microsoft, UltimateTV, Kid Friendly and WebTV are ...
... domain name www.ultimatetv.com.  This month, TMS ...
... five-year-old UltimateTV.com as a key ...


237.  Reuters News, June 12, 2000 Monday 11:26 PM GMT, , 795 words, Microsoft forms TV alliance with DIRECTV, Thomson., By Reshma Kapadia, *from Factiva*
... software giant's new UltimateTV service. The RCA DIRECTV system will use the UltimateTV service developed by ...
... will be able to get the UltimateTV service, which also includes a ...
... set-top box and UltimateTV service for an ...
... bringing the Internet to TV, UltimateTV is focused on TV and ...
... brand we need to build is UltimateTV," Schoeben said. However, he added that ...
... elements of AOLTV that are the same as UltimateTV. From a product programme ...


238.  Reuters News, June 12, 2000 Monday 7:47 PM GMT, , 818 words, UPDATE 1-Microsoft forms TV alliance with DIRECTV, Thomson., By Reshma Kapadia, *from Factiva*
... software giant's new UltimateTV service. The RCA DIRECTV system will use the UltimateTV service developed by ...
... will be able to get the UltimateTV service, which also includes a ...
... set-top box and UltimateTV service for an ...
... bringing the Internet to TV, UltimateTV is focused on TV and ...
... brand we need to build is UltimateTV," Schoeben said. However, he added that ...
... elements of AOLTV that are the same as UltimateTV. From a product programme ...


239.  Reuters News, June 12, 2000 Monday 4:30 PM GMT, , 483 words, Microsoft forms iTV alliance with DIRECTV, Thomson., *from Factiva*

... interactive-TV capability of UltimateTV, which is based on the Microsoft ...


240. Management Accounting, June, 2000, Vol. 78, No. 6; Pg. 24-27; ISSN: 00251682; CODEN: MATGBA, 54924008, MAC-2053-19, 1692 words, On report, Balakrishnan, Subramania
... costs for companies and ultimatetv for their shareholders. But the ...