# EXHIBIT 9

100217

**Time of Request:** Thursday, August 09, 2007  14:53:18 EST
**Client ID/Project Name:** 012144/0206
**Number of Lines:** 5010
**Job Number:**       1823:41820065

Research Information

**Service:**   Terms and Connectors Search
**Print Request:** All Documents 1-232
**Source:** Mega News, All (English, Full Text)
**Search Terms:** Microsoft & webtv & DVR or PVR and date(geq (01/01/1997) and leq
    (01/15/2001))

**Send to:**  GROSS,, MATTHEW
           SULLIVAN & CROMWELL
           125 BROAD ST
           NEW YORK, NY 10004-2400

1. Advertising Age, January 15, 2001, Monday, Pg. S2, 1691 words, Interacting with iTV: marketers are tuning in ; Advertisers and iTV providers are scrambling to exploit the market, but it remains unclear exactly how it all will work, TOBI ELKIN

... TV Service, ReplayTV and Microsoft Corp.'s UltimateTV, to ...
... set-top boxes. Then, there's WebTV Plus, Microsoft's MSN Web Companion and ...
... RespondTV's technology, as well as Microsoft's and Wink Communications' software, also ...
... TiVo or Replay (system)." Microsoft is hedging its iTV bets ...
... receiver that will give Microsoft access to potentially millions of ...
... set-top boxes. Microsoft also has its MS-TV platform ...
... Motorola, Scientific Atlanta and Microsoft must work through ...
... In two years, the DVR companies don't make ...
... for household penetration of DVRs have put marketers and ad ...
... tech researcher, which defines DVR households as those using a ...
... million to 40 million DVRs by 2005, helped ...
... more than a million DVRs in U.S. homes, ...
... deployed via 600,000 WebTV Plus set-top ...
... looking to determine the popularity of the DVRs, because the popularity and success of the TiVos of the ...
... rates, respectively. * Marketing DVRs: Ads from rival systems ...
MICROSOFT CORP (84%); MICROSOFT CORP (84%); MEDIAVEST ...


2. Client Server News, January 15, 2001, Pg. NA, 209 words, Microsoft Targets TiVO with UltimateTV; Product Announcement
Microsoft on Saturday launched its ...
... entry this week into the infant PVR market was widely expected.
... UltimateTV, a blend of its WebTV Internet access and PVR functions, back in ...
... providing the hardware for Microsoft to take on TiVO and ...
... satellite TV. The hardware and the Microsoft service, which will cost $ ...
... a month for WebTV subscribers and $ 14.95 for those with their ...
... one-up competitors. Microsoft's system lets viewers ...
... regular TV shows Microsoft is promising at least ...
Microsoft Corp. Product introduction  MICROSOFT CORP (90%); MICROSOFT CORP (90%);
Microsoft Ultimate TV (Set- ...


3. Electronic News (1991), January 15, 2001, No. 3, Vol. 47; Pg. 2 ; ISSN: 1061-6624, 817 words, DTV Takes off at CES; digital television; Consumer Electronics Show; Industry Trend or Event, ROMANELLI, ALEX
... personal video recorder (PVR). He said the company was still ...
... technology." The corporate giants are too. Microsoft Corp.'s Xbox ...
... keynote address. The product Microsoft (nasdaq: MSFT) was most ...
... advantage over existing PVRs like TiVo: It ...
... keen to dispel rumors that WebTV is now being treated as ...
... hours of Internet access. Microsoft was not the only major ...


4. Electronic News, January 15, 2001, NEWS; Pg. 2, 816 words, DTV Takes off at CES, Alex Romanelli
... personal video recorder (PVR). He said the company was still ...
... technology." The corporate giants are too. Microsoft Corp.'s Xbox ...
... keynote address. The product Microsoft (nasdaq: MSFT) was most ...

... advantage over existing PVRs like TiVo: It ...
... keen to dispel rumors that WebTV is now being treated as ...
... hours of Internet access. Microsoft was not the only major ...
MICROSOFT CORP (76%); ZENITH ...


5. Client Server News, January 14, 2001, Pg. NA, 889 words, Moxi To Challenge Microsoft; Moxi Media Center from
Moxi Digital; Product Announcement, Fulton, Curtis Lee
Microsoft's media convergence effort, ...
... years ago by WebTV guru Steve Perlman as ...
... personal video recorder (PVR) and record TV shows ...
... a lot like what Microsoft is up to with eHome, the unit ...
... who worked for Microsoft after it acquired WebTV for $ 425 million, replied that all Microsoft wanted to do was
extend its operating ...
... said.  According to Perlman, Microsoft can't think outside the ...
... variation on the theme that Microsoft's not that innovative. The MC would ...
... on a modified Microsoft-heretical Linux operating ...
... 2002 DVD players. Microsoft has licensed Windows Media to ...
... Moxi's investors also include Microsoft co-founder Paul ...
Microsoft Corp. Marketing; Moxi Digital Product introduction  MICROSOFT CORP  (90%); MICROSOFT
CORP (90%);


6. NBC News Transcripts, TODAY (7:00 AM ET), January 12, 2001, Friday, 1190 words, JAMES OPPENHEIM,
TECHNOLOGY EDITOR OF "THE OPPENHEIM TOY PORTFOLIO," DISCUSSES GADGETS AND METHODS
FOR PARENTS TO TAKE CONTROL OF THEIR KIDS' TELEVISION VIEWING, DAVID BLOOM; KATIE
COURIC
... preselecting content, and satellite with DVR recording is the way to go. This is ...
... a--a partnership with Microsoft.  This one not only has the ...
... in and the recording, it also has WebTV. BLOOM: James Oppenheim, ...


7.  TWICE, January 06, 2001, News; Pg. 12, 755 words, EchoStar Introduces PVR During CES, ByGreg Tarr
... hard-drive-based PVR offered by Dish ...
... working in tandem with Microsoft's WebTV, had pioneered the field in ...
... drive video recorder and WebTV terminal.
... claiming distinction as the largest PVR service operator (with an ...
... will continue its relationship with Microsoft on a new ...
... but in light of Microsoft's rollout of the UltimateTV device this ...
... subscription fees to operate the PVR functions and WebTV Internet-access system. The ...
... spokesman said that while the PVR service has been a big ...
... use the built-in WebTV portion of the device. The new ...
... program guide to power the PVR recorder, the device will ...
WEBTV (73%);
MICROSOFT CORP (83%);


8.  TWICE, January 06, 2001, Video/Home Satellite; Pg. 84, 979 words, Is Personal TV Bundling A Revolution?, By
Jimmy Schaeffler
... personal video recorders (PVRs), digital versatile disks ( ...

... known as Personal TV or PVR. For context, attention ...
... Put another way, PVRs will really only thrive ...
In our opinion, PVRs, in the form of separate ...
... Looking historically at PVRs and Personal TV, their growth ...
... by DirecTV and in Microsoft's WebTV by EchoStar. By ...
... additional investment in the PVR and Personal TV provider ...
... via an alliance with Microsoft's new UltimateTV service--an Internet, PVR and subscription TV provider. ...
... slow adoption rate of its WebTV devices during the past ...
... a million total WebTV Dish Network subscribers as of ...
... marketing and the technological side of PVRs. Also, despite the slow penetration rate, EchoStar and WebTV gained
solace in the ...
... beat rival DirecTV to the PVR finish line, and their PVR deployment beat out the ...
... hit for DirecTV and Microsoft. One big challenge that ...
PERSONAL TV (98%); PVR&PERSONAL TV (74%);


9.  Multichannel News, January 01, 2001, Top Stories; Pg. 30, 393 words, Vegas CES Adds ITV Flavor, ByMONICA
HOGAN
... president Barry Schuler and Microsoft Corp. chairman Bill ...
... DirecTV booth will be Microsoft Corp.'s "UltimateTV" ...
... Internet access and a PVR. The product is expected to ship to ...
... a DBS receiver, PVR and a WebTV Internet-over-television ...
... ATLANTA INC (68%); MICROSOFT CORP (68%); AMERICA ...


10. Popular Mechanics, January 1, 2001, No. 1, Vol. 178; Pg. 66 ; ISSN: 0032-4558, 1558 words, TV GETS
PERSONAL., DAY, REBECCA
... personal video recorder (PVR), but which one, and in what ...
... service from ReplayTV, TiVo or Microsoft--are already starting to pop ...
... testing combined cable/PVR service in select ...
... joining DVD recorders with PVRs at an electronics ...
... DISHPlayer 500 combines WebTV with a satellite receiver/ ...
... forecast that 3 million PVRs will be sold in the ...
... a beautiful thing. With PVR recording, there's no more ...
... your terms. Another PVR trick is the ability to pause ...
... disk in a PVR continues to record the video ...
... home from work, and your PVR's queue will be filled with ...
... access via your PVR. Thomson's DS4290RE ($ 399) and ...
... in. elliptical dish and Microsoft's WebTV capability. The dual tuners ...
... press time but Microsoft said they will be competitive. ...
... HS3000 Showstopper ReplayTV PVR ($ 800) stores 60 ...
... all the movies your PVR picks out, you may ...
MICROSOFT CORP  (58%); MICROSOFT CORP (58%); VICTOR ...


11.  Screen Digest, January 1, 2001, 69981078, 483 words, SLOW ROLL OUT OF INTERNET VIA TV : Is this really
a viable market?
... joined market leader Microsoft's WebTV in October * User ...
... TVs of the future will do * Microsoft is about to launch a web surfing, PVR and satellite receiver * Forecasts ...
... market leader here in Microsoft's WebTV service, which has been operational for ...

... one major manufacturer of WebTV set-top boxes has ...
... in Las Vegas, Microsoft finally unveiled its Ultimate ...
... digital satellite receiver, WebTV device, and personal video ...
MICROSOFT CORP (90%)


12. Video Age International, January 1, 2001, No. 1, Vol. 21; Pg. 17 ; ISSN: 0278-5013, 1312 words, Digital Future
Rough on Consumers; TiVo Model PTV 100 and the Replay Model PV-HS2000 ; Evaluation, SERAFINI, DOM
... personal video recorders (PVRs) such as TiVo and Replay have been greatly ...
... top box similar to Microsoft's WebTV should expect a big surprise. Even if the potential of these PVRs is apparent,
the actual results are ...
... thing one notices when the PVR sets are unpacked is the cumbersome ...
... it became clear that PVRs are still for "geeks," ...
... on a par with Microsoft's WebTV. Once the PVR is connected to the TV and the phone ...
... by the units. Once the PVR programming is "tamed," the rest is ...
... time the channel is changed, the PVR indicates onscreen the channel, the ...
... classification. One of the characteristics of the PVRs (not publicized) is that commercials ...
... percent of commercials recorded with PVRs are not viewed. This can be ...
... left. For now, PVRs cannot be used to record ...
... left off. This is possible because the PVR stores the TV signals ...
... 14-hour type PVR, the capacity is reduced to four ...
... not ignore the potential of PVRs. Indeed, the major shareholders of ...
... looking to protect their interests. PVRs free viewers from TV ...
... At the same time, PVRs render television more ...
... sponsors know exactly what the PVR subscriber is doing at every instant. PVRs can also be programmed long- ...
... Replay). In the future, PVRs will become part of the ...
... York Times noted, the PVR could be the Trojan horse of the PC ...
... MAGAZINE GROUP (72%); MICROSOFT CORP (55%); MICROSOFT CORP (55%);


13. San Jose Mercury News, December 21, 2000, Thursday, BUSINESS AND FINANCIAL NEWS, K5965, 1076
words, Personal video recorders taking a new direction, By Dawn C. Chmielewski
... 500 receiver, which also incorporated Microsoft's WebTV Internet-on-TV ...
... it out with TiVo or Microsoft on retail store ...
... services _ Replay, TiVo or Microsoft _ you'll see specific ...
... Personal video recorders, or PVRs, will do more to reshape the ...
... TiVo and ReplayTV introduced PVRs last year. PLUGIN ...
... COMMUNICATIONS CORP (56%); MICROSOFT CORP (55%); MICROSOFT CORP (55%); FORRESTER ...


14. TWICE, December 18, 2000, Video/Home Satellite; Pg. 78, 1040 words, Looking Ahead To 2001: What To Expect
At Retail, Staff
... personal video recorders, or PVRs, will move from approximate ...
... success story in the PVR space will not be the ...
... at retail. Integration of PVR content and capabilities into existing ...
... technology of the '80s and '90s. WebTV, ReplayTV and TiVo have been this segment's ...
... services such UltimateTV by Microsoft, Metabyte's MbTV, News ...
... consoles: The presence of companies such as Microsoft (with its Xbox), Nintendo (Gamecube), ...
MICROSOFT CORP (62%); SIRIUS& ...

15. The Gazette (Montreal, Quebec), December 6, 2000 Wednesday, 668 words, TiVo's hot this year: Their PVR will be big hit at Christmas, LARRY MACDONALD
... personal video recorder (PVR), an exciting new ...
... year ago. To say the PVR is like a VCR is ...
... A main difference is that the PVR records television programs ...
... TV. The buffer mode of the PVR holds the last half- ...
... Web site indicated that the PVR probably will be the hottest ...
... products we evaluated this year, the PVRs made the biggest impressions ...
... TiVo had sold 73,000 PVR subscriptions, or about 75 ...
... Forrester Research estimates the PVR market will expand to ...
... plan to bundle TiVo's PVR with their offerings. TiVo's main ...
... TiVo from market perform. That was because Microsoft Corp. will soon launch UltimateTV, which combines its WebTV with satellite TV and PVR functions. Microsoft's business model of selling PVRs as part of a broader ...


16. Electronic Buyers' News, December 4, 2000, 862 words, Broadcom grows its MPEG crop -- VisionTech buy strengthens position in home-networking chips, Bruce Gain
... chips that companies like Microsoft WebTV, Motorola, and Replay TV ...
PVR shipments are forecast to reach ...
... accommodate different applications. "PVR is the primary driving application where ...
... BROADCOM CORP (93%); MICROSOFT CORP (57%); MOTOROLA INC (57%); MICROSOFT CORP (57%);


17. Electronic Engineering Times, December 4, 2000, 452 words, Broadcom nabs compression house
"PVR personal video recording is ...
... Scientific- Atlanta, Pace, Microsoft WebTV, as well as PVR pioneer Replay TV. PVR 'integral' "By 2005, PVR functionality will become ...
... In-Stat, shipments of PVR systems will surge ...
... 2003, unit shipments of PVR-enabled set-top ...
... MEDIA INC (61%); MICROSOFT CORP (55%); MOTOROLA INC (55%); MICROSOFT CORP (55%);


18. Electronic Buyers News, December 4, 2000, Pg. 4; ISSN: 0164-6362, 2694855, 871 words, Broadcom grows its MPEG crop -- VisionTech buy strengthens position in home-networking chips, Bruce Gain
... chips that companies like Microsoft WebTV, Motorola, and Replay TV ...
PVR shipments are forecast to reach ...
... accommodate different applications. "PVR is the primary driving application where ...
... MOTOROLA INC (57%); MICROSOFT CORP (57%); MICROSOFT CORP (57%);


19. Electronic News, December 04, 2000, BRIEF; Pg. 24, 724 words, Broadcom Has a Vision, ENews Staff
... personal video recording (PVR), interactive videoconferencing, and Internet ...
... Scientific-Atlanta, Pace, Microsoft WebTV as well as PVR vendor ReplayTV.
... out making its own PVR boxes, but would continue to ...
... technology to other OEMs. PVR units are predicted to become ...
... Scottsdale, Ariz., forecasts PVR-unit shipments to grow ...
... period, the installed base of PVR-enabled STBs is expected to ...
... 8 million units. "PVR is one of the most compelling ...
... develop next-generation PVR-enabled STBs. The two ...
... WAVE INC (82%); MICROSOFT CORP (68%); STAT ...

20. Electronic News (1991), December 4, 2000, No. 49, Vol. 46; Pg. 24 ; ISSN: 1061-6624, 425 words, Broadcom Has a Vision; Company Business and Marketing
... personal video recording (PVR), interactive videoconferencing, and Internet ...
... Scientific-Atlanta, Pace, Microsoft WebTV as well as PVR vendor ReplayTV.
... out making its own PVR boxes, but would continue to ...
... technology to other OEMs. PVR units are predicted to become ...
... Scottsdale, Ariz., forecasts PVR-unit shipments to grow ...
... period, the installed base of PVR-enabled STBs is expected to ...
... 8 million units. "PVR is one of the most compelling ...
... develop next-generation PVR-enabled STBs. The two ...


21. Electronics Times, December 4, 2000, Pg. 14, 325 words, Broadcom buys in Israel for new division
... Pace Micro Technology, Microsoft WebTV and personal video recording (PVR) company Replay TV. ...
... home networking markets." PVR unit shipments are expected to ...
... 2003, unit shipments of PVR-enabled set-top ...
... period, the installed base of PVR-enabled set-top ...
... Broadcom Israel; Broadcom  MICROSOFT CORP (66%);


22. Multichannel News, December 04, 2000, Top Stories; Pg. 10, 905 words, ReplayTV Downsizing Signals a PVR Shift, ByMONICA HOGAN
... Show here. Others in the DVR category, including TiVo ...
... providers are selling receivers with PVR functionality at retail. ...
... DirecTV also plans to introduce DVR technology from Microsoft Corp.'s "UltimateTV" ...
... Communications Corp. includes DVR technology provided by Microsoft Corp.'s WebTV Networks on its "DishPlayer" ...
... introduce new receivers with DVR technology "through a ...
... own" rather than through WebTV, Lumpkin said. The company is ...
... recurring revenues for its DVR services, chairman Charlie ...


23. Newsweek, December 4, 2000,, U.S. Edition, SCIENCE AND TECHNOLOGY; Pg. 48, 1611 words, 2001: A Tech Odyssey, By N'Gai Croal
... including industry powerhouses Microsoft, Lucent and 3Com. They've ...
... Video Recorders Think of DVRS as VCRS on steroids: ...
... just the tip of the iceberg. DVRs automatically record the last ...
... triple play again). DVRs can record shows ...
... rushing to join forces with DVR makers to create eye- ...
... year you could get a DVR only from two start- ...
... likes of Sony and Panasonic, and Microsoft's floundering WebTV division has refocused on the DVR concept. Recording capacity has ...
... manufacturers are exploring how DVR technology can be embedded ...
... bigger hard drives into DVRs, viewing habits are likely to ...
... strategic marketing for WebTV, "At 12 hours [of ...
... get very cool. This month Microsoft's WebTV group unleashes the modestly ...
... 2001 will be the year that DVRs--and these other technologies--will really ...
... 300 to $800. Expect DVRs to merge with DVD players and ...
MICROSOFT CORP (57%);  GROOVE ...

24. USA TODAY, December 4, 2000, Monday,, FINAL EDITION, LIFE;, Pg. 3D, 854 words, Net users, please touch that dial It's becoming truly PC to click on TV as cable and Internet services converge, Jefferson Graham,  LOS ANGELES
... Western Cable Show, Microsoft's Ultimate TV and America  ...
... Circuit City stores. And Microsoft's Ultimate TV -- a $  ...
... We're showing what's possible," Microsoft's Ed Graczyk says. "This  ...
... up for what's called Microsoft TV, software that allows  ...
... just started offering Microsoft's boxes to its subscribers, and AT& ...
... million software licenses from Microsoft to be used with set-top  ...
... now affordable to deploy." Microsoft already markets WebTV to about 500,000 households. ...
... marketed directly to consumers, and Microsoft TV, targeted to the cable  ...
... years away and that what AOL, Microsoft and others are doing right  ...
... on AOLTV or even Microsoft's Ultimate TV -- yet. The  ...
... completed). Besides AOL and Microsoft, many other companies,  ...
... personal video recorder (PVR) technologies, such as TiVo and ReplayTV, with  ...
... in the near future. PVRs use a computer- ...
... rental and subscription. Like Microsoft, TiVo has a deal with  ...
MICROSOFT CORP  (90%); MICROSOFT CORP (90%); AOL  ...


25. Orange County Register (California), November 29, 2000, Wednesday, BUSINESS, 617 words, Broadcom dealing despite stock fall TECHNOLOGY: The chip maker acquires VisionTech as its own issues drop to $85., By CHRIS FARNSWORTH, The Orange County Register
... personal video recorders, or PVRs. The chips are already used in PVRs made by Microsoft's WebTV and ReplayTV Inc. Broadcom, ...
... makers are moving to incorporate PVRs into set-top boxes. ...
... ZORAN CORP (60%); MICROSOFT CORP  (54%); MICROSOFT CORP (54%); BANC OF  ...


26. The Orange County Register, November 29, 2000, Wednesday, OC-CHIP-MAKER, 650 words, California-Based Communications Chip Maker Broadcom to Acquire Israeli Firm, By Chris Farnsworth
... personal video recorders, or PVRs. The chips are already used in PVRs made by Microsoft's WebTV and ReplayTV Inc. Broadcom, ...
... makers are moving to incorporate PVRs into set-top boxes. ...
... ZORAN CORP (60%); MICROSOFT CORP  (55%); MICROSOFT CORP (55%); KONINKLIJKE  ...


27. San Jose Mercury News, November 29, 2000, Wednesday, SJ-CHIP, 628 words, Irvine, Calif.-Based Broadcom Enters Acquisition Deal Despite Stock Fall, By Chris Farnsworth
... personal video recorders, or PVRs. The chips are already used in PVRs made by Microsoft's WebTV and ReplayTV Inc. Broadcom, ...
... makers are moving to incorporate PVRs into set-top boxes. ...
... ZORAN CORP (60%); MICROSOFT CORP  (55%); MICROSOFT CORP (55%); KONINKLIJKE  ...


28. Business Wire, November 28, 2000, Tuesday, 1998 words, Broadcom to Acquire VisionTech, Ltd., a Leading Supplier of MPEG-2 Compression Technology; The Western Show 2000, November 28, 2000
... Personal Video Recording (PVR), interactive videoconferencing, and Internet  ...
... Scientific-Atlanta, Pace, Microsoft WebTV, as well as PVR pioneer Replay TV. " ...
... past year to incorporate PVR functionality in the DCT- ...

... view programs of their choice. PVR can monitor viewers' ...
... Cahners In-Stat, PVR unit shipments are expected to ...
... 2003, unit shipments of PVR-enabled set-top ...
... period, the installed base of PVR-enabled set-top ...
... eight million units. "PVR is one of the most compelling ...
... broadband." "By 2005, PVR functionality will become ...
... for next generation PVR-enabled set-top ...
... demonstrate a complete PVR-enabled set-top ...
... MOTOROLA INC (90%); MICROSOFT CORP  (56%); MICROSOFT CORP (56%); NETWORK ...


29. Newsbytes, November 28, 2000, Tuesday, 345 words, Broadcom Buys MPEG-2 Supplier VisionTech, Michael
Bartlett; Newsbytes, IRVINE, CALIFORNIA, U.S.A.
... Scientific-Atlanta, Pace, Microsoft WebTV and Replay TV, the company ...
... personal video recording (PVR) capability, which allows viewers to ...
... control of their television viewing. PVR lets users freeze ...
... a recorded program with PVR, viewers can skip to ...
... MOTOROLA INC (56%); MICROSOFT CORP  (56%); MICROSOFT CORP (56%);


30. TheStreet.com, November 28, 2000 Tuesday, TECH STOCKS; Semiconductors, 170 words, Broadcom Buys
Israeli Chip Maker in $776 Million Deal, By Eric Gillin, Staff Reporter, November 28, 2000 9:03 AM ET
... NYSE), Pace, ReplayTV and Microsoft's (MSFT:Nasdaq) WebTV all use the Kfir- ...
... Personal Video Recording, or PVR. This feature allows viewers to ...
BROADCOM CORP (58%); MICROSOFT CORP  (56%); MICROSOFT CORP (56%);


31. TheStreet.com, November 28, 2000 Tuesday, MARKETS; Stocks to Watch, 3118 words, Tuesday's Winners &
Losers: RightChoice, Atlantic Coast, Vishay, Ann Taylor, Beyond.com, By TSC Staff, November 28, 2000 4:41 PM
ET
... NYSE), Pace, ReplayTV and Microsoft's (MSFT:Nasdaq) WebTV all use the Kfir- ...
... Personal Video Recording, or PVR. This PVR feature, which allows for ...
... cents, or 0.3%, to $43.31; and Microsoft was down $3.69, or 5.2%, to $ ...
... Microsoft 67 3.75 5.31% ...
... Microsoft 67 3.75 5.31% ...
... BROADCOM CORP (58%); MICROSOFT CORP  (56%); MICROSOFT CORP (56%); KOREAN ...


32. Arkansas Democrat-Gazette (Little Rock, AR), November 27, 2000, Monday, Pg. D1, 1500 words, Digital comes to
the fore in home entertainment gifts, DEBORAH KONG, KNIGHT RIDDER NEWSPAPERS
... control live TV. Microsoft's UltimateTV, due out ...
... size of a VCR, PVRs use a hard ...
... actor, title or director. PVRs can pause or perform ...
... doesn't offer any PVR capabilities yet, but ...
... an AOL subscriber. WebTV Plus has been on the market ...
... AOL-branded features. Microsoft's UltimateTV is one of the most ...
... DirecTV satellite receiver, WebTV terminal for browsing the ...
... AOL LLC (56%); MICROSOFT CORP  (55%); MICROSOFT CORP (55%);

33. The Denver Post, November 27, 2000 Monday, 2D EDITION, Pg. E-09, 1591 words, Gifts sure to electrify your holiday shopping list, Mike Langberg,
... market for separate PVRs, with models starting about $ ...
... both have combination receiver/PVRs. I reviewed the Dish ...
... veteran in the field: Microsoft Corp.'s WebTV. The simplest version of the product, WebTV Classic, costs just $ ...
... 250, you can get WebTV Plus, which adds an ...
... repeated attempts by Microsoft to push into the market with over- ...
... www.britannica.com) and Microsoft Encarta (www.encarta. ...


34. Multichannel News, November 27, 2000, Inside Broadnband; Pg. 198, 811 words, What AT&T's Cooking: Managed Content, More, ByMATT STUMP
... end, while trials with Microsoft will begin in ...
... down the path to work with Microsoft and Liberate," Fickle said. "We ...
... available with AOL TV, WebTV, Wink and PVR functions. AT&T recently launched a PVR test with ReplayTV Inc., ...


35. Multichannel News, November 27, 2000, Top Stories; Pg. 56, 2369 words, Buyers, Sellers Weigh Tech Advances, By JIM FORKAN
... much broader, noted Microsoft TV senior group ...
... besides advertising," agreed Microsoft's Mitchell. "Selling Jennifer ...
... involving his company's clients and Microsoft's WebTV, which he called "a wonderful ...
... help it, said Microsoft TV senior group ...
... unclear. Myers asked if PVRs--which enable users to fast- ...
... media opportunities, she noted. PVRS' 'UNIQUE' REACH Ford ...
... later said that Ford's PVR ads will break ...
... an explosion in PVRs, as well as wireless and devices, he ...


36. San Jose Mercury News, November 23, 2000, Thursday, BUSINESS AND FINANCIAL NEWS, K1756, 1555 words, A dozen suggestions to ease and improve your gadgetry shopping, By Mike Langberg
... market for separate PVRs, with models starting about $ ...
... both have combination receiver/PVRs. I reviewed the Dish ...
... veteran in the field: Microsoft Corp.'s WebTV. The simplest version of the product, WebTV Classic, costs just $ ...
... 250, you can get WebTV Plus, which adds an ...
... repeated attempts by Microsoft to push into the market with over- ...
... www.britannica.com) and Microsoft Encarta (www.encarta. ...


37. San Jose Mercury News, November 23, 2000, Thursday, BUSINESS AND FINANCIAL NEWS, K1793, 2130 words, Transition to digital reshaping consumer electronics, By Deborah Kong
... control live TV. Microsoft's UltimateTV, due out ...
... size of a VCR, PVRs use a hard ...
... actor, title or director. PVRs can pause or perform ...
... doesn't offer any PVR capabilities yet, but ...
... an AOL subscriber. WebTV Plus has been on the market ...
... AOL-branded features. Microsoft's UltimateTV is one of the most ...
... DirecTV satellite receiver, WebTV terminal for browsing the ...
... AOL LLC (56%); MICROSOFT CORP (55%); MICROSOFT CORP (55%);

38. Contra Costa Times (California), November 20, 2000 Monday FINAL EDITION, BUSINESS; Pg. SP05, 2027 words, DIGITAL PRODUCTS HOT FOR THE HOME THIS YEAR; EXPECT TO FIND A SLEW OF DVD PLAYERS, DIGITAL TVS AND RELATED PRODUCTS, Deborah Kong
... control live TV. Microsoft's UltimateTV, due out ...
... size of a VCR, PVRs use a hard ...
... actor, title or director. PVRs can pause or perform ...
... doesn't offer any PVR capabilities yet, but ...
... an AOL subscriber. WebTV Plus has been on the market ...
... AOL-branded features. Microsoft's UltimateTV is one of the most ...
... DirecTV satellite receiver, WebTV terminal for browsing the ...
... AOL LLC (56%); MICROSOFT CORP (55%); MICROSOFT CORP (55%);


39. Contra Costa Times (California), November 20, 2000 Monday FINAL EDITION, BUSINESS; Tech Test Drive; Pg. SP02, 1547 words, GIFT IDEAS ABOUND, BUT COMPARISON SHOP, Mike Langberg
... market for separate PVRs, with models starting around $ ...
... both have combination receiver/PVRs. I reviewed the Dish ...
... veteran in the field: Microsoft Corp.'s WebTV. The simplest version of the product, WebTV Classic, costs just $ ...
... 250, you can get WebTV Plus, which adds an ...
... repeated attempts by Microsoft to push into the market with over- ...
... www.britannica.com) and Microsoft Encarta (www.encarta. ...


40. Saint Paul Pioneer Press (Minnesota), November 20, 2000 Monday CITY EDITION, YOURTECH; Pg. 4E, 696 words, AT $99, DVD A 'MUST-HAVE' BUT SONY DREAM SYSTEM WOULD BE SWEET, Mike Langberg, Knight Ridder News Service
... market for separate PVRs, with models starting at ...
... Network - have combination receiver/PVRs. Television set. The Wega ...
... but none has topped Microsoft's 4-year-old WebTV. The simplest version, WebTV Classic, costs $150 with ...
... 250, you can get WebTV Plus, which adds an ...
... www.britannica.com and Microsoft Encarta at www. ...
MICROSOFT CORP (51%); MICROSOFT CORP (51%);


41. San Jose Mercury News, November 20, 2000, Monday, SJ-TECH-GIFTS, 1569 words, Holiday Shoppers Face A Large Selection of Tech Gifts, By Mike Langberg
... market for separate PVRs, with models starting around $ ...
... both have combination receiver/PVRs. I reviewed the Dish ...
... veteran in the field: Microsoft Corp.'s WebTV. The simplest version of the product, WebTV Classic, costs just $ ...
... 250, you can get WebTV Plus, which adds an ...
... repeated attempts by Microsoft to push into the market with over- ...
... www.britannica.com) and Microsoft Encarta (www.encarta. ...


42. Variety, November 20, 2000 - November 26, 2000, SPECIAL REPORT: SPECIAL SUPPLEMENT: eVARIETY DECEMBER 2000; Pg. 18, 1401 words, Interactive or Inactive?, JUSTIN OPPELAAR
... personal video recording (PVR) technology has won a ...
... networking at all. PVRs, made exclusively (for ...
... example). Even though PVR technology is still in its ...
... lumped into the ITV family, PVRs have little in the way of ...

... narrowband ITV offerings from Microsoft and America Online, which deliver ...
... keyboard, and infrared "mouse." Microsoft's WebTV, the more established of the two, ...
... flocked to the narrowband services. WebTV's current installed base is ...
... month for both WebTV and AOL TV, is $ 5 ...
... director of marketing for WebTV parent Microsoft TV. "Every digital ...


43. The Wall Street Journal, November 9, 2000 Thursday, TECHNOLOGY JOURNAL; Pg. B10, 604 words,
Mossberg's Mailbox, *from Factiva*
... cause this to happen when you leave them, too. Microsoft tech support says there is ...
... Others call it DVR, for digital video ...
... others call it PVR, for personal video ...
... another is ReplayTV, and the third is WebTV, which is also well known for ...
... made by Panasonic. The WebTV DishPlayer, which also includes a ...
MICROSOFT CORP (52%)


44. Computer Shopper, November 1, 2000, Pg. 186 ; ISSN: 0886-0556, 3397 words, Media Merger; Technology
Information, Somers, Asa
... subsumed by the other. Microsoft Corp.'s fledgling WebTV and other interactive set- ...
... anyone actually tried WebTV. The initial reviews weren't ...
... Despite initial flaws, WebTV and its competitors have matured and found ...
... yet interactive TV; WebTV-type devices more ...
... televisions. So while WebTV and other set-top ...
... set-top boxes, such as WebTV or the recently launched AOLTV, which have ...
... similar services to be included with WebTV, AOLTV, and others, point to the ...
... personal video recorders (PVRs), which save video to a ...
... replay live broadcasts. These PVRs range in price from $ ...
... services. For instance, Microsoft recently announced its UltimateTV service, which bundles the interactivity of
WebTV with a time-shifting ...


45. Observer Station - The World Communications News Report, November 1, 2000, 321 words, Broadcom to pay
$677m for MPEG-2 compression/PVR specialist VisionTech of Israel., *from Factiva*
... Scientific-Atlanta, Pace, Microsoft WebTV, as well as PVR pioneer Replay TV.
... noted one estimate that PVR (Personal Video Recording) ...
... for next generation PVR-enabled set-top ...
... demonstrate a complete PVR-enabled STB solution ...
... MOTOROLA INC (57%); MICROSOFT CORP (56%)


46. Consumer Electronics, October 30, 2000, Monday, STATE OF THE INDUSTRY, 452 words, THOMSON PUTS
TIVO ON HOLD
... patent dispute. TiVo PVR uses electronic program ...
... Guide, won't deliver PVR until either lawsuit is ...
... clear, Rodriguez said.  PVR, which Thomson is sourcing from 3rd ...
... Circuit City are carrying PVRs under other brands. ...
... start to ship standalone PVR, long- term strategy ...
... questions about that [standalone PVR] category because the business model is very, very ...
... TV product, which combines Microsoft's WebTV technology with DirecTV under ...

... will be "very, very competitive" with standalone PVRs and will "put another ...
... RADIOSHACK CORP (90%); MICROSOFT CORP (52%); MICROSOFT CORP (52%);

47.  Multichannel News, October 30, 2000, Top Stories; Pg. 3, 819 words, Panelists Peg Content As Key ITV Driver,
By JIM FORKAN
... Communications Inc. said Microsoft TV group manager of ...
... issue of its Ideas magazine on Microsoft Corp.'s WebTV, and 142 viewers requested ...
... Asked by Myers if PVRs meant "the end of TV ...
... COMMUNICATIONS INC (69%); MICROSOFT CORP (55%);

48. COMMUNICATIONS TODAY, October 27, 2000, Vol. 6, No. 207, 323 words, Couch Potatoes, Get Ready To
Surf
      Microsoft WebTV Networks announced the pricing--$ ...
... digital video recording (DVR), the ability to pause live ...
... Internet service provider, such as the Microsoft Network (MSN).      The DirecTv ...
... Web TV said. Microsoft WebTV Networks, in Mountain ...
... wholly owned subsidiary of Microsoft [MSFT].      Web TV ...
... for later viewing," WebTV said.      "For the same price as traditional DVR-only services, Ultimate ...
... Bruce Leak, president of Microsoft WebTV Networks.      Thomson Multimedia [ ...
THOMSON SA (92%); MICROSOFT CORP  (92%); MICROSOFT CORP (92%); SONY  ...

49.  Communications Today, October 27, 2000, Pg. NA, 66449628, 297 words, Couch Potatoes, Get Ready To Surf.
Microsoft WebTV Networks announced the pricing-- ...
... digital video recording (DVR), the ability to pause live ...
... Internet service provider, such as the Microsoft Network (MSN). The DirecTv ...
... Web TV said. Microsoft WebTV Networks, in Mountain ...
... wholly owned subsidiary of Microsoft[MSFT]. Web TV ...
... for later viewing," WebTV said. "For the same price as traditional DVR-only services, Ultimate ...
... Bruce Leak, president of Microsoft WebTV Networks. Thomson Multimedia[ ...
THOMSON SA (92%); MICROSOFT CORP (92%); SONY  ...
... Multimedia; Web TV; WebTV

50. Newsbytes, October 27, 2000, Friday, 846 words, Newsbytes Telecom Week In Review, Ian Stokell; Newsbytes,
WASHINGTON, DC, U.S.A.
... In Long Island; Microsoft UltimateTV Pricing, December ...
... news/00/157287.html Microsoft UltimateTV Pricing, December ...
... barely dry on Microsoft WebTV Networks' false advertising ...
... digital video recording (DVR), various live TV ...
MICROSOFT CORP  (90%); MICROSOFT CORP (90%);

51. Newsbytes, October 26, 2000, Thursday, 452 words, Microsoft UltimateTV Pricing, December Release Set, Dick
Kelsey; Newsbytes, SEATTLE, WASHINGTON, U.S.A.
... barely dry on Microsoft [NASDAQ:MSFT] WebTV Networks' false advertising ...
... digital video recording (DVR), various live TV ...
... another five bucks, Microsoft lets subscribers use their ...

... service provider (ISP). WebTV provides Internet access to ...
... communicate with family and friends," WebTV Networks president, Bruce ...
... two DirecTV tuners and WebTV electronics. A WebTV spokesperson said today the price of the device would be $299. Microsoft said when it introduced the ...
... one day after Microsoft reached agreement with the Federal ...
... educate consumers about what WebTV service does and does not do. The FTC accused WebTV of misrepresenting the capabilities and actual ...
... access," even though WebTV users can't access ...
... ads ignored the fact that WebTV users can't download ...
... files, the FTC said. Microsoft said it disagreed with ...
... contact: Dave Reddy, WebTV, 650-532-4013/ ...
... ONLINE, BUSINESS, TELECOM/WEBTV/PHOTO)
MICROSOFT CORP (90%); MICROSOFT CORP (90%);  FEDERAL ...


52. PR Newswire, October 26, 2000, Thursday, FINANCIAL NEWS, 754 words, Microsoft WebTV Networks Announces Pricing for UltimateTV Service; UltimateTV Is First and Only Service That Integrates DIRECTV Programming, Digital Video Recording, Interactive Television and Internet Access for One Low Price, MOUNTAIN VIEW, Calif., Oct. 26
bc-CA-Microsoft-WebTV;
Microsoft WebTV Networks, Inc. today ...
... digital video recording (DVR), the ability to pause live ...
... same price as traditional DVR-only services, UltimateTV ...
... Bruce Leak, president of Microsoft WebTV Networks. "You can watch ...
... receiver with UltimateTV service from Microsoft puts viewers in ...
... UltimateTV, based on the Microsoft(R) TV Platform ...
... mail message. About WebTV Networks    WebTV Networks, Inc. is a ...
... Internet and digital technologies. WebTV Networks offers a ...
... Today, these services include the WebTV Classic Internet service, the WebTV Plus interactive service and WebTV Personal TV service. WebTV Networks owns and operates ...
... consumer electronics manufacturers.    WebTV Networks, based in ...
... wholly owned subsidiary of Microsoft Corp. (Nasdaq: MSFT). Microsoft incorporates WebTV(R) technologies in the Microsoft TV software platform, which ...
... operators worldwide. About Microsoft    Founded in 1975, Microsoft is the worldwide leader in ...
... any device.    NOTE: Microsoft, WebTV, UltimateTV, MSN and Kid ...
... registered trademarks or trademarks of Microsoft Corp. in the United ...
... respective owners. SOURCE Microsoft Corp.
... com, both for Microsoft Corp.
MICROSOFT CORP (96%); MICROSOFT CORP (96%); THE DIRECTV GROUP INC (93%);  Microsoft Corp.
bc-CA-Microsoft-WebTV; New Products and Services  ...


53. SATELLITE TODAY, October 26, 2000, Vol. 3, No. 200, 335 words, Microsoft WebTV Networks Announces Price For Its Ultimate TV Package
      Microsoft WebTV Networks Inc. announced the ...
... digital video recording (DVR), the ability to pause live ...
... Internet service provider, such as the Microsoft Network (MSN).      The DirecTv ...
... Web TV said. Microsoft WebTV Networks, in Mountain ...
... wholly owned subsidiary of Microsoft Corp. [MSFT].      Web ...
... for later viewing," WebTV said.      "For the same price as traditional DVR-only services, Ultimate ...

... Bruce Leak, president of Microsoft WebTV Networks.        Thomson Multimedia [ ...
WEBTV NETWORKS INC (97%); MICROSOFT CORP (94%); MICROSOFT CORP (94%); DIRECTV ...


54. The Washington Post, October 13, 2000, Friday, Final Edition, FAST FORWARD; Pg. E01; LOGGING ON, 967
words, Techno-Toys Strive For Shelf Life, Rob Pegoraro
... Calif., company behind the PVRs sold by Philips and ...
... It is, of all people, Microsoft. By teaming up with ...
... recorder capabilities (along with WebTV Internet access) to Echostar's ...
... allowed customers to buy into the PVR concept without having to add ...
... 300,000 of these hybrid Dish/WebTV/PVR boxes have sold worldwide, ...
... reported. At this rate, WebTV may wind up ...
... it's any consolation to Microsoft, WebTV isn't the only Web- ...
... in this market segment; Microsoft has waded into the market with MSN ...
MICROSOFT CORP (56%); CONSUMER ...


55. The Economist, October 07, 2000, , U.S. Edition, 1672 words, At least television works
... victim of the failure of convergence is WebTV. In 1997, Microsoft bought WebTV, a Silicon Valley ...
... fanfare. The market, said Microsoft, was potentially vast, covering ...
... not have a PC. Microsoft's strategists thought they were making ...
... director of marketing at WebTV, "we said: We're going to ...
... kept coming down. WebTV has only around 1m ...
... a mainstream brand. Microsoft's new television-related ...
... personal video recorder (PVR) -- the digital sort that automatically ...
MICROSOFT CORP (83%); MICROSOFT CORP (83%);


56. International Herald Tribune (Neuilly-sur-Seine, France), September 25, 2000, Monday, News; Pg. 11, 1158 words,
Two-Way TV, a European Hit, Has Misses Too; It Leads U.S. in Interactivity, but Limited Shopping and Multiple
Standards Hold It Back, By Richard Covington; International Herald Tribune, PARIS
... In the United States, Microsoft Corp.'s WebTV (being renamed UltimateTV) and ...
... Liberate TV Navigator and Microsoft TV will deliver the ...
... connected to the broadcast systems. "With PVR technology in the boxes, ...


57. The Economist, September 16, 2000, , U.S. Edition, 447 words, Whatever happened to WebTV?
IN APRIL 1997, Microsoft spent $425m buying WebTV, a Silicon Valley ...
... purchase was billed as the beginning of Microsoft's takeover of the TV business. ...
... signed up for WebTV. Its brand is now being ...
What went wrong? Microsoft thought it could sell WebTV to everybody who had a ...
... says Rob Schoeben, WebTV's marketing boss, WebTV made it easy to ...
... TV on their TVs. Microsoft couldn't quite understand this. ...
... personal video recorder (PVR). Because it is digital, the PVR is much better than the old ...
... receiver, suffers from the common Microsoft problem: lateness. It was ...
... smart boxes appearing, Microsoft has lost the lead it had. ...
... sell stand-alone PVRs, already have products in the ...
... customers. Analysts reckon PVRs will take off when they are ...
... interactive TV and a PVR, just like UltimateTV. Microsoft may still get its ...
MICROSOFT CORP (90%); MICROSOFT CORP (90%);

58. Television Digest, September 11, 2000, Monday, THIS WEEK'S NEWS, 3246 words, HUGHES ON MARKET?
... personal video recorder (PVR) model that could store up to ...
... recording capacity of existing PVRs. Company said new ...
... under new agreement with Microsoft's WebTV. Specific programs to be affected this ...
... in antitrust battle with Microsoft, would handle its antitrust lawsuit ...


59. CABLEFAX, September 8, 2000, Vol. 11, No. 176, 85 words, Interactivity
... programming accessible through Microsoft's [MSFT] WebTV Plus or UltimateTV service, ...
... start selling a PVR in the UK 1Q ' ...
MICROSOFT CORP (58%); MICROSOFT CORP (58%);


60.  Daily Variety, September 08, 2000, SPECIAL SECTION4; Pg. 58, 1332 words, SET-TOP SURVEY, MARSHAL
M. ROSENTHAL
... drive-based digital PVR (Personal Video Recorder) and WebTV. Unlike stand-alone ...
... live" broadcast. While the Microsoft operating system integrates ...
... service charge for the PVR functions. www.dishnetwork. ...
... software provided by the Microsoft TV Platform. The DCT- ...
... option for integrating PVR functions such as pausing, instant ...
... support both Liberate and Microsoft TV for interactive ...
... streaming compression system, PVR functions (via an ...
... will be provided by Microsoft TV. www.broadcast. ...
... software, based on Microsoft TV platform software and provided by Microsoft WebTV Networks, Inc., will ...
MICROSOFT TV (65%); PACE ...


61. PR Newswire, September 8, 2000, Friday, FINANCIAL NEWS, 1393 words, Philips and Microsoft Announce
Cooperation to Encourage Adoption of Enhanced TV; Philips Licenses Microsoft TV Software; Microsoft Supports
Philips' Set-Top Box Platform, AMSTERDAM, Netherlands and REDMOND, Wash., Sept. 8
bc-WA-Microsoft-Philips;
... top box suppliers, and Microsoft Corp. (Nasdaq: MSFT), ...
... Philips will license Microsoft(R) TV software and collaborate with Microsoft on the development of a ...
... boxes based on the Microsoft TV software and Philips ...
... top boxes running Microsoft TV is expected to be available in 2001. Microsoft TV customers who ...
... 20000822/MSFTLOGO )    The Philips/Microsoft Enhanced TV platform ...
... personal video recording (PVR), e-commerce, online ...
... under the agreements, Philips and Microsoft will establish identical ...
... alliances in place. Microsoft, with its solid expertise in ...
... market." Philips Licenses Microsoft TV Technology    Philips will license Microsoft TV client software, which ...
... Philips will implement the Microsoft TV software in its ...
... able to offer a Microsoft TV license with its set- ...
... network operators. Philips and Microsoft Lay Foundation for ...
... vision between Philips and Microsoft to accelerate the mass-market ...
... broadband TV networks.    "Microsoft and Philips are working together to ...
... TV Division at Microsoft. "Microsoft and Philips make a ...
... a Philips product, and Microsoft's expertise in standards- ...
... around the world."    Philips and Microsoft have worked together to launch ...
... agreement between Philips and Microsoft WebTV Networks Inc. In addition, Philips and Microsoft collaborate in a
...

... philips.com/. About the Microsoft TV Platform    The Microsoft TV platform is a ...
... software. The client software, Microsoft TV Basic Digital ...
... set-top boxes and Microsoft TV Advanced for ...
... boxes to integrated televisions.    Microsoft TV Server and Microsoft TV Access Channel ...
... an integral component of Microsoft TV Advanced.    The Microsoft TV platform supports ...
... additional information on Microsoft TV can be found at http://www.microsoft.com/tv/. About Microsoft
    Founded in 1975, Microsoft is the worldwide leader in ...
... any device.    NOTE: Microsoft and Windows Media are either registered trademarks or trademarks of Microsoft
Corp. in the United ...
... respective owners. SOURCE Microsoft Corp.
... Shandwick International for Microsoft Corp.; or Sinead Kelly, ...
... RED Consultancy, for Microsoft Corp.; or Marty Gordon, ...
MICROSOFT CORP (94%); MICROSOFT CORP (94%); KONINKLIJKE ...
... PHILIPS ELECTRONICS) (59%); Microsoft Corp.; Philips Electronics; ...
bc-WA-Microsoft-Philips; Licensing and Marketing ...


62. The Asian Wall Street Journal, September 7, 2000 Thursday, Manager's Journal; Pg. 8, 770 words, In TV Land,
Bigger Is Better, By Michael Wolf, *from Factiva*
... Survivor"), the explosive growth of PVRs (personal video recorders, like TiVo), and Microsoft's double-down efforts
to make WebTV successful. The evolutionary chart -- which ...
... VIACOM INC (51%); MICROSOFT CORP (50%)


63. Consumer Electronics, August 28, 2000, Monday, NOTEBOOK, 177 words
Microsoft said its WebTV was refocusing business in ...
... million subscribers.Many of WebTV's features are being incorporated ...
... own interactive services, Microsoft said.
WebTV also developed Solo2 chip, ...
... top boxes (STB). Microsoft plans to license chip to ...
... manufacturers.Fate of standalone WebTV STB, which was introduced with service ...
... Sony and Philips were original WebTV licensees.Mitsubishi has dropped its standalone WebTV STB, with Product
Development ...
... personal video recorder (PVR)technology into products.
MICROSOFT CORP (90%); MICROSOFT CORP (90%); TOSHIBA ...


64. Consumer Electronics, August 28, 2000, Pg. NA, 64689535, 2622 words, NOTEBOOK.
... WCE had 326 stores. ------ Microsoft said its WebTV was refocusing business in ...
... million subscribers. Many of WebTV's features are being incorporated ...
... own interactive services, Microsoft said. WebTV also developed Solo2 chip, ...
... top boxes (STB). Microsoft plans to license chip to ...
... manufacturers. Fate of standalone WebTV STB, which was introduced with service ...
... Sony and Philips were original WebTV licensees. Mitsubishi has dropped its standalone WebTV STB, with Product
Development ...
... personal video recorder (PVR) technology into products. ------ Zoran ...
... work" is needed on PVR to accommodate digital cable ...
... set parameters on PVR using PC. User ...
... server, which replays information to PVR via daily 2- ...
... time that server connects to PVR is expected to be available by ...

... TOSHIBA CORP (59%); MICROSOFT CORP (51%)

65.  The Wall Street Journal, August 21, 2000 Monday, Pg. A18, 1047 words, Manager's Journal: In TV Land, Bigger Is Better, By Michael Wolf, *from Factiva*
... Survivor"), the explosive growth of PVRs (personal video recorders, like TiVo), and Microsoft's double-down efforts to make WebTV successful. But, while ...
... VIACOM INC (51%); MICROSOFT CORP (50%)

66. WARREN'S CABLE REGULATION MONITOR, August 21, 2000, Monday, THIS WEEK'S NEWS, 964 words, TIVO AND REPLAY SIGN CABLE DEALS TO BOOST PVR DISTRIBUTION
... personal video recorder (PVR)category, TiVo and ReplayTV are ...
... begin joint cable-PVR service soon in ...
... will offer free PVR set-tops to cable ...
... splitting revenues with its respective PVR partners.PVR service, which allows viewers to ...
... much "stress and strain" PVR services place on ...
... consumers prefer leasing PVRs like cable set-tops or buying them outright, and whether PVR features drive subscribers to ...
... question is how popular PVR set-top boxes ...
... analysts alike expect PVR service to be very popular eventually, ...
... limited market for PVRs until they become integrated into ...
... top box manufacturers and PVR officials all aim to build integrated cable- PVR boxes sometime in ...
... cable interest in PVRs comes as TiVo and Replay ...
... MSO interest also comes as PVR market leader TiVo, with ...
... joint satellite TV-PVR set-top boxes with ...
... in offering their own PVR service."We didn't want to ...
... customers." Cable push into PVR market comes too as enhanced ...
... sets and personal computers.Microsoft, whose advanced, joint WebTV-satellite TV set- ...
... already offer some PVR features, also is plunging in ...
... new joint DBS-PVR box with DirecTV.Like ...
... Bloom, who projected that PVRs would be in 200,000 U.S. ...

67. Communications Daily, August 14, 2000, Monday, TODAY'S NEWS, 945 words, TIVO AND REPLAY SIGN CABLE DEALS TO BOOST PVR DISTRIBUTION
... personal video recorder (PVR)category, TiVo and ReplayTV are ...
... begin joint cable-PVR service soon in ...
... will offer free PVR set-tops to cable ...
... splitting revenues with its respective PVR partners.PVR service, which allows viewers to ...
... much "stress and strain" PVR services place on ...
... consumers prefer leasing PVRs like cable set-tops or buying them outright and whether PVR features drive subscribers to ...
... question is how popular PVR set-top boxes ...
... analysts alike expect PVR service to be very popular eventually, ...
... limited market for PVRs until they become integrated into ...
... top box manufacturers and PVR officials aim to build integrated cable-PVR boxes sometime in ...
... cable interest in PVRs comes as TiVo and Replay ...
... MSO interest also comes as PVR market leader TiVo, with ...
... joint satellite TV-PVR set-top boxes with ...

... customers." Cable push into PVR market comes as enhanced ...
... sets and personal computers.Microsoft, whose advanced, joint WebTV-satellite TV set- ...
... already offer some PVR features, also is plunging in ...
... new joint DBS-PVR box with DirecTV.Like ...
... Bloom, who projects that PVRs would be in 200,000 U.S. ...


68. SATELLITE WEEK, August 14, 2000, Monday, SATELLITE TV, 230 words
... personal video recorders (PVR)market leader TiVo, with ...
... joint satellite TV-PVR set-top boxes with ...
... customers." Cable push into PVR market comes as enhanced ...
... sets and personal computers.Microsoft, whose advanced, joint WebTV- satellite TV set- ...
... already offer some PVR features, also is plunging in ...
... new joint DBS-PVR box with DirecTV. Like ...
... TechTrends, who projects that PVRs would be in 200,000 U.S. ...
MICROSOFT CORP  (56%); MICROSOFT CORP (56%);


69. Television Digest, August 14, 2000, Monday, THIS WEEK'S NEWS, 885 words, TIVO, REPLAY LAUNCH
CABLE-PVR TRIALS
... personal video recorder (PVR)category, TiVo and ReplayTV are ...
... begin joint cable-PVR service soon in ...
... will offer free PVR set-tops to cable ...
... splitting revenues with its respective PVR partners.PVR service, which allows viewers to ...
... much "stress and strain" PVR services place on ...
... consumers prefer leasing PVRs like cable set-tops or buying them outright and whether PVR features drive
subscribers to  ...
... question is how popular PVR set-top boxes ...
... analysts alike expect PVR service to be very popular eventually, ...
... limited market for PVRs until they become integrated into ...
... top box manufacturers and PVR officials aim to build integrated cable-PVR boxes sometime in ...
... cable interest in PVRs comes as TiVo and Replay ...
... MSO interest also comes as PVR market leader TiVo, with ...
... joint satellite TV-PVR set-top boxes with ...
... said. Cable push into PVR market comes too as enhanced ...
... sets and personal computers.Microsoft, whose advanced, joint WebTV-satellite TV set- ...
... already offer some PVR features, also is plunging in ...
... new joint DBS-PVR box with DirecTV.Like ...
... Bloom, who projects that PVRs will be in 200,000 ...


70. Business Wire, August 8, 2000, Tuesday, 739 words, Consumers Reject Digital Video Recorders, But They Will
Embrace Personal TV Services; Sluggish demand for DVRs masks the positive outlook for personal television,
BOSTON, Aug. 8, 2000
... consumer apathy toward the DVR set-top boxes that ...
... potential of stand-alone DVR devices will be limited ...
... known as stand-alone DVRs. With fewer than 70,000 subscribers ...
... high retail prices of their DVR set-top boxes. These ...
... suggest that the installed base of DVRs will not reach ...
... buy single-purpose DVR set-top boxes. If ...

... 2003, U.S. shipments of DVR-enabled digital set- ...
... times those of stand-alone DVR set-top boxes. The ...
... Atlanta (NYSE:SFA), Microsoft (NASDAQ:MSFT), NDS ( ...
... will radically change the DVR market landscape, as more ...
... top boxes, which combine DVR functionality with Internet access, ...
... buy stand-alone DVRs, especially when multipurpose set- ...
... forecasts on four DVR-enabled product categories: stand-alone DVRs, DVR-enabled digital set-top boxes,
DVR-enabled TV sets and DVR-enabled PC cards. The ...
... TiVo, ReplayTV, Metabyte and WebTV. In addition, the report ...
TIVO INC (56%); MICROSOFT CORP (52%); MICROSOFT CORP (52%); NDS ...


71. Broadcast Engineering, August 2000, News; ISSN: 0007-1994, 2438 words, Broadcasters comment on state of
DTV, Larry Bloomfield
... mid-June announcement, Microsoft, DirecTV and Thomson multimedia have ...
... personal video recorders (PVR). Viewers will have the option to ...
... DSL modems. The platform from Microsoft TV is a universal ...
... partner, offering subscribers of the WebTV service access to the personal ...
... cable households. With such names as WebTV, TiVo, OpenTV, iBeam and ...


72. Advertising Age, July 31, 2000, Monday, Pg. S6, 1486 words, Loosening the grasp of 30-second spots; New
technologies offer options in audience tracking, in-programming opportunities, Eliot Tiegel
... products, whether they're called PVR for personal video recorders, DVR for digital video ...
... ReplayTV, TiVo, UltimateTV and WebTV will produce a ...
... through TiVo, Replay and WebTV," says Jack Loftus, ...
... sales pitch for WebTV Personal Service "is it's the ...
... network media group, Microsoft Corp.'s WebTV Networks. 'FLASH VIDEO' WebTV claims 100 national ...
... used flash video. Microsoft's UltimateTV will debut ...


73. Consumer Electronics, July 31, 2000, Pg. NA, 63804727, 3588 words, NOTEBOOK.
... personal video recorder (PVR) market in U.S. with ...
... difference between Pace PVR and rivals will be conditional ...
... Warner to build non-PVR digital STBs, first of which are ...
... appliance based on Microsoft's MSN Web Companion ...
... it to UltimateTV Direct/WebTV combo product that sells ...


74. The Christchurch Press, July 27, 2000, Edition 2: Pg. 29, 1309 words, FEATURES: LOUNGE-ROOM
REVOLUTION, ARMSTRONG DAVID
... best known being Microsoft's WebTV, which has about 1 million ...
... in cable-TV. (WebTV and AOLTV transmit wirelessly and ...
... 250 -- about the same as WebTV's box -- and the service costs $ ...
... will really add to the attraction. DVR -- look ma, no ...
... digital video recorder (DVR). It has forged a ...
... a 30-hour DVR as a stand- alone ...
... not gone unchallenged. Microsoft (surprise, surprise) wants ...
... market the next version of Microsoft's WebTV, called UltimateTV. According to ...
... will combine TiVo's DVR, Internet access, and interactive ...

... it widely available. Microsoft says that while WebTV was aimed at bringing the ...
AOL LLC (53%); MICROSOFT CORP (50%); MICROSOFT CORP (50%);

75. The Press (Christchurch), July 27, 2000, Thursday, FEATURES; COMPUTERS;, Pg. 29;, CONNECTED, 1331 words, Lounge-room revolution Keep an eye out for ..., ARMSTRONG David
... best known being Microsoft's WebTV, which has about 1 million ...
... in cable-TV. (WebTV and AOLTV transmit wirelessly and ...
... 250 -- about the same as WebTV's box -- and the service costs $ ...
... will really add to the attraction. DVR -- look ma, no ...
... digital video recorder (DVR). It has forged a ...
... a 30-hour DVR as a stand- alone ...
... not gone unchallenged. Microsoft (surprise, surprise) wants ...
... market the next version of Microsoft's WebTV, called UltimateTV. According to ...
... will combine TiVo's DVR, Internet access, and interactive ...
... it widely available. Microsoft says that while WebTV was aimed at bringing the ...
AOL LLC (53%); MICROSOFT CORP (50%); MICROSOFT CORP (50%);

76.  Consumer Electronics, July 24, 2000, Pg. NA, 63644405, 3011 words, NOTEBOOK.
... Wendy Wu said. ------ Microsoft posted jumps in ...
... ended June 30, Microsoft reported revenue of $ ...
... $ 2.2 billion. Microsoft CFO John Connors ...
... PC growth rates," Microsoft was confident its new products ...
... good leverage of our expenses." ------ Microsoft launched Windows Media ...
... media last week. Microsoft said WMT7 provides ...
... continues committed to IRD/WebTV model despite introduction of ...
... personal video recorder (PVR) technology. Enron, which has built ...
... music retailers in Microsoft's Windows Media format ...
... Record company is using Microsoft's copyright management software. ...
... COMMUNICATIONS CORP (92%); MICROSOFT CORP (53%)

77. Newswire (VNU), July 18, 2000, 454 words, CACHING MOVES INTO CONSUMER ELECTRONICS CONSUMER ELECTRONICS GROUP THOMSON MULTIMEDIA AND STORAGE FIRM SEAGATE TODAY ANNOUNCED A NEW JOINT VENTURE TO BRING DIGITAL STORAGE TECHNOLOGY INTO THE HOME.
... personal video recorders (PVRs) and DVD players, to address ...
... quickly and easily add PVR, caching and other exciting ...
... Metabyte Networks, EchoStar and Microsoft WebTV. Seagate will support ...
... SEAGATE TECHNOLOGY (92%); MICROSOFT CORP  (52%); MICROSOFT CORP (52%);

78.  Broadcasting & Cable, July 17, 2000, TECHNOLOGY; Pg. 64, 680 words, Thomson, Seagate enter PVR fray; Joint venture will supply 'storage modules' for TVs and set-tops, Glen Dickson
... personal-video-recorder (PVR) technology, consumer electronics ...
... CacheVision won't produce PVRs under its own brand. ...
... popular TiVo and ReplayTV PVRs.    Thomson and Seagate executives ...
... developed by EchoStar and Microsoft that combines PVR and WebTV functionality.    Thomson Senior ...
... initial competition in the PVR market is Quantum Corp., which ...
... companies have been behind in PVR creation, although the Seagate ...

... developed by Thomson and Microsoft that will include PVR functionality.    Another key ...
... aware of the need to provide PVR functionality in their digital ...
... set-tops with integrated PVR functionality.    Bernoff expects ...
... president and CEO, acknowledges that PVRs are a source of "contention and  ...
... significant change for PVRs, he predicts, will be the advent of ...
... market that will provide PVR functionality with some form of ...
... SEAGATE TECHNOLOGY (75%); MICROSOFT CORP (62%);


79. USA TODAY, July 17, 2000, Monday,, FINAL EDITION, LIFE;, Pg. 3D, 1463 words, Your TV's little black box is growing up, Mike Snider
... including mega-corporations such as Microsoft and Sony, cable companies ( ...
... personal video recorders (PVRs).  Joining a digital gold rush  The first PVRs from TiVo and ReplayTV have been out ...
... on the way. A PVR uses a hard ...
... expect to purchase a PVR within the next year, ...
... more features, including PVRs. "We're combining boxes ...
... TV programming with a PVR and WebTV service. EchoStar unveils its ...
... no prices yet).  * Microsoft has its own set-top ...
... souped-up version of WebTV called UltimateTV, with PVR and DirecTV (expected to be around $  ...
... UltimateTV will take WebTV's interactive TV features ( ...
... says Ed Graczyk of the Microsoft TV platform group. Microsoft owns WebTV, which it purchased in  ...
... music files, and has a PVR.  Linking the box to everything ...
... personal video recorders, or PVRs) in devices such as ReplayTV and ...
... include Matsushita-Panasonic. Microsoft is working on a PVR with Thomson/RCA and DirecTV.  *  ...
... Internet/Web features. Microsoft's WebTV set-top boxes ...
... Coming soon is AOLTV and Microsoft's new service, UltimateTV, which merges a PVR with more interactivity than WebTV with Net and television content.  *  ...
... ESPN, Oxygen Media and WebTV), viewers can interact with ...
... 299) and future systems such as Microsoft's Xbox and Nintendo's next ...
... RESEARCH INC (57%); MICROSOFT CORP  (52%); MICROSOFT CORP (52%); AOL  ...


80.  The Star-Ledger (Newark, New Jersey), July 16, 2000 Sunday,   FINAL EDITION, SPOTLIGHT; Pg. 1, 2065 words, The revolution will be televised, Alan Sepinwall, star-ledger staff
... names such as TiVo, Replay and WebTV promises an entirely ...
... personal video recorders (or PVRs) provide a quantum ...
... simplicity of the design makes the PVRs an even bigger ...
... basis.  Executives at the PVR companies believe that their products are ...
... increased overall viewership. PVRs are hitting the market after the ...
... end.  Executives at Microsoft-owned WebTV hope to solve the problem ...
... Web-surfers. The new WebTV Personal service, combined with ...
... it." While none of the PVRs have exceptionally large memories ...
... CBS' Poltrack believes PVRs will increase viewership ...
... Web site (on WebTV) or a two-minute ...
... Poletto, vice-president of WebTV Network Media Group. "If ...
... catches up.  While PVR companies all pledge their ...
... estimates that more than 700,000 PVRs will be sold this year, and as ...
... issued in April. The WebTV Plus service, which offers ...
... but not most, of the PVRs' functionality, is in roughly ...

... feels threatened by the PVRs, ABC's Davis likes to ...
... like, original content.  WebTV  Initial cost: $ ...
... 12 hours (only with WebTV Personal package)  Features: ...


81. Canada NewsWire, July 11, 2000, Tuesday, FINANCIAL NEWS, 1455 words, Thomson Multimedia and Seagate Form New Consumer Electronics Storage Systems Powerhouse;  New Company CacheVision to Deliver Cost-Optimized, Integrated Storage Systems For the World's Largest Consumer Electronics Manufacturers, PARIS and SCOTTS VALLEY, Calif., July 11, BC-Seagate-Thomson;
... Europe, and strategic partners such as  Microsoft and DIRECTV.     Seagate is the market ...
... Personal Video Recorders (PVRs). CacheVision will leverage ...
... THOMSON multimedia), EchoStar and Microsoft WebTV. Seagate will  also support ...
... CE disc drives to WebTV over three years ...
... CE devices like PVRs offer a significant ...
... quickly and easily add PVR, caching and other exciting ...


82. PR NEWSWIRE, July 11, 2000, 1422 words, Thomson Multimedia and Seagate Form New Consumer Electronics Storage Systems Powerhouse
... Europe, and strategic partners such as Microsoft and DIRECTV. Seagate is the market ...
... Personal Video Recorders (PVRs). CacheVision will leverage ...
... THOMSON multimedia), EchoStar and Microsoft WebTV. Seagate will also support ...
... CE disc drives to WebTV over three years ...
... CE devices like PVRs offer a significant ...
... quickly and easily add PVR, caching and other exciting ...
... SEAGATE TECHNOLOGY (58%); MICROSOFT CORP  (50%); MICROSOFT CORP (50%);


83. PR Newswire, July 11, 2000, Tuesday, FINANCIAL NEWS, 1415 words, Thomson Multimedia and Seagate Form New Consumer Electronics Storage Systems Powerhouse; New Company CacheVision to Deliver Cost-Optimized, Integrated Storage Systems For the World's Largest Consumer Electronics Manufacturers, PARIS and SCOTTS VALLEY, Calif., July 11
... Europe, and strategic partners such as Microsoft and DIRECTV.     Seagate is the market ...
... Personal Video Recorders (PVRs). CacheVision will leverage ...
... THOMSON multimedia), EchoStar and Microsoft WebTV. Seagate will also support ...
... CE disc drives to WebTV over three years ...
... CE devices like PVRs offer a significant ...
... quickly and easily add PVR, caching and other exciting ...
... TECHNOLOGY LLC (94%); MICROSOFT CORP  (50%); MICROSOFT CORP (50%);  Seagate ...


84. Financial Times (London,England), July 5, 2000, Wednesday, SURVEY - FT IT;, Pg. 18, 782 words, SURVEY - FT IT: Scrambling to produce a better picture: INTERVIEW WITH ABE PELED OF NDS: The former Israeli platoon commander aims to expand digital TV's horizons, By GEORGE COLE
... it at IBM, Microsoft tried it with WebTV and they weren't successful. I ...
... personal video recorder (PVR) that can store many ...
... XTV differs from other PVRs on the market, such as those produced ...
... some control over the PVR. Consumers can program their ...

85. New TV Strategies, July, 2000, Pg. 10, 1289 words, What will be the catalysts for smart TV viewing in the digital world?
... personal video recorder (PVR) households will watch ...
... using boxes like WebTV or cable and satellite services ...
... year, Forrester predicted that PVRs - devices that record programming ...
... more than $200 million into PVR vendors TiVo and Replay, ...
... hours. Unlike VCRs, PVRs empower viewers by ...
... Satellite will drive PVR penetration. While TiVo and ...
... will dominate this year's PVR sales. Last year's EchoStar satellite/PVR from Microsoft will compete with two ...
... a second from RCA and Microsoft. Cable will strike ...
... Alanta cable boxes. - PVR owners take control of their viewing. Early PVR users exemplify smarter ...
... now, Micrtosoft's 600,000 WebTV Plus boxes represented the ...
... interact with video. But as WebTV's sales have slowed, Wink has ...
... advertisers. More than half of WebTV Plus users have registered to ...
... RespondTV reports that 46% of WebTV users watching a ...
... operators will use PVRs to retain subscribers and boost ...
... a grudging concession to PVR users, will embed ...
... combined with increasing numbers of PVR-enabled cable and satellite ...
... Viewers skipping commercials with PVRs will land on ...
... TiVo; Replay; Wink; Microsoft  ECHOSTAR SATELLITE LLC (56%); MICROSOFT CORP
(52%); MICROSOFT CORP (52%); MOTOROLA ...

86.  Screen Digest, July 1, 2000, 64162225, 133 words, DirecTV-Thomson-Microsoft link for DVR.
... partnered Thomson Multimedia and Microsoft to enhance latter's interactive ...
... digital video recorders (DVR) set-top boxes ( ...
... DS4290RE System with UltimateTV (from Microsoft WebTV Networks) promises to integrate DirecTV
programming with DVR, interactive television and Internet ...
... days in advance. DVR STB will be in ...
THOMSON SA (95%); MICROSOFT CORP (90%)
Microsoft Corp.; Thomson Multimedia

87. AUDIO WEEK, June 19, 2000, Monday, THIS WEEK'S NEWS, 832 words, AOL INVESTS $200 MILLION IN
TIVO, WILL ADD PVR SERVICE
... personal video recorder (PVR)service. Under 3- ...
... battling ReplayTV to emerge as PVR leader.
... small stake in PVR provider through investment ...
... become exclusive provider of PVR services to AOL TV ...
... planned to offer TiVo's PVR service as extra subscription ...
... TV space from such rivals as Microsoft's WebTV Networks, OpenTV, WorldGate ...
... EchoStar, which has teamed with OpenTV and WebTV in separate satellite ...
... selected major markets with Microsoft and Excite@Home, respectively."We ...
... TV strategy for Microsoft, which is positioning itself now as ...
... week unveiled deal with Microsoft to offer interactive service ...
... combine satellite TV, PVR and Internet access features, ...
... above joint EchoStar-WebTV box that's now in ...
... shareholders, has been selling its standalone PVR boxes in stores ...
... lags TiVo in PVR market, also are hoping for ...
... only 9,000 standalone PVRs in stores through ...

... quarter."This is very good for the PVR marketplace," Replay spokesman ...


88. AUDIO WEEK, June 19, 2000, Monday, AUDIO NOTES, 403 words
... digital video recorder (DVR) with Internet access, interactive ...
... co-developers DirecTV, Microsoft's WebTV, RCA parent Thomson Multimedia. DVR and associated Ultimate TV ...
... gigabytes. Instead, they said, DVR records full MPEG ...
... Replay, TiVo and other DVR devices that require owner to ...
... will be necessary to activate DVR recorder function, partners ...
... service includes basic WebTV features, including e- ...
... download supplemental information to DVR, such as sports statistics and infomercials. As ...
... for DirecTV receiver/DVR hadn't be set, but ...
THOMSON SA (92%); MICROSOFT CORP (58%); MICROSOFT CORP (58%); TRIBUNE ...


89. Audio Week, June 19, 2000, Pg. NA, 62834480, 823 words, AOL INVESTS $ 200 MILLION IN TIVO, WILL ADD PVR SERVICE.
... personal video recorder (PVR) service. Under 3- ...
... battling ReplayTV to emerge as PVR leader.
... small stake in PVR provider through investment ...
... become exclusive provider of PVR services to AOL TV ...
... planned to offer TiVo's PVR service as extra subscription ...
... TV space from such rivals as Microsoft's WebTV Networks, OpenTV, WorldGate ...
... EchoStar, which has teamed with OpenTV and WebTV in separate satellite ...
... selected major markets with Microsoft and Excite@Home, ...
... TV strategy for Microsoft, which is positioning itself now as ...
... week unveiled deal with Microsoft to offer interactive service ...
... combine satellite TV, PVR and Internet access features, ...
... above joint EchoStar-WebTV box that's now in ...
... shareholders, has been selling its standalone PVR boxes in stores ...
... lags TiVo in PVR market, also are hoping for ...
... only 9,000 standalone PVRs in stores through ...
... quarter. "This is very good for the PVR marketplace," Replay spokesman ...


90. Audio Week, June 19, 2000, Pg. NA, 62834481, 2590 words, AUDIO NOTES.
... digital video recorder (DVR) with Internet access, interactive ...
... co-developers DirecTV, Microsoft's WebTV, RCA parent Thomson Multimedia. DVR and associated Ultimate TV ...
... gigabytes. Instead, they said, DVR records full MPEG ...
... Replay, TiVo and other DVR devices that require owner to ...
... will be necessary to activate DVR recorder function, partners ...
... service includes basic WebTV features, including e- ...
... download supplemental information to DVR, such as sports statistics and infomercials. As ...
... for DirecTV receiver/DVR hadn't be set, but ...
... digital video recorders (DVR) and other digital set- ...
... CPD) feature allows DVRs and other digital devices that ...


91. Consumer Electronics, June 19, 2000, Monday, THIS WEEK'S NEWS, 465 words, RCA AND PARTNERS

READY DVR
... digital video recorders (DVRs)from AOL-TiVo alliance and ...
... troika composed of DirecTV, Microsoft, Thomson Multimedia.They introduced 30-hour DVR last week with Internet
...
... ships in fall. DVR and associated Ultimate TV ...
... capacity in gigabytes. DVR records full MPEG ...
... Replay, TiVo and other DVR devices that require user to ...
... will be necessary to activate DVR recorder function, partners ...
... advance EPG and basic WebTV features including e- ...
... download supplemental information to DVR, such as sports statistics and infomercials. ...
... DSL, other enhancements.Microsoft wouldn't say whether those would include ...
... DS4290RE DirecTV receiver/DVR hadn't be set, but ...
... 400. Set-top DVR will be available without ...
THOMSON SA (94%); MICROSOFT CORP (58%); MICROSOFT CORP (58%); TRIBUNE ...


92.  Consumer Electronics, June 19, 2000, Pg. NA, 62834379, 462 words, RCA AND PARTNERS READY DVR.
... digital video recorders (DVRs) from AOL-TiVo alliance and ...
... troika composed of DirecTV, Microsoft, Thomson Multimedia. They introduced 30-hour DVR last week with
Internet ...
DVR and associated Ultimate TV ...
... capacity in gigabytes. DVR records full MPEG ...
... Replay, TiVo and other DVR devices that require user to ...
... will be necessary to activate DVR recorder function, partners ...
... advance EPG and basic WebTV features including e- ...
... download supplemental information to DVR, such as sports statistics and infomercials. ...
... DSL, other enhancements. Microsoft wouldn't say whether those would include ...
... DS4290RE DirecTV receiver/DVR hadn't be set, but ...
... 400. Set-top DVR will be available without ...
THOMSON SA (94%); MICROSOFT CORP (58%); TRIBUNE ...


93.  Multichannel News, June 19, 2000, BROADBAND WEEK; Pg. 49, 869 words, PVR Players Land Deals For
Enhanced Set-Tops, JIM FORKAN
... while DirecTV Inc., Microsoft Corp. and Thomson Multimedia ...
... response to "AOL TV."   These PVR-related agreements will ...
... sets. But since PVRs also empower viewers to zap or ...
... system, the "RCA DS4290RE," with Microsoft's WebTV Networks' "UltimateTV" service ...
... measuring ReplayTV's audience.    PVR sales at retail are ...
... concerns about how PVRs might impact their commercials' ...
... an answer" on PVRs' potential negative impact ...
... ad sales. Whether it's PVRs or Napster Inc., new ...
... pages" that are deemed uninteresting. And that's where PVRs will play a ...
... asked about the likelihood that PVRs could replace scheduled spots, ...
... Masters soft-pedaled PVRs' negative impact on ...
... stakes in both PVR companies.


94.  PR NEWSWIRE, June 19, 2000, 1240 words, Western Digital Hard Drives Qualified for Leading Set-Top Boxes
... drives have been selected by Microsoft WebTV Networks, Inc. for use in Microsoft UltimateTV service as part of ...

... one complete package. "WebTV brings greater value to ...
... Partner Management at WebTV Networks, Inc. "WhisperDrive( ...
... digital video recorders (DVRs), set-top boxes, ...
... Digital enthusiastically supports Microsoft WebTV, Thomson Multimedia, and DIRECTV as they ...
... for programming on DVRs and other consumer electronic ...
... DirecTV Inc; MICRO00008 WebTV Networks Inc; WESTD00000 ...
... Digital Corp; MICRO00000 Microsoft Corp WESTERN DIGITAL ...
... DIGITAL CORP (96%); WEBTV NETWORKS INC (92%); THOMSON SA (84%); MICROSOFT CORP
(58%); MICROSOFT CORP (58%);


95. PR Newswire, June 19, 2000, Monday, FINANCIAL NEWS, 1249 words, Western Digital Hard Drives Qualified
for Leading Set-Top Boxes; WD Performer 15i Hard Drives Feature WhisperDrive(TM) And StreamWeaver(TM)
Technologies, IRVINE, Calif., June 19
... drives have been selected by Microsoft WebTV Networks, Inc. for use in Microsoft UltimateTV service as part of ...
... one complete package.    "WebTV brings greater value to ...
... Partner Management at WebTV Networks, Inc. "WhisperDrive( ...
... digital video recorders (DVRs), set-top boxes, ...
... Digital enthusiastically supports Microsoft WebTV, Thomson Multimedia, and DIRECTV as they ...
... for programming on DVRs and other consumer electronic ...
... DIGITAL CORP (98%); WEBTV NETWORKS INC (94%); THOMSON SA (91%); MICROSOFT CORP
(90%); MICROSOFT CORP (90%);  Western Digital Corporation; Microsoft WebTV Networks, Inc.; DIRECTV; ...


96. SATELLITE WEEK, June 19, 2000, Monday, SATELLITE TV, 402 words
... digital video recorder (DVR)with Internet access, interactive ...
... co-developers DirecTV, Microsoft's WebTV, RCA parent Thomson Multimedia.DVR and associated Ultimate TV ...
... gigabytes.Instead, they said, DVR records full MPEG ...
... Replay, TiVo and other DVR devices that require owner to ...
... will be necessary to activate DVR recorder function, partners ...
... service includes basic WebTV features, including e- ...
... download supplemental information to DVR, such as sports statistics and infomercials.As ...
... for DirecTV receiver/DVR hadn't be set, but ...
THOMSON SA (92%); MICROSOFT CORP  (58%); MICROSOFT CORP (58%); TRIBUNE ...


97. Video Week, June 19, 2000, Monday, THIS WEEK'S NEWS, 1653 words, MORE 'CONVERGENCE' DIGITAL
VIDEO RECORDERS EMERGE


98. WARREN'S CABLE REGULATION MONITOR, June 19, 2000, Monday, THIS WEEK'S NEWS, 932 words,
AOL INVESTS $200 MILLION IN TIVO, WILL ADD PVR SERVICE
... personal video recorder (PVR)service.Under 3- ...
... battling ReplayTV to emerge as PVR leader. TiVo spokeswoman ...
... small stake in PVR provider through investment ...
... become exclusive provider of PVR services to AOL TV ...
... planned to offer TiVo's PVR service as extra subscription ...
... TV space from such rivals as Microsoft's WebTV Networks, OpenTV, WorldGate ...
... EchoStar, which has teamed with OpenTV and WebTV in separate satellite ...
... selected major markets with Microsoft and Excite@Home, respectively."We ...

... TV strategy for Microsoft, which, 4 years after buying WebTV, is now positioning itself as ...
... week unveiled deal with Microsoft to offer interactive service ...
... combine satellite TV, PVR and Internet access features, ...
... above joint EchoStar-WebTV box that's now in ...
... 100,000 of 1 million WebTV homes. No matter what, ...
... shareholders, has been selling its standalone PVR boxes in stores ...
... lags TiVo in PVR market, also are hoping for ...
... only 9,000 standalone PVRs in stores through ...
... quarter."This is very good for the PVR marketplace," said Replay ...
... will heighten growing PVR competition between major ...

99. WARREN'S CABLE REGULATION MONITOR, June 19, 2000, Monday, COMPETITION TO CABLE, 283 words
... digital video recorder (DVR)with Internet access, interactive ...
... co-developers DirecTV, Microsoft's WebTV, RCA parent Thomson Multimedia.DVR and associated Ultimate TV ...
... gigabytes.Instead, they said, DVR records full MPEG ...
... Replay, TiVo and other DVR devices, which require owner to ...
... will be necessary to activate DVR recorder function, partners ...
... will include basic WebTV features, including e- ...
THOMSON SA (91%); MICROSOFT CORP (58%); MICROSOFT CORP (58%); TRIBUNE ...

100. The Wall Street Journal Europe, June 16, 2000 Friday, Pg. 26, 934 words, Technology Journal: AOL's $200 Million TiVo Investment Shows Desire to Link TV, Internet --- Partners Hope to Combine Web Access With Digital Video Recorders --- Deal Could Set Off a Fight for Set-Top Real Estate, By Nick Wingfield, Staff Reporter, *from Factiva*
... 53.25. Earlier this week, Microsoft Corp. detailed its plans ...
... a device for the Microsoft service that can store ...
... enthusiasm at AOL and Microsoft for digital video recorders, or DVRs, highlights what may become ...
... director of marketing at Microsoft's WebTV unit. Although the market ...
... devices is still tiny, DVRs have generated tremendous excitement ...
... One of the key features of DVRs, which were pioneered by TiVo and ...
... host Regis Philbin. DVRs also make it easy to ...
... same time, AOL and Microsoft have been developing online services that ...
... keyboard. The line between DVRs and interactive TV services is ...
... fall, for example, Microsoft began selling a ...
... satellite television tuner, DVR capabilities and WebTV, Microsoft's Internet-on-TV ...
... Philips box, that don't have DVR features in them. Like Microsoft, the company has an agreement to ...
... Early forays by Microsoft, Silicon Graphics Inc. and ...
... disappointing. More recently, Microsoft sought to spread use of the ...
... Web TV. But Microsoft and other companies quickly ...
... TV and AOL TV, Microsoft and America Online are trying to ...
... TIVO INC (85%); MICROSOFT CORP (83%); GENERAL ...

101. Communications Daily, June 15, 2000, Thursday, TODAY'S NEWS, 926 words, AOL INVESTS $200 MILLION IN TIVO, WILL ADD PVR SERVICE
... personal video recorder (PVR)service.Under 3- ...
... battling ReplayTV to emerge as PVR leader. TiVo spokeswoman ...

... small stake in PVR provider through investment ...
... become exclusive provider of PVR services to AOL TV ...
... planned to offer TiVo's PVR service as extra subscription ...
... TV space from such rivals as Microsoft's WebTV Networks, OpenTV, WorldGate ...
... EchoStar, which has teamed with OpenTV and WebTV in separate satellite ...
... selected major markets with Microsoft and Excite@Home, respectively."We ...
... TV strategy for Microsoft, which is positioning itself now as ...
... week unveiled deal with Microsoft to offer interactive service ...
... combine satellite TV, PVR and Internet access features, ...
... above joint EchoStar-WebTV box that's now in ...
... shareholders, has been selling its standalone PVR boxes in stores ...
... lags TiVo in PVR market, also are hoping for ...
... only 9,000 standalone PVRs in stores through ...
... quarter."This is very good for the PVR marketplace," said Replay ...
... will heighten growing PVR competition between major ...


102.  The Wall Street Journal, June 15, 2000 Thursday, TECHNOLOGY JOURNAL; Pg. B12, 1204 words, AOL,
Investing in TiVo, Aims for Digital VCRs, By Nick Wingfield, Staff Reporter of The Wall Street Journal, *from
Factiva*
... trading. Earlier this week, Microsoft Corp. detailed its plans ...
... a device for the Microsoft service that can store ...
... enthusiasm at AOL and Microsoft for digital video recorders, or DVRs, as the new devices are called, ...
... director of marketing at Microsoft's WebTV unit. Although the market ...
... devices is still tiny, DVRs have generated tremendous excitement ...
... One of the key features of DVRs, which were pioneered by TiVo and ...
... host Regis Philbin. DVRs also make it easy to ...
... same time, AOL and Microsoft have been developing online services that ...
... keyboard. The line between DVRs and interactive TV services is ...
... fall, for example, Microsoft began selling a ...
... satellite television tuner, DVR capabilities and WebTV, Microsoft's Internet-on-TV ...
... Philips box, that don't have DVR features in them. Like Microsoft, the company has an agreement to ...
... Early forays by Microsoft, Silicon Graphics Inc. and ...
... disappointing. More recently, Microsoft sought to spread use of the ...
... Web TV. But Microsoft and other companies quickly ...
... TV and AOL TV, Microsoft and America Online are trying to ...
... EchoStar     Microsoft  Microsoft Via Echostar@@@  $200
                        WebTV service
RCA          Microsoft  Microsoft Via DirecTV     $400 ...
... TIVO INC (85%); MICROSOFT CORP (84%); GENERAL ...
... INC (USA); MCROST MICROSOFT CORP (REDMOND, WA) ( ...


103. Communications Daily, June 13, 2000, Tuesday, SATELLITE, 402 words
... digital video recorder (DVR)with Internet access, interactive ...
... co- developers DirecTV, Microsoft's WebTV, RCA parent Thomson Multimedia.DVR and associated Ultimate TV
...
... gigabytes.Instead, they said, DVR records full MPEG ...
... Replay, TiVo and other DVR devices that require owner to ...
... will be necessary to activate DVR recorder function, partners ...

... service includes basic WebTV features, including e- ...
... download supplemental information to DVR, such as sports statistics and infomercials.As ...
... for DirecTV receiver/DVR hadn't be set, but ...
THOMSON SA (92%); MICROSOFT CORP (58%); MICROSOFT CORP (58%); TRIBUNE ...


104. CONSUMER MULTIMEDIA REPORT, June 12, 2000, Monday, MULTIMEDIA NOTES, 436 words


105. Consumer Electronics, June 5, 2000, Monday, STATE OF THE INDUSTRY, 451 words, THOMSON READIES
DIRECTV-WEBTV PVR SET-TOP
... next week in which Microsoft and Thomson are expected to introduce combination DirecTV/WebTV personal video
recorder (PVR) with 30 GB hard ...
... plans joint announcement with Microsoft June 12.Combo ...
Thomson has been developing PVR with Microsoft-owned WebTV, CE company's executives have ...
... will combine typical PVR functions, such as live TV ...
... give Thomson-investor Microsoft means to counter AOL ...
... combines DirecTV and TiVo PVR technology.Sony currently ...
... product will have on WebTV-EchoStar relationship.Latter has ...
... drive.EchoStar's pact with WebTV isn't exclusive, and company ...
... will "evolve" into more of PVR, spokeswoman said.Indeed, EchoStar has investment in PVR marketer ReplayTV
(TVD ...
... close to EchoStar described WebTV technology as "weak link" ...
... spokeswoman declined comment.Microsoft spokesman declined comment. As ...
... subscribe separately to DirecTV and WebTV, retailers said.Set- ...
... Thomson prominent investors -- Microsoft and DirecTV -- each of which has about ...
THOMSON SA (92%); MICROSOFT CORP (90%); MICROSOFT CORP (90%); ECHOSTAR ...


106. SATELLITE WEEK, June 5, 2000, Monday, THIS WEEK'S NEWS, 439 words, MICROSOFT-THOMSON
DIRECTV-WEBTV PVR READY FOR CONSUMERS
... next week in which Microsoft and Thomson are expected to introduce combination DirecTV/WebTV personal video
recorder (PVR) with 30 GB hard ...
... plans joint announcement with Microsoft June 12.Combo ...
Thomson has been developing PVR with Microsoft-owned WebTV, executives have said recently. ...
... will combine typical PVR functions such as live TV ...
... give Thomson-investor Microsoft means to counter AOL ...
... combines DirecTV and TiVo PVR technology.Sony currently ...
... product will have on WebTV-EchoStar relationship.Latter has ...
... drive.EchoStar's pact with WebTV isn't exclusive, and company ...
... will "evolve" into more of PVR, spokeswoman said.Indeed, EchoStar has investment in PVR marketer ReplayTV,
but ...
... close to EchoStar described WebTV technology as "weak link" ...
... spokeswoman declined comment.Microsoft officials weren't available ...
... subscribe separately to DirecTV and WebTV services, retailers said. ...
... Thomson's prominent investors -- Microsoft and DirecTV -- each of which has 7% ...
THOMSON SA (92%); MICROSOFT CORP (90%); MICROSOFT CORP (90%); ECHOSTAR ...


107. Video Week, June 5, 2000, Monday, THIS WEEK'S NEWS, 439 words, THOMSON READIES

DIRECTV-WEBTV PVR

108. WASHINGTON INTERNET DAILY, JUNE 5, 2000, Vol. 1, No. 9, 534 words, Web Notes

109. The Washington Post, June 2, 2000, Friday, Final Edition Correction Appended, FAST FORWARD; Pg. E01, 974 words, 'PVRs': Time-Warp TV, Daniel Greenberg , Special to The Washington Post
In a nutshell, PVRs (to use the woefully bland ...
... computer components inside PVRs--capacious hard drives, ...
... need to keep a PVR plugged into a phone ...
... Not be left out, Microsoft has jumped into the fray by building its own PVR into a WebTV-Dish Network satellite- ...
... dish, plus a WebTV unit. (You don't have to subscribe to WebTV to use is TV-recording ...
... early stage of evolution, to me, PVRs are the best advance in ...
MICROSOFT CORP  (52%); MICROSOFT CORP  (52%);

110. Multichannel News, May 29, 2000, MARKETING/ADVERTISING; Pg. 22, 579 words, Nielsen to Measure ACTV's Interactive Ads, JIM FORKAN
... for measurement of the PC, Microsoft Corp.'s WebTV Networks and ReplayTV Inc.' ...
... program viewership among PVR owners.    The Nielsen/ACTV ...

111. Newhouse News Service, May 19, 2000 Friday, ENTERTAINMENT, 913 words, Next Wave of TVs: Automatic Programming and Pizza Delivered, By MARK LORANDO; Mark Lorando is a staff writer with The Times-Picayune of New Orleans,  NEW ORLEANS
... one of two major PVR products now on the ...
... indistinguishable from the other. Devices such as Microsoft's WebTV already offer to make ...

112. Times-Picayune (New Orleans, LA), May 17, 2000 Wednesday, ORLEANS, LIVING; Pg. E1, 1034 words, VIEW OF THE FUTURE; IN JUST A FEW YEARS, WE COULD BE WATCHING PROGRAMS OUR TV SETS 'THINK' WE WANT TO SEE WHILE EATING PIZZAS ORDERED WITH OUR REMOTE CONTROLS, By Mark Lorando Television columnist
... one of two major PVR products now on the ...
... indistinguishable from the other. Devices such as Microsoft's WebTV already offer to make ...

113. Computer User, May 1, 2000, No. 7, Vol. 18; Pg. 72 ; ISSN: 0742-5002, 2263 words, Toward a single infotainment device; Industry Trend or Event, Henningsen, Ken
... personal video recorder (PVR), introduced last year ...
... built-in modem. PVRs are essentially special-purpose ...
... programming on videotape, PVRs save it to their hard ...
... By itself, a PVR is just a digital ...
... future economic models.  WEBTV AND ITS CLONES So far, ...
... far the most dominant is Microsoft's WebTV. Like a PVR, the WebTV box includes a ...
... connection. Unlike a PVR, it's a fully ...
... establish an account with-WebTV (you can also use your ...
... current TV sets. WebTV overcomes some of these limitations ...
... monitors of yesteryear. The original WebTV, now called WebTVClassic, has been ...

... confusing array of options: WebTV Plus, WebTV Personal, and WebTV Plus for Satellite. The WebTV Plus boxes have faster ...
... surfing and TV viewing. WebTV Plus provides a ...
... recording capabilities of the latter. WebTV Personal is Microsoft's current answer to the Replay/TiVo phenomenon, providing PVR features with units containing ...
... large hard drives. However, WebTV Personal is available only ...
... satellite programming to work. WebTV Plus-for Satellite adds the Internet features of WebTV to this mix. Figuring out the ...
... suggest a trip to the WebTV.com site or to a ...
... least one direct WebTV competitor--WebVision, from US ...
... features compare favorably with those of WebTV Plus (no satellite or PVR options so far, ...
... technology was too limited and costly. WebTV Plus uses its two- ...


114. The Hollywood Reporter, April 17, 2000, 157 words, ReplayTV, Nielsen pact to map out PVR universe , Nellie Andreeva
... allow Nielsen to register what PVR owners are watching.
... now bypasses households with PVRs. The pact, the first between ...
... audience measurement service and the PVR industry, covers only ...
... TiVo maker Philips and Microsoft subsidiary WebTV Networks, a Nielsen spokesperson said. The number of PVRs in the United States is ...
... won't matter," he said. "With PVR, people will stop ...
MICROSOFT CORP (57%); MICROSOFT CORP (57%); FORRESTER ...


115. PR Newswire, April 10, 2000, Monday, FINANCIAL NEWS, 1968 words, Microsoft Helps Broadcasters Embrace Enhanced TV and Digital Media; Company Announces Progress on All Fronts to Catalyze Opportunities for Enhanced TV, Announces New Broadcast Tools Relationships, and Introduces New Windows Media Technologies for Broadband, LAS VEGAS, April 10
bc-NV-MSFT-WebTV-NAB
... Broadcasters NAB2000 conference, Microsoft Corp. (Nasdaq: MSFT) and WebTV Networks, Inc. are making ...
... digital media services. Microsoft's booth, No. S4920 ...
... services for consumers.     Microsoft efforts have focused on ...
... bring to the broadcasting industry. Microsoft leadership is demonstrated by its ...
... enhanced TV service, WebTV Network(TM); by ...
... breed software technologies such as the Microsoft(R) TV platform and ...
... development.     At NAB2000, Microsoft is highlighting examples of progress and ...
... key areas: -- Demonstrating the WebTV Network service, the most ...
... industry support for the Microsoft TV platform and     the Advanced ...
... Forum (ATVEF) specification.     Microsoft announced alliances with three ...
... we've seen for the Microsoft TV platform, the WebTV Network service, Windows ...
... senior vice president, Microsoft Consumer Group. "Interactive ...
... support and recognized leadership, Microsoft executives will be participating ...
... Digital Media Division, Microsoft     Monday, April 10, ...
... president, Consumer Group, Microsoft     Tuesday, April 11, ...
... manager, Interactive Television, Microsoft     Tuesday, April 11, ...
... TV Platform Group, Microsoft     Wednesday, April 12, ...
... Network Media Group, WebTV Networks     Wednesday, April ...
... personal video recorders (PVRs) have hit the     marketplace providing ...
... at http://www.microsoft.com/windows/windowsmedia/.The ...

... every second. About Microsoft TV    The Microsoft TV platform is a ...
... software. The client software, the Microsoft TV platform, operates ...
... boxes to integrated televisions. Microsoft TV Server is a ...
... enhanced TV service.    The Microsoft TV platform supports ...
... ATVEF standard. About WebTV Networks    WebTV Networks, Inc. is a ...
... Internet and digital technologies. WebTV Networks offers a ...
... Today, these services include the WebTV Classic service, the WebTV Plus service, and WebTV Personal TV service. WebTV Networks owns and operates ...
... consumer electronics manufacturers.    WebTV Networks, based in ...
... wholly-owned subsidiary of Microsoft Corp. Microsoft incorporates WebTV technologies in the Microsoft TV software platform, which ...
... operators worldwide. About Microsoft    Founded in 1975, Microsoft is the worldwide leader in ...
... informational purposes only, and Microsoft makes no warranties, ...
... in it.    NOTE: Microsoft, Windows Media and WebTV Network are either registered trademarks or trademarks of Microsoft Corp. in the United ...
... respective owners. SOURCE Microsoft Corp.
... wagged.com, for Microsoft TV and WebTV Networks; or Samantha Steinwinder of ...
... shandwick.com, for Microsoft Windows Media Technologies; or ...
... wagged.com, for Microsoft
MICROSOFT CORP (96%); MICROSOFT CORP (96%); WEBTV NETWORKS INC (92%); ...
... GROUP INC (54%); Microsoft Corp.; WebTV Networks, Inc.    NATIONAL ...
bc-NV-MSFT-WebTV-NAB Trade Show ...


116. PR NEWSWIRE, April 10, 2000, 1632 words, Microsoft Helps Broadcasters Embrace Enhanced TV and Digital Media
... Broadcasters NAB2000 conference, Microsoft Corp. (Nasdaq: MSFT) and WebTV Networks, Inc. are making ...
... digital media services. Microsoft's booth, No. S4920 ...
... services for consumers. Microsoft efforts have focused on ...
... bring to the broadcasting industry. Microsoft leadership is demonstrated by its ...
... enhanced TV service, WebTV Network(TM); by ...
... breed software technologies such as the Microsoft(R) TV platform and ...
At NAB2000, Microsoft is highlighting examples of progress and ...
... key areas: -- Demonstrating the WebTV Network service, the most ...
... industry support for the Microsoft TV platform and the Advanced ...
... Forum (ATVEF) specification. Microsoft announced alliances with three ...
... we've seen for the Microsoft TV platform, the WebTV Network service, Windows ...
... senior vice president, Microsoft Consumer Group. "Interactive ...
... support and recognized leadership, Microsoft executives will be participating ...
... Digital Media Division, Microsoft Monday, April 10, ...
... president, Consumer Group, Microsoft Tuesday, April 11, ...
... manager, Interactive Television, Microsoft Tuesday, April 11, ...
... TV Platform Group, Microsoft Wednesday, April 12, ...
... Network Media Group, WebTV Networks Wednesday, April ...
... personal video recorders (PVRs) have hit the marketplace providing ...
... at http://www.microsoft.com/windows/windowsmedia/.The ...
... every second. About Microsoft TV The Microsoft TV platform is a ...
... software. The client software, the Microsoft TV platform, operates ...
... boxes to integrated televisions. Microsoft TV Server is a ...
... enhanced TV service. The Microsoft TV platform supports ...

... ATVEF standard. About WebTV Networks WebTV Networks, Inc. is a ...
... Internet and digital technologies. WebTV Networks offers a ...
... Today, these services include the WebTV Classic service, the WebTV Plus service, and WebTV Personal TV service. WebTV Networks owns and operates ...
... consumer electronics manufacturers. WebTV Networks, based in ...
... wholly-owned subsidiary of Microsoft Corp. Microsoft incorporates WebTV technologies in the Microsoft TV software platform, which ...
... operators worldwide. About Microsoft
MICRO00000 Microsoft Corp  MICROSOFT CORP  (94%); MICROSOFT CORP (94%); WEBTV NETWORKS INC (84%); ...


117. The NewsHour with Jim Lehrer, April 5, 2000, Wednesday, Transcript #6989, 10694 words, Wild Ride; Future Vision; Legacy
... who ruled against Microsoft set a schedule ...
... fast track" a Microsoft appeal directly to the Supreme ...
... On Monday, he ruled Microsoft violated antitrust laws. ...
... companies like Oracle, Microsoft, Texas Instruments, Sun ...
... Personal Video Recorder, or PVR This innocuous box has the potential to ...
... seconds of... TERENCE SMITH: The PVR Is a smart set- ...
... experts are skeptical about whether PVR's are the next big thing. ...
... TV, a subsidiary of Microsoft, are offering a service that ...
... project funded by Microsoft. LESLIE MOONVES: You will be ...
... Marino. TERENCE SMITH: WebTV has a little over ...
... BRUCE LEAK, President, WebTV: The exciting things around the ...
... CO INC (57%); MICROSOFT CORP (54%); MICROSOFT CORP (54%); ASSOCIATED ...


118. Fortune, April 3, 2000, FIRST:; Alsop on Infotech; Pg. 72, 872 words, Microsoft Flubs the Art of Aging Gracefully; The software giant seems to have lost its way. With the announcement of a new game machine, Microsoft has strayed too far from what made it great., Stewart Alsop
... stop being scared of Microsoft. Bill Gates recently ...
... A videogame machine!? From Microsoft? Gates' news met with ...
... start with the little fact that Microsoft is supposed to be a software ...
... monopolist. In essence, Microsoft has been saying, "We are merely a ...
... want to." But here comes Microsoft with the X-Box. Which is a ...
... Guess who makes that?) Microsoft chose a chipmaker ( ...
... Choices like that make Microsoft a hardware company, ...
... I'm always aware of Microsoft. The company is a presence ...
... consumer services or devices, Microsoft is there too, always a threat. ...
... Oh, no, here comes Microsoft! We're dead soon!"), I'd be thinking that perhaps Microsoft was beginning to go soft ...
... any company. Even Microsoft has had its failures. I won't be ...
... another one. Consider that Microsoft chose to announce its game ...
... not the customer. Clearly Microsoft timed its announcement to detract from the ...
... it's safe to say that Microsoft's announcement strategy failed to ...
... announcement may hurt is Microsoft. That's because delivering a great ...
... much does the console cost? Microsoft seems to want to use the ...
... like a challenge Microsoft can master than a ...
... business. But these days Microsoft seems to have little interest ...
... Box is not even Microsoft's first computer. Microsoft's WebTV subsidiary designs computers ...

... a hybrid of a WebTV terminal and a new- ...
... TiVo, the first maker of PVRs). Microsoft also has a bunch of Web ...
... particularly successful. But Microsoft still does great when it ...
... run for its money, because Microsoft is giving away a ...
... favor it. (Of course, Microsoft has no effective competition ...
... system.) I know Microsoft is so profitable that it ...
... X-Box. This time Microsoft has strayed too far from everything that has ...
MICROSOFT CORP (90%); MICROSOFT CORP (90%);
Microsoft X-Box BILL ...

119. Kiplinger's Personal Finance Magazine, April 2000, SPENDING; Vol. 54, No. 4; Pg. 134, 1151 words,
Tailor-Made Television, Ronaleen Roha
With WEBTV, you get to use two ...
... inch television via WebTV. After using WebTV for more than a ...
... computer, I would keep this because WebTV is so relaxing and easy to ...
... introduction in 1996, WebTV has attracted a little ...
... send e-mail. WebTV's Classic service fills the ...
... by signing on with WebTV Networks, a Microsoft subsidiary, you make WebTV your Internet service ...
... Keep in mind that with WebTV you can't use word- ...
... browser you can use is WebTV's own. Recently, WebTV (www.webtv.com) has added two ...
... fit your schedule. "With PVR you are not at the mercy of ...
... programmers anymore," says WebTV spokeswoman Diana Reed. ...
... your television, consider WebTV Plus. For $$3 ...
... e-mail. With this enhanced WebTV service you can also search ...
... keyboard. Time machine Webtv's current cuting-edge ...
... a new service, WebTV Personal Television. Personal ...
... many times as you wanted? PVR technology lets you create ...
... access, interactive TV and PVR in a single ...
... television signal. Other WebTV set-top boxes ...
... road. If you just want PVR without TV-based ...
... fee), is also slated to provide PVR technology for AOL TV's new interactive/PVR service later this year. The ...
... mind that the "TV" in WebTV means that you do not get the ...
... a computer monitor. WebTV has bumped up the text ...
MICROSOFT CORP (54%); MICROSOFT CORP (54%);

120. CBS MarketWatch, March 25, 2000 Saturday, WALL ST. EAVESDROPPER, 1338 words, Wall St.
Eavesdropper: Interactive TV, health care funds and more, CBS.MarketWatch.com
... VCRs of the 21st century, and these "PVRs", or Personal Video Receivers, also ...
... company vying for the PVR space. The site says ...
... filed to go public, and Microsoft/WebTV are also contenders. But WSRN ...
MICROSOFT CORP (52%); MICROSOFT CORP (52%);

121. The Dallas Morning News, March 22, 2000, Wednesday, ENTERTAINMENT NEWS, K3051, 1210 words,
VCR-osaurus: New era of personal video recording devices ups electronic ante, By Doug Bedell
BC-HOMEENT-PVRS
... your television. While Microsoft struggled with its Internet-connected WebTV and the networks fiddled, two ...
... personal video recorders, or PVRs, allow users to grab and ...

... by widespread use of PVRs. That's because many users find ...
... Americans will adopt PVRs by 2004 as prices ...
... watching other programming. PVRs feature many of the advantages of ...
... II," for example, and the PVR will scan the information ...
... bought and sold. Both PVR makers are bent on ...
... WARNER INC (61%); MICROSOFT CORP (58%); MICROSOFT CORP (58%); FORRESTER ...
BC-HOMEENT-PVRS CD & DVD DRIVES ( ...


122.  Federal Filings Newswires, March 20, 2000 Monday 3:36 PM GMT, , 1337 words, FFBN FOCUS ON FILINGS:
ReplayTV IPO May Trigger Showdown, *from Factiva*
... "personal video recorder", or PVR, which connects to a television. The PVR ...
... to customize their viewing experience.  The PVRs are manufactured by ...
...         In tandem with the PVR, ReplayTV offers a service through which ...
... particular sport.  ReplayTV-enabled PVRs, the company says, operate within ...
... a PVR.  Through its subscription-based service, TiVo offers viewers the ...
...         The market potential for companies offering PVRs looks promising. ...
... Inc., estimating that there will be about 6 million devices with PVR ...
... devices with PVR functionality installed in U.S. households by 2002. ...
... million PVRs find their way into U.S. homes over the next two years), ...
...         As of Dec. 31, 1999, ReplayTV had shipped 6,000 PVRs.  In ...
... manufactures the TiVo-designed PVR). ...
... PVRs under the Panasonic brand, featuring the ReplayTV logo.  The retail ...
...         ReplayTV has been marketing its PVR online.  In moving its ...
... from TiVo, which has an online presence but has also been selling its PVR ...
... ReplayTV, there's Microsoft Corp's (MSFT) WebTV, which includes interactive ...
... set-top boxes that contain PVR features. ...
... INDUSTRIAL (JAP); MCROST MICROSOFT CORP (REDMOND, WA) ( ...


123. Inside Digital TV, March 20, 2000, Vol. 3, No. 6, 145 words, UK/UNITED STATES
... NDS Group plc and Microsoft Corp have announced a ...
... alliance to extend the availability of Microsoft enhanced TV solutions. As part of the new relationship, Microsoft has
announced a new component of the Microsoft TV platform (which incorporates WebTV) targeted at the current ...
... claims this will enable Microsoft to offer "the most comprehensive ...
... likely that - given the fact that the WebTV Plus concept incorporates ...
... hard drive for PVR functionality - the new alliance ...
... control in a PVR context. BSkyB conspicuously ...
... in its recently-announced PVR plans, which involve a ...
MICROSOFT CORP  (94%); NEWS CORP (94%); MICROSOFT CORP (94%); NDS ...


124. U.S. News & World Report, March 13, 2000, BUSINESS & TECHNOLOGY ; Vol. 128 , No. 10; Pg. 42, 1627
words, A boob tube with brains, By Dori Jones Yang
... a TV screen. WebTV Networks was the pioneer and now ...
... personal video recorders (PVRs) let viewers pause, ...
... products last spring. WebTV, Liberate, and OpenTV began ...
... a battle of giants. Microsoft bought WebTV in 1997, and Bill ...
... EchoStar already offers WebTV on its DISH network and has ...
... A WebTV  B Liberate    C OpenTV   D TiVO   E Replay ...

125. Business Wire, February 28, 2000, Monday, 660 words, Digital Video Recorders are Ready for Explosive Growth; Groundbreaking Study by TechTrends, Inc. Identifies Key Success Factors for the Emerging DVR Market, BOSTON, Feb. 28, 2000
... digital video recorder (DVR) market. Consumer research ...
... sales of stand-alone DVRs will rise at ...
... approximately 5 million DVR units being installed ...
... attention that first generation DVRs have received has invited numerous ...
... companies who offer DVR products," said Bloom. " ...
... study to date on the DVR market. It investigates and ...
... current and next generation DVR devices. The study provides a detailed discussion of DVR hardware, software, services and ...
... role of these companies in the DVR marketplace. The study includes ...
... demand and PC-based DVR hardware. Profiles of many ...
... NASDAQ:TIVO), ReplayTV, WebTV (NASDAQ:MSFT) and EchoStar ...
... COMMUNICATIONS CORP (56%); MICROSOFT CORP (51%); MICROSOFT CORP (51%); TIVO INC (51%);  EMERGING DVR MARKET (93%); EMERGING ...


126. Electronic News, February 14, 2000, NEWS; Pg. 14, 491 words, Personal Video Recorders Spark Interest, STAFF
... personal video recorders (PVRs) have been attracting the attention of the consumer ...
... TiVo and Replay Networks, PVR products began shipping ...
... Consumer Electronics Show, PVRs created lots of buzz. So what exactly is a PVR?     The PVR, sometimes called a ...
... disk drive. While PVRs do not have a typical ...
... recorded and to play them back.     PVRs function very much like ...
... lieu of magnetic tape. PVRs also use MPEG-2 ...
... a later time, PVRs can also fast-forward, ...
... missing a scene. The PVR also can determine what advertisements ...
... later time.    Most PVRs are priced between $299 and $ ...
... Notable companies jumping into the PVR pool have included Panasonic, Philips, Sony and Microsoft's WebTV. Set-top box ...
... Inc. also have recognized the attractiveness of PVRs. Each company has started ...
... hard disk drives and PVR functionality into some of their set- ...
... Initial consumer reaction to PVRs was tepid at best, ...
... confusion about what exactly PVRs could offer. A common ...
... question has been hands-on PVR demonstrations emphasizing the new and ...
... Stat Group, we believe PVRs will experience strong ...
... a better understanding of PVR capabilities. For example, ...
... 2001 and 2003, we project that PVR unit shipments will ...
... worldwide installed base of PVRs will grow from 950,000 to ...


127. Electronic News, February 14, 2000, NEWS; Pg. 14, 491 words, Personal Video Recorders Spark Interest, STAFF
... personal video recorders (PVRs) have been attracting the attention of the consumer ...
... TiVo and Replay Networks, PVR products began shipping ...
... Consumer Electronics Show, PVRs created lots of buzz. So what exactly is a PVR?     The PVR, sometimes called a ...
... disk drive. While PVRs do not have a typical ...

... recorded and to play them back.     PVRs function very much like ...
... lieu of magnetic tape. PVRs also use MPEG-2 ...
... a later time, PVRs can also fast-forward, ...
... missing a scene. The PVR also can determine what advertisements ...
... later time.   Most PVRs are priced between $299 and $ ...
... Notable companies jumping into the PVR pool have included Panasonic, Philips, Sony and Microsoft's WebTV.
Set-top box ...
... Inc. also have recognized the attractiveness of PVRs. Each company has started ...
... hard disk drives and PVR functionality into some of their set- ...
... Initial consumer reaction to PVRs was tepid at best, ...
... confusion about what exactly PVRs could offer. A common ...
... question has been hands-on PVR demonstrations emphasizing the new and ...
... Stat Group, we believe PVRs will experience strong ...
... a better understanding of PVR capabilities. For example, ...
... 2001 and 2003, we project that PVR unit shipments will ...
... worldwide installed base of PVRs will grow from 950,000 to ...


128. Electronic News (1991), February 14, 2000, No. 07, Vol. 46; Pg. 14 ; ISSN: 1061-6624, 486 words, Personal
Video Recorders Spark Interest ; Cahners In-Stat Group report; Industry Trend or Event
... personal video recorders (PVRs) have been attracting the attention of the consumer ...
... TiVo and Replay Networks, PVR products began shipping ...
... Consumer Electronics Show, PVRs created lots of buzz. So what exactly is a PVR?
The PVR, sometimes called a ...
... disk drive. While PVRs do not have a typical ...
... recorded and to play them back.  PVRs function very much like ...
... lieu of magnetic tape. PVRs also use MPEG-2 ...
... a later time, PVRs can also fast-forward, ...
... missing a scene. The PVR also can determine what advertisements ...
... later time.  Most PVRs are priced between $ 299 and $ ...
... Notable companies jumping into the PVR pool have included Panasonic, Philips, Sony and Microsoft's WebTV.
Set-top box ...
... Inc. also have recognized the attractiveness of PVRs. Each company has started ...
... hard disk drives and PVR functionality into some of their set- ...
... Initial consumer reaction to PVRs was tepid at best, ...
... confusion about what exactly PVRs could offer. A common ...
... question has been hands-on PVR demonstrations emphasizing the new and ...
... Stat Group, we believe PVRs will experience strong ...
... a better understanding of PVR capabilities. For example, ...
... 2001 and 2003, we project that PVR unit shipments will ...
... worldwide installed base of PVRs will grow from 950,000 to ...


129. Emedia, February, 2000, Vol. 13, No. 2; Pg. 19-20; ISSN: 15254658, 49907527, 925 words, Competition heats up
in PVR market, Wiley, Lauren
... TiVo and Replay Networks, and Microsoft's WebTV. The digital machines download ...
... TiVo and Replay Networks, and Microsoft's WebTV. The digital machines download ...
... users can connect PVR players to their VCRs to store ...
... control, and new content. PVR upgrades can be accomplished ...
... company's biggest concern is Microsoft's entrance into the market during the 1999 holiday season. Microsoft's