# EXHIBIT 9A

WebTV offers its personal TV ...
... obtain software to subscribe to WebTV at any time. Together, the DISHPlayer and WebTV deliver digital video ...
... customized news channel. WebTV Personal TV service ...
... a keyword or category. WebTV can store up to ...
... similar to those of the two rival PVRs. For an additional $ ...
... may opt to add WebTV Plus to hop on the ...
... on their monthly bill). WebTV Plus service allows ...
... isn't worried about WebTV's encroachment into the PVR domain-at least not yet. "Microsoft is focused on a subset of what we do," Jolna says. "(WebTV) is a very elementary form of what ...
... programming. Jolna dismisses WebTV's ability to provide Internet ...
... Inc, SIC: 334220; WebTV Networks Inc, SIC: ...
TiVo Inc; WebTV Networks Inc; Replay Networks Inc  MICROSOFT CORP  (58%); MICROSOFT CORP (58%); AMAZON. ...


130. Emedia, February, 2000, Vol. 13, No. 2; Pg. 19-20; ISSN: 15254658, 49907527, 925 words, Competition heats up in PVR market, Wiley, Lauren
... TiVo and Replay Networks, and Microsoft's WebTV. The digital machines download ...
... TiVo and Replay Networks, and Microsoft's WebTV. The digital machines download ...
... users can connect PVR players to their VCRs to store ...
... control, and new content. PVR upgrades can be accomplished ...
... company's biggest concern is Microsoft's entrance into the market during the 1999 holiday season. Microsoft's WebTV offers its personal TV ...
... obtain software to subscribe to WebTV at any time. Together, the DISHPlayer and WebTV deliver digital video ...
... customized news channel. WebTV Personal TV service ...
... a keyword or category. WebTV can store up to ...
... similar to those of the two rival PVRs. For an additional $ ...
... may opt to add WebTV Plus to hop on the ...
... on their monthly bill). WebTV Plus service allows ...
... isn't worried about WebTV's encroachment into the PVR domain-at least not yet. "Microsoft is focused on a subset of what we do," Jolna says. "(WebTV) is a very elementary form of what ...
... programming. Jolna dismisses WebTV's ability to provide Internet ...
... Inc, SIC: 334220; WebTV Networks Inc, SIC: ...
TiVo Inc; WebTV Networks Inc; Replay Networks Inc  MICROSOFT CORP  (58%); MICROSOFT CORP (58%); AMAZON. ...


131. Hartford Courant (Connecticut), January 27, 2000 Thursday, STATEWIDE, LIFE; Pg. D1, 1456 words, EYOW! FUTURE TECH TOYS AND JOYS, KEVIN HUNT; Courant Staff Writer, LAS VEGAS --
... files, Net-connected and Microsoft-compatible refrigerators know ...
... access Net appliances such as WebTV and the new AOLTV. The Nuon ...
... will be expensive -- Samsung's DVR-2000 recorder checks ...
... others support formats such as Microsoft's Windows Media Audio, ...
... a satellite receiver/WebTV with a 17-gigabyte ...
... technology for a PVR due in the spring. ...
... in its early stages, the PVR could become standard equipment ...
MICROSOFT CORP  (58%); MICROSOFT CORP (58%);


132. North Bay Nugget (Ontario), January 19, 2000 Wednesday,  Final Edition, TECHNOLOGZ; Pg. B2, 1061

words, Internet revolution brewing in TV land, Andy Riga, Southam Newspapers, MONTREAL
... personal video recorders, or PVRs, use hard drives ...
... offer useful extras. PVR technology can be embedded ...
... complication of a computer. Microsoft, for example, offers WebTV, which features Internet access, as ...


133. North Bay Nugget (Ontario), January 19, 2000 Wednesday,  Final Edition, TECHNOLOGZ; Pg. B2, 1061
words, Internet revolution brewing in TV land, Andy Riga, Southam Newspapers, MONTREAL
... personal video recorders, or PVRs, use hard drives ...
... offer useful extras. PVR technology can be embedded ...
... complication of a computer. Microsoft, for example, offers WebTV, which features Internet access, as ...


134. CONSUMER MULTIMEDIA REPORT, January 17, 2000, Monday, LATEST NEWS, 541 words, PERSONAL
VIDEO RECORDER DECKS EXPAND AT CES


135. Video Week, January 17, 2000, Monday, THIS WEEK'S NEWS, 662 words, PVR DECK CATEGORY
EXPANDS AT CES


136. St. Petersburg Times (Florida), January 16, 2000, Sunday, 0 South Pinellas Edition, NATIONAL; Pg. 1A, 1285
words, Tentacles of technology in TV's future, ERIC DEGGANS
... Personal video recorders, or PVRs, are computer hard drives ...
... developing devices that add PVR and Internet capabilities to the 500- ...
... will compete against Microsoft-owned WebTV. But analysts say ...


137. Hartford Courant (Connecticut), January 13, 2000 Thursday, STATEWIDE, LIFE; Pg. D3, 941 words, WHAT A
DISH; WANT A DIRECT SATELLITE SYSTEM? DISHPLAYER 500 IS THE WAY TO GO, MIKE LANGBERG;
San Jose Mercury News
... personal video recorders, or PVRs, which use hard drives ...
... direct satellite service, and Microsoft Corp., which owns the WebTV on-line service, have ...
... Network receiver, a WebTV terminal and a PVR. A massive 17- ...
... satellite systems.  The first PVRs -- from two Silicon Valley ...
... in short, makes PVRs practical and affordable.  And the news ...
... a DishPlayer receiver with WebTV Plus and a 12-hour PVR. DirecTV, the arch rival of ...
... recording capacity. EchoStar and Microsoft started down this road  ...
... 7100, didn't have full PVR software -- you could only "pause" ...
... control to give them the same PVR functions as the new DishPlayer ...
... Internet portion, contact WebTV (800-469-3288; www.webtv.com. Here's why PVRs are important:  Today's hard
...
... button on a PVR remote, and resume watching from that ...
... up to real time. PVRs are also wonderfully convenient. No ...
... a show.  With a PVR, you just highlight an ...
... can even tell the PVR to automatically record every ...
... DirecTV is charging $6.  WebTV service, for e- ...
... a month. But WebTV isn't mandatory; you don't have to ...
... sign up for WebTV, you'll also want the optional ...
... a month for PVR service, or $4.99 a month if you also subscribe to WebTV.  There's also the cost of installation,

assuming ...
... COMMUNICATIONS CORP (94%); MICROSOFT CORP (83%); MICROSOFT CORP (83%); TIVO ...


138. New Media Markets, January 13, 2000, 548 words, NTL SOFTWARE CHOICE MAY CAUSE REVIEW OF CABLE BOX
... announced plans to use Microsoft software to provide interactive ...
... interactive services and telephony. The Microsoft platform will enhance the ...
... digital video recorder (DVR). It will provide ...
... identical to that used in Microsoft's UK analogue trials of ...
... digital version, rebranded as the Microsoft TV platform, which the US ...
... Key differences between the Microsoft television platform and WebTV are, first, that Microsoft will not provide ...
... content - not the case with the WebTV trial - and, second, that the box ...
... programmes and interactive services to the DVR to provide personalised viewing. Thorp insisted that the choice of Microsoft for its DTT boxes was ...
... in NTL. It was because Microsoft had "the best product."
... MEDIA INC (91%); MICROSOFT CORP (85%); MICROSOFT CORP (85%); LIBERATE ...


139. The Ottawa Citizen, January 13, 2000, Thursday, FINAL, 1829 words, It's revolution time in TV land: Andy Riga hunts for the truth about television and its growing relationship with the Internet., MONTREAL
... personal video recorders, or PVRs, use hard drives ...
... offer useful extras. PVR technology can be embedded ...
... complication of a computer. Microsoft, for example, offers WebTV, which features Internet access, as ...
... RealPlayer from Real Networks and Microsoft Media Player. We're ...
... streaming, but the Real and Microsoft sites offer help ...
... www.scottland.com - WebTV: www.webtv.com - AOL: www. ...
... www.real.com - Microsoft Media Player: www.microsoft. com/windows/windowsmedia- ...
... oriented Web sites. (Microsoft Webtv); Black & White Photo: The ...


140. The Gazette (Montreal, Quebec), January 12, 2000, Wednesday, FINAL, 1866 words, Sneak preview: Internet already has examples of its convergence with television, ANDY RIGA
... personal video recorders, or PVRs, use hard drives ...
... offer useful extras. PVR technology can be embedded ...
... complication of a computer. Microsoft, for example, offers WebTV, which features Internet access, as ...
... RealPlayer from Real Networks and Microsoft Media Player. We're ...
... streaming, but the Real and Microsoft sites offer help ...
... www.scottland.com - WebTV: www.webtv.com - TiVo: www. ...


141. San Jose Mercury News, January 11, 2000, Tuesday, BUSINESS AND FINANCIAL NEWS, K0982, 2467 words, The vision from Consumer Electronics Show: Entertainment and information will be everywhere, available all the time and it will be completely digital, By Mike Langberg and Jon Healey
... personal TV recorder from Microsoft's WebTV subsidiary in Mountain View. That unit would incorporate the WebTV Plus service, which allows ...
... officials declined to say when the WebTV unit would be available, or how much it would cost. WebTV already makes a ...
... realm, most likely with Microsoft. Also on display was the first of ...
... tech powerhouses Intel, Microsoft and 3Com as well as Panasonic, ...

... Pioneer Electronics was showing its DVR-1000, the world's first ...
... price in Japan. The DVR-1000 can record ...


142. AUDIO WEEK, January 10, 2000, Monday, THIS WEEK'S NEWS, 1790 words, TECHNOLOGICAL
CHANGES MAY BE OUTPACING DTV COMPATIBILITY TALKS
... personal video recorder (PVR) devices, such as TiVo, Replay Networks and WebTV, raised new issue whether ...
... Bruce Joseph said PVRs also raise question of what happens to ...
... gadgets was predicted by Microsoft Chmn. Bill Gates ...
... companies." At CES, Microsoft highlighted technology to allow ...
... will develop new WebTV personal TV products.      " ...
MICROSOFT CORP (55%);


143.  Audio Week, January 10, 2000, Pg. NA, 58529241, 1735 words, TECHNOLOGICAL CHANGES MAY BE
OUTPACING DTV COMPATIBILITY TALKS.
... personal video recorder (PVR) devices, such as TiVo, Replay Networks and WebTV, raised new issue whether ...
... Bruce Joseph said PVRs also raise question of what happens to ...
... gadgets was predicted by Microsoft Chmn. Bill Gates ...
... companies." At CES, Microsoft highlighted technology to allow ...
... will develop new WebTV personal TV products. " ...


144. Business Wire, January 10, 2000, Monday, 673 words, Digital Video Recorders: Are Consumers Buying Them?;
CES 2000, LAS VEGAS, Jan. 10, 2000


145.  Cambridge Telecom Report, January 10, 2000, 58547400, 751 words, Philips Electronics Drives Global
Digitalization At CES 2000;  Industry Influencer Forges Forward with New Products, Strategic Partnerships & Key
Technology Concepts.
... box incorporating the new Microsoft WebTV Network Personal TV ...
... digital video recording (DVR) capabilities, Live TV ...
... will be based on WebTV services. Philips is delivering ...
... PHILIPS ELECTRONICS) (90%); MICROSOFT CORP (53%)


146. Consumer Electronics, January 10, 2000, Monday, THIS WEEK'S NEWS, 546 words, PVR DECKS EXPAND
AT CES
... personal video recorder (PVR) category gained new ...
... market. Meanwhile, definition of PVR has expanded to include recorder that ...
... latest brand to add PVR to line.  It's backing ...
... 399 MSRP for PVR that ships in April. ...
... ShowStopper PV- HS1000 PVR, which adopts Replay Networks ...
... pursue development of its own PVR in conjunction with equity holder Microsoft's WebTV Networks subsidiary.
Thomson ...
... other hardware aspects of PVR, but said it would ...
... platform based on Microsoft's WebTV Network Personal TV ...
... program guide and typical PVR features such as live TV ...
... TV programming through WebTV browser. Intriguing PVR entry at CES ...
MICROSOFT CORP  (54%); MICROSOFT CORP (54%); SUPER ...

147.  Consumer Electronics, January 10, 2000, Pg. NA, 58529211, 537 words, PVR DECKS EXPAND AT CES.
... personal video recorder (PVR) category gained new  ...
... market. Meanwhile, definition of PVR has expanded to include recorder that  ...
... latest brand to add PVR to line. It's backing  ...
... 399 MSRP for PVR that ships in April,  ...
... ShowStopper PV- HS1000 PVR, which adopts Replay Networks  ...
... pursue development of its own PVR in conjunction with equity holder Microsoft's WebTV Networks subsidiary.
Thomson  ...
... other hardware aspects of PVR, but said it would  ...
... platform based on Microsoft's WebTV Network Personal TV  ...
... program guide and typical PVR features such as live TV  ...
... TV programming through WebTV browser. Intriguing PVR entry at CES  ...
MICROSOFT CORP (54%); THOMSON  ...


148.  The Gazette (Montreal, Quebec), January 9, 2000, Sunday, FINAL, 1344 words, In complete control of the remote:
Digital video recorders will let us put live TV on hold and program for a year with a click, BRUCE MOHL, BOSTON
... two companies selling DVRs: TiVo Inc. of Sunnyvale and  ...
... Networks of Mountain View. WebTV, owned by Microsoft, is expected to enter the market this  ...
... buzz about how DVRs will allow consumers to  ...
... in the middle of the night. DVR users can view  ...
... watching from the beginning - while the DVR continues to record the end.  ...
... a play again. DVRs put the viewer in  ...
... most people is that a DVR is nothing more than a  ...
... recorded - is increased. TiVo and WebTV also have monthly subscription fees of $  ...
... Some analysts think DVRs will become portals to  ...
... in advance and use their DVRs to watch them whenever they want. The  ...
... Forrester Research predicts DVRs will be the fastest-growing  ...
... TV on a DVR will skip through the  ...
... broadcast networks. Certainly DVRs make it easy:  ...
... view TV," she said of the DVR time- shifting philosophy. "And,  ...
... Nearly everyone acknowledges that DVR technology and programming is in its  ...
... channel-switching is sluggish, and DVRs make an annoying,  ...
TIVO INC (83%); MICROSOFT CORP  (56%); MICROSOFT CORP (56%); FORRESTER  ...


149. Business Wire, January 8, 2000, Saturday, 658 words, Digital Video Recorders: Are Consumers Buying Them?
TechTrends' Research Identifies Pricing and Consumer Education as Critical Success Factors; CES 2000, LAS VEGAS,
Jan. 8, 2000


150. Newsbytes, January 7, 2000, Friday, 472 words, AOL Makes Jump Into Non-PC Net Access Fray, Dick Kelsey;
Newsbytes, LAS VEGAS, NEVADA, U.S.A.
... an STB incorporating Microsoft's new WebTV featuring digital video recording (DVR) capabilities, Live TV  ...
AOL LLC (90%); MICROSOFT CORP  (63%); MICROSOFT CORP (63%); KONINKLIJKE  ...


151. Salt Lake Tribune (Utah), January 7, 2000, Friday, Final; Pg. B1, 393 words, Digital Recorders Aim for Easy Use,
Changing TV Watching, VINCE HORIUCHI, THE SALT LAKE TRIBUNE
... Personal Video Recorders (PVR), these machines can record  ...

... similar device and service, Microsoft's WebTV -- which also allows TV viewers to ...
... company DirecTV, while WebTV is offered with Echostar's The Dish ...
... by 2004. The downside is WebTV and TiVo charge a ...
MICROSOFT CORP (53%); MICROSOFT CORP (53%); 53%);


152. The Salt Lake Tribune, January 7, 2000, Friday, ST-WEB-TV, 411 words, New TV Gadgets Bring Web Entertainment Mainstream, By Vince Horiuchi
... Personal Video Recorders (PVR), these machines can record ...
... similar device and service, Microsoft's WebTV -- which also allows TV viewers to ...
... company DirecTV, while WebTV is offered with Echostar's The Dish ...
... by 2004. The downside is WebTV and TiVo charge a ...
MICROSOFT CORP (53%); MICROSOFT CORP (53%);


153. Silicon.com, January 7, 2000, 120 words, Philips teams up with WebTV on set-tops., *from Factiva*
... Consumer Electronics is partnering with Microsoft's WebTV subsidiary to develop set- ...
... digital video recording (DVR) and Internet services.
... base offerings on the Microsoft WebTV Network Personal TV ...
MICROSOFT CORP (58%)
MCROST MICROSOFT CORP (REDMOND, WA) ( ...


154. Business Wire, January 6, 2000, Thursday, 1197 words, Philips Electronics and WebTV Networks to Deliver New Personal TV Hardware and Services for Consumers; CES 2000, LAS VEGAS, Jan. 6, 2000


155. Business Wire, January 6, 2000, Thursday, 853 words, Philips Electronics Drives Global Digitalization At CES 2000; Industry Influencer Forges Forward with New Products, Strategic Partnerships & Key Technology Concepts; CES 2000, LAS VEGAS, Jan. 6, 2000


156. PR Newswire, January 6, 2000, Thursday, FINANCIAL NEWS, 1226 words, Philips Electronics and WebTV Networks to Deliver New Personal TV Hardware And Services for Consumers; Digital Video Recording, Live TV Pause, Interactive Television, Internet Access and More to Be Offered, LAS VEGAS, Jan. 6
bc-NV-Microsoft-delivers
... largest electronics companies, and WebTV Networks, Inc., a subsidiary of Microsoft Corp. (Nasdaq: MSFT), ...
... box incorporating the new Microsoft(R) WebTV Network(TM) Personal ...
... digital video recording (DVR) capabilities, Live TV ...
... will be based on WebTV(R) services.    The new ...
... first to include the new WebTV Personal TV service, as well as the popular WebTV Plus interactive service, which ...
... Bruce Leak, president of WebTV Networks. "Together, Philips and WebTV plan to provide a ...
... shared vision of Philips and WebTV Networks to develop and promote ...
... time slots. With the power of the WebTV personalized TV services, ...
... Access Solutions. "Together with WebTV, we have played a key ...
... Viewers    The Philips Receiver with WebTV Personal TV service ...
... interactive TV listings from WebTV that enable viewers to quickly ...
... button. The Philips Receiver with WebTV Personal TV service also ...
... availability of the Philips Receiver with WebTV Personal TV service ...

... philips.com/ . About WebTV Networks    WebTV Networks, Inc., is a ...
... Internet and digital technologies. WebTV Networks offers a ...
... Today, these services include the WebTV Classic Internet service, the WebTV Plus interactive service, and WebTV Personal TV service. WebTV Networks owns and operates ...
... consumer electronics manufacturers.    WebTV Networks, based in ...
... wholly owned subsidiary of Microsoft Corp. Microsoft incorporates WebTV technologies in the Microsoft TV software platform, which ...
... operators worldwide. About Microsoft    Founded in 1975, Microsoft is the worldwide leader in ...
... informational purposes only, and Microsoft and WebTV Networks make no ...
... in it.    NOTE:  Microsoft, WebTV Network and WebTV are either registered trademarks or trademarks of Microsoft Corp. in the United ...
... respective owners. SOURCE Microsoft Corp.
... wagged.com, for WebTV Networks; or Jennifer Massaro of ...
... wagged.com for WebTV Networks
WEBTV NETWORKS INC (96%); MICROSOFT CORP  (94%); MICROSOFT CORP (94%); KONINKLIJKE ...
... PHILIPS ELECTRONICS) (58%);  Microsoft Corp.; Philips Consumer ...
... Philips Digital Networks; WebTV Networks, Inc.
bc-NV-Microsoft-delivers New Products and ...


157. PR Newswire, January 6, 2000, Thursday, FINANCIAL NEWS, 1454 words, WebTV Networks Takes the Lead in Personal TV Services; WebTV Lines Up Leading Consumer Electronics Companies, Industry Awards and Tremendous Customer Momentum for Personal TV, LAS VEGAS, Jan. 6
bc-NV-WebTV-Networks
... International CES show, WebTV Networks, Inc., a ...
... developed jointly by WebTV Networks and Echostar       Communications ...
... excellence.    -- Demand for Microsoft(R) WebTV Network(TM) Personal ...
... long-standing relationships with WebTV Networks and develop new       WebTV(R) Personal TV ...
... next five years, WebTV is poised to lead the way into this ...
WebTV Personal TV Service ...
... 500 television channels with WebTV Personal TV and WebTV Plus services in ...
... set-top box.    "WebTV is committed to working with the leading ...
... Bruce Leak, president, WebTV Networks, Inc. "This award ...
... Get a Taste of WebTV Personal TV    To date, ...
... TV. And by subscribing to WebTV Personal TV service, these ...
... customers per month. WebTV Networks Plans to Extend ...
... growing DISH Network, WebTV Networks today also jointly ...
... Electronics and THOMSON multimedia. WebTV Networks plans to work with these ...
... introduce products for WebTV that incorporate the WebTV Personal TV service. ...
... currently manufactures and markets WebTV Classic Internet Terminal and WebTV Plus Internet Receiver ...
... manufactures and markets the RCA WebTV Plus unit.  WebTV Personal TV Service ...
... 500 satellite receiver and WebTV Personal TV service ...
... hassles.    In addition, WebTV Personal TV service and ...
... addition, by subscribing to WebTV Network Plus service, ...
... available with single-purpose DVR appliances, including access to ...
... winning DISHPlayer 500 and WebTV Personal TV service this ...
... 6-9 in the Microsoft WebTV Networks booth, South ...
... North Hall 6011.    WebTV Personal TV service and the ...
... 19.99 per month, with WebTV Personal TV service ...
... 9.99 per month. The WebTV Plus service, delivering ...

... Customers subscribing to both the WebTV Personal TV and WebTV Plus services may ...
... on their monthly bill from WebTV (Some restrictions apply.). ...
... DISH Network programming or WebTV Personal TV service, ...
... visit http://www.webtv.net/ or http://www. ...
... DISH (3474).  About WebTV Networks    WebTV Networks, Inc., is a ...
... Internet and digital technologies. WebTV Networks offers a ...
... Today, these services include the WebTV Classic Internet service, the WebTV Plus interactive service, and WebTV Personal TV service. WebTV Networks owns and operates ...
... consumer electronics manufacturers.    WebTV Networks, based in ...
... wholly owned subsidiary of Microsoft Corp. Microsoft incorporates WebTV technologies in the Microsoft TV software platform, which ...
... operators worldwide.  About Microsoft    Founded in 1975, Microsoft (Nasdaq: MSFT) is the worldwide ...
... informational purposes only, and Microsoft and WebTV Networks make no ...
... in it.    NOTE:  Microsoft, WebTV Network and WebTV are either registered trademarks or trademarks of Microsoft Corp. in the United ...
... respective owners. SOURCE Microsoft Corp.
... Waggener Edstrom, for Microsoft Corp.
WEBTV NETWORKS INC (98%); ...
... PHILIPS ELECTRONICS) (57%); MICROSOFT CORP  (57%); MICROSOFT CORP (57%);  Microsoft Corp.; WebTV Networks, Inc.; Philips ...
bc-NV-WebTV-Networks Joint Ventures  ...


158. PR Newswire, January 6, 2000, Thursday, FINANCIAL NEWS, 904 words, THOMSON Multimedia and WebTV Networks to Extend Alliance to Deliver Personal TV Receivers and Services; Two Leading Pioneers in Home Entertainment Technology Plan to Bring Powerful Digital Video Recording and Live Television Control to Mainstream TV Viewers, LAS VEGAS, Jan. 6
bc-NV-Microsoft-WebTV
... consumer electronics products, and WebTV Networks, Inc., a subsidiary of Microsoft Corp. (Nasdaq: MSFT), ...
... develop and deliver the new Microsoft(R) WebTV Network(TM) Personal ...
... digital video recording (DVR) capabilities, "live" television ...
... enhanced TV services from WebTV Networks, including interactive ...
... access -- delivered by WebTV(R) Plus interactive ...
... by THOMSON.    "THOMSON and WebTV Networks have been collaborating on ...
... Bruce Leak, president of WebTV Networks. "THOMSON shares our ...
... hundreds of thousands of consumers."    With WebTV Personal TV service, ...
... Internet and Interactive services from WebTV Networks as well as personal ...
... THOMSON is proud to work with WebTV," said Enrique Rodriguez, ...
... multimedia.com/. About WebTV Networks    WebTV Networks, Inc., is a ...
... Internet and digital technologies. WebTV Networks offers a ...
... Today, these services include the WebTV Classic Internet service, the WebTV Plus interactive service, and WebTV Personal TV service. WebTV Networks owns and operates ...
... consumer electronics manufacturers.    WebTV Networks, based in ...
... wholly owned subsidiary of Microsoft Corp. Microsoft incorporates WebTV technologies in the Microsoft TV software platform. About Microsoft    Founded in 1975, Microsoft is the worldwide leader in ...
... informational purposes only, and Microsoft and WebTV Networks make no ...
... in it.    NOTE:  Microsoft, WebTV Network and WebTV are either registered trademarks or trademarks of Microsoft Corp. in the United ...
... respective owners. SOURCE Microsoft Corp.
... Waggener Edstrom, for WebTV Networks, Inc.; or Dave ...

THOMSON SA (98%); WEBTV NETWORKS INC (96%); MICROSOFT CORP  (94%); MICROSOFT
CORP (94%); NEW MEDIA FORGE (50%);  Microsoft Corp.; THOMSON multimedia; WebTV Networks, Inc.
bc-NV-Microsoft-WebTV Trade Show  INTERACTIVE ...


159. PR NEWSWIRE, January 6, 2000, 1259 words, Philips Electronics and WebTV Networks to Deliver New
Personal TV Hardware And Services for Consumers
... largest electronics companies, and WebTV Networks, Inc., a subsidiary of Microsoft Corp. (Nasdaq: MSFT), ...
... box incorporating the new Microsoft(R) WebTV Network(TM) Personal ...
... digital video recording (DVR) capabilities, Live TV ...
... will be based on WebTV(R) services. The new ...
... first to include the new WebTV Personal TV service, as well as the popular WebTV Plus interactive service, which
...
... Bruce Leak, president of WebTV Networks. "Together, Philips and WebTV plan to provide a ...
... shared vision of Philips and WebTV Networks to develop and promote ...
... time slots. With the power of the WebTV personalized TV services, ...
... Access Solutions. "Together with WebTV, we have played a key ...
... Viewers The Philips Receiver with WebTV Personal TV service ...
... interactive TV listings from WebTV that enable viewers to quickly ...
... button. The Philips Receiver with WebTV Personal TV service also ...
... availability of the Philips Receiver with WebTV Personal TV service ...
... philips.com/. About WebTV Networks WebTV Networks, Inc., is a ...
... Internet and digital technologies. WebTV Networks offers a ...
... Today, these services include the WebTV Classic Internet service, the WebTV Plus interactive service, and WebTV
Personal TV service. WebTV Networks owns and operates ...
... consumer electronics manufacturers. WebTV Networks, based in ...
... wholly owned subsidiary of Microsoft Corp. Microsoft incorporates WebTV technologies in the Microsoft TV
software platform, which ...
... operators worldwide. About Microsoft Founded in 1975, Microsoft is the worldwide leader in ...
... informational purposes only, and Microsoft and WebTV Networks make no ...
... in it. NOTE: Microsoft, WebTV Network and WebTV are either registered trademarks or trademarks of Microsoft
Corp. in the United ...
... additional information on Microsoft, please visit the Microsoft Web page at http://www.microsoft.com/presspass/ on
Microsoft's corporate information pages// ...
... wagged.com, for WebTV Networks; or Jennifer Massaro of ...
... wagged.com for WebTV Networks/ 09:00 EST
... Philips Electronics NV  WEBTV NETWORKS INC (94%); MICROSOFT CORP  (84%); MICROSOFT
CORP (84%); KONINKLIJKE ...


160. PR NEWSWIRE, January 6, 2000, 1457 words, WebTV Networks Takes the Lead in Personal TV Services
WebTV Lines Up Leading ...
... International CES show, WebTV Networks, Inc., a ...
... developed jointly by WebTV Networks and Echostar Communications ...
... excellence. -- Demand for Microsoft(R) WebTV Network(TM) Personal ...
... long-standing relationships with WebTV Networks and develop new WebTV(R) Personal TV ...
... next five years, WebTV is poised to lead the way into this ...
WebTV Personal TV Service ...
... 500 television channels with WebTV Personal TV and WebTV Plus services in ...
... set-top box. "WebTV is committed to working with the leading ...

... Bruce Leak, president, WebTV Networks, Inc. "This award ...
... Get a Taste of WebTV Personal TV To date, ...
... TV. And by subscribing to WebTV Personal TV service, these ...
... customers per month. WebTV Networks Plans to Extend ...
... growing DISH Network, WebTV Networks today also jointly ...
... Electronics and THOMSON multimedia. WebTV Networks plans to work with these ...
... introduce products for WebTV that incorporate the WebTV Personal TV service. ...
... currently manufactures and markets WebTV Classic Internet Terminal and WebTV Plus Internet Receiver ...
... manufactures and markets the RCA WebTV Plus unit. WebTV Personal TV Service ...
... 500 satellite receiver and WebTV Personal TV service ...
... hassles. In addition, WebTV Personal TV service and ...
... addition, by subscribing to WebTV Network Plus service, ...
... available with single-purpose DVR appliances, including access to ...
... winning DISHPlayer 500 and WebTV Personal TV service this ...
... 6-9 in the Microsoft WebTV Networks booth, South ...
... North Hall 6011. WebTV Personal TV service and the ...
... 19.99 per month, with WebTV Personal TV service ...
... 9.99 per month. The WebTV Plus service, delivering ...
... Customers subscribing to both the WebTV Personal TV and WebTV Plus services may ...
... on their monthly bill from WebTV (Some restrictions apply.). ...
... DISH Network programming or WebTV Personal TV service, ...
... visit http://www.webtv.net/ or http://www. ...
... DISH (3474). About WebTV Networks WebTV Networks, Inc., is a ...
... Internet and digital technologies. WebTV Networks offers a ...
... Today, these services include the WebTV Classic Internet service, the WebTV Plus interactive service, and WebTV Personal TV service. WebTV Networks owns and operates ...
... consumer electronics manufacturers. WebTV Networks, based in ...
... wholly owned subsidiary of Microsoft Corp. Microsoft incorporates WebTV technologies in the Microsoft TV software platform, which ...
... operators worldwide. About Microsoft Founded in 1975, Microsoft (Nasdaq: MSFT) is the worldwide ...
... informational purposes only, and Microsoft and WebTV Networks make no ...
... in it. NOTE: Microsoft, WebTV Network and WebTV are either registered trademarks or trademarks of Microsoft Corp. in the United ...
... additional information on Microsoft, please visit the Microsoft Web page at http://www.microsoft.com/presspass/on Microsoft's corporate information pages.// ...
... Waggener Edstrom, for Microsoft Corp./ 09:01 EST
WEBTV NETWORKS INC (98%); ...
... THOMSON SA (84%); MICROSOFT CORP (57%); MICROSOFT CORP (57%); KONINKLIJKE ...


161. PR NEWSWIRE, January 6, 2000, 948 words, THOMSON Multimedia and WebTV Networks to Extend Alliance to Deliver Personal TV Receivers and Services
... consumer electronics products, and WebTV Networks, Inc., a subsidiary of Microsoft Corp. (Nasdaq: MSFT), ...
... develop and deliver the new Microsoft(R) WebTV Network(TM) Personal ...
... digital video recording (DVR) capabilities, "live" television ...
... enhanced TV services from WebTV Networks, including interactive ...
... access -- delivered by WebTV(R) Plus interactive ...
... by THOMSON. "THOMSON and WebTV Networks have been collaborating on ...
... Bruce Leak, president of WebTV Networks. "THOMSON shares our ...
With WebTV Personal TV service, ...

... Internet and Interactive services from WebTV Networks as well as personal ...
... THOMSON is proud to work with WebTV," said Enrique Rodriguez, ...
... multimedia.com/. About WebTV Networks WebTV Networks, Inc., is a ...
... Internet and digital technologies. WebTV Networks offers a ...
... Today, these services include the WebTV Classic Internet service, the WebTV Plus interactive service, and WebTV Personal TV service. WebTV Networks owns and operates ...
... consumer electronics manufacturers. WebTV Networks, based in ...
... wholly owned subsidiary of Microsoft Corp. Microsoft incorporates WebTV technologies in the Microsoft TV software platform. About Microsoft Founded in 1975, Microsoft is the worldwide leader in ...
... informational purposes only, and Microsoft and WebTV Networks make no ...
... in it. NOTE: Microsoft, WebTV Network and WebTV are either registered trademarks or trademarks of Microsoft Corp. in the United ...
... additional information on Microsoft, please visit the Microsoft Web page at http://www.microsoft.com/presspass/on Microsoft's corporate information pages.// ...
... Waggener Edstrom, for WebTV Networks, Inc.; or Dave ...
MICRO00008 WebTV Networks Inc; THOMU00006 Thomson Multimedia; MICRO00000 Microsoft Corp
 THOMSON SA (95%); WEBTV NETWORKS INC (94%); MICROSOFT CORP  (84%); MICROSOFT
CORP (84%); NEW ...


162. PR NEWSWIRE, January 6, 2000, 1259 words, Philips Electronics and WebTV Networks to Deliver New Personal TV Hardware And Services for Consumers
... largest electronics companies, and WebTV Networks, Inc., a subsidiary of Microsoft Corp. (Nasdaq: MSFT), ...
... box incorporating the new Microsoft(R) WebTV Network(TM) Personal ...
... digital video recording (DVR) capabilities, Live TV ...
... will be based on WebTV(R) services. The new ...
... first to include the new WebTV Personal TV service, as well as the popular WebTV Plus interactive service, which ...
... Bruce Leak, president of WebTV Networks. "Together, Philips and WebTV plan to provide a ...
... shared vision of Philips and WebTV Networks to develop and promote ...
... time slots. With the power of the WebTV personalized TV services, ...
... Access Solutions. "Together with WebTV, we have played a key ...
... Viewers The Philips Receiver with WebTV Personal TV service ...
... interactive TV listings from WebTV that enable viewers to quickly ...
... button. The Philips Receiver with WebTV Personal TV service also ...
... availability of the Philips Receiver with WebTV Personal TV service ...
... philips.com/. About WebTV Networks WebTV Networks, Inc., is a ...
... Internet and digital technologies. WebTV Networks offers a ...
... Today, these services include the WebTV Classic Internet service, the WebTV Plus interactive service, and WebTV Personal TV service. WebTV Networks owns and operates ...
... consumer electronics manufacturers. WebTV Networks, based in ...
... wholly owned subsidiary of Microsoft Corp. Microsoft incorporates WebTV technologies in the Microsoft TV software platform, which ...
... operators worldwide. About Microsoft Founded in 1975, Microsoft is the worldwide leader in ...
... informational purposes only, and Microsoft and WebTV Networks make no ...
... in it. NOTE: Microsoft, WebTV Network and WebTV are either registered trademarks or trademarks of Microsoft Corp. in the United ...
... additional information on Microsoft, please visit the Microsoft Web page at http://www.microsoft.com/presspass/on Microsoft's corporate information pages// ...
... wagged.com, for WebTV Networks; or Jennifer Massaro of ...

... wagged.com for WebTV Networks/ 09:00 EST
... Philips Electronics NV  WEBTV NETWORKS INC (94%); MICROSOFT CORP  (84%); MICROSOFT
CORP (84%); KONINKLIJKE ...


163. PR NEWSWIRE, January 6, 2000, 1457 words, WebTV Networks Takes the Lead in Personal TV Services
WebTV Lines Up Leading ...
... International CES show, WebTV Networks, Inc., a  ...
... developed jointly by WebTV Networks and Echostar Communications  ...
... excellence. -- Demand for Microsoft(R) WebTV Network(TM) Personal  ...
... long-standing relationships with WebTV Networks and develop new WebTV(R) Personal TV  ...
... next five years, WebTV is poised to lead the way into this  ...
WebTV Personal TV Service ...
... 500 television channels with WebTV Personal TV and WebTV Plus services in  ...
... set-top box. "WebTV is committed to working with the leading  ...
... Bruce Leak, president, WebTV Networks, Inc. "This award  ...
... Get a Taste of WebTV Personal TV To date,  ...
... TV. And by subscribing to WebTV Personal TV service, these  ...
... customers per month. WebTV Networks Plans to Extend  ...
... growing DISH Network, WebTV Networks today also jointly  ...
... Electronics and THOMSON multimedia. WebTV Networks plans to work with these  ...
... introduce products for WebTV that incorporate the WebTV Personal TV service.  ...
... currently manufactures and markets WebTV Classic Internet Terminal and WebTV Plus Internet Receiver  ...
... manufactures and markets the RCA WebTV Plus unit. WebTV Personal TV Service  ...
... 500 satellite receiver and WebTV Personal TV service  ...
... hassles. In addition, WebTV Personal TV service and  ...
... addition, by subscribing to WebTV Network Plus service,  ...
... available with single-purpose DVR appliances, including access to  ...
... winning DISHPlayer 500 and WebTV Personal TV service this  ...
... 6-9 in the Microsoft WebTV Networks booth, South  ...
... North Hall 6011. WebTV Personal TV service and the  ...
... 19.99 per month, with WebTV Personal TV service  ...
... 9.99 per month. The WebTV Plus service, delivering  ...
... Customers subscribing to both the WebTV Personal TV and WebTV Plus services may  ...
... on their monthly bill from WebTV (Some restrictions apply.).  ...
... DISH Network programming or WebTV Personal TV service,  ...
... visit http://www.webtv.net/ or http:// www.  ...
... DISH (3474). About WebTV Networks WebTV Networks, Inc., is a  ...
... Internet and digital technologies. WebTV Networks offers a  ...
... Today, these services include the WebTV Classic Internet service, the WebTV Plus interactive service, and WebTV
Personal TV service. WebTV Networks owns and operates  ...
... consumer electronics manufacturers. WebTV Networks, based in  ...
... wholly owned subsidiary of Microsoft Corp. Microsoft incorporates WebTV technologies in the Microsoft TV
software platform, which  ...
... operators worldwide. About Microsoft Founded in 1975, Microsoft (Nasdaq: MSFT) is the worldwide  ...
... informational purposes only, and Microsoft and WebTV Networks make no  ...
... in it. NOTE: Microsoft, WebTV Network and WebTV are either registered trademarks or trademarks of Microsoft
Corp. in the United  ...
... additional information on Microsoft, please visit the Microsoft Web page at http://www.microsoft.com/presspass/ on
Microsoft's corporate information pages./ / ...

... Waggener Edstrom, for Microsoft Corp./ 09:01 EST
WEBTV NETWORKS INC (98%); ...
... THOMSON SA (84%); MICROSOFT CORP  (57%); MICROSOFT CORP (57%); KONINKLIJKE ...


164. PR NEWSWIRE, January 6, 2000, 948 words, THOMSON Multimedia and WebTV Networks to Extend Alliance
to Deliver Personal TV Receivers and Services
... consumer electronics products, and WebTV Networks, Inc., a subsidiary of Microsoft Corp. (Nasdaq: MSFT), ...
... develop and deliver the new Microsoft(R) WebTV Network(TM) Personal ...
... digital video recording (DVR) capabilities, "live" television ...
... enhanced TV services from WebTV Networks, including interactive ...
... access -- delivered by WebTV(R) Plus interactive ...
... by THOMSON. "THOMSON and WebTV Networks have been collaborating on ...
... Bruce Leak, president of WebTV Networks. "THOMSON shares our ...
With WebTV Personal TV service, ...
... Internet and Interactive services from WebTV Networks as well as personal ...
... THOMSON is proud to work with WebTV," said Enrique Rodriguez, ...
... multimedia.com/. About WebTV Networks WebTV Networks, Inc., is a ...
... Internet and digital technologies. WebTV Networks offers a ...
... Today, these services include the WebTV Classic Internet service, the WebTV Plus interactive service, and WebTV
Personal TV service. WebTV Networks owns and operates  ...
... consumer electronics manufacturers. WebTV Networks, based in  ...
... wholly owned subsidiary of Microsoft Corp. Microsoft incorporates WebTV technologies in the Microsoft TV
software platform. About Microsoft Founded in 1975, Microsoft is the worldwide leader in  ...
... informational purposes only, and Microsoft and WebTV Networks make no  ...
... in it. NOTE: Microsoft, WebTV Network and WebTV are either registered trademarks or trademarks of Microsoft
Corp. in the United  ...
... additional information on Microsoft, please visit the Microsoft Web page at http:/ /www.microsoft.com/presspass/ on
Microsoft's corporate information pages./ / ...
... Waggener Edstrom, for WebTV Networks, Inc.; or Dave  ...
MICRO00008 WebTV Networks Inc; THOMU00006 Thomson Multimedia; MICRO00000 Microsoft Corp
 THOMSON SA (95%); WEBTV NETWORKS INC (94%); MICROSOFT CORP  (84%); MICROSOFT
CORP (84%); NEW  ...


165. Newsbytes, January 4, 2000, Tuesday, 686 words, Cable And DBS To Fuel Growth Of Digital Video Recorders,
Sherman Fridman;Newsbytes, BOSTON, MASSACHUSETTS, U.S.A.
... digital video recorders (DVRs) will be "the" coming hot  ...
... area of growth for DVRs will come as the product  ...
... Strategies practice, explained that DVRs have the capacity to pause while  ...
... addition, Goodman said that DVRs allows for the personalization of  ...
... sales of stand-alone DVRs will reach 500,000  ...
... consumers will use DVR-like services provided  ...
... through a partnership with Microsoft's WebTV, while similar models  ...
... driver for adoption of DVRs over the next two to  ...
... include some type of DVR, "he said, "but both  ...
... Group says that as sales of DVR-equipped satellite receivers  ...
... personalization functions available from the DVR, but other options as  ...
... concludes that the revolution in DVRs will also be driven by the  ...
... interested in using DVR features provided by  ...

... in owning a DVR, 55 percent said they would be ...
... marketing season for DVRs, and that their present $500 to $700 ...
... anticipates that as with VCRs, the price of DVRs, whether stand-alone, or as part of ...
MICROSOFT CORP (53%); MICROSOFT CORP (53%);

166.  Newsbytes PM, January 4, 2000, 58464486, 675 words, Cable And DBS To Fuel Growth Of Digital Video
Recorders 01/04/00;  Industry Trend or Event, Fridman, Sherman
... digital video recorders (DVRs) will be "the" coming hot ...
... area of growth for DVRs will come as the product ...
... Strategies practice, explained that DVRs have the capacity to pause while ...
... addition, Goodman said that DVRs allows for the personalization of ...
... sales of stand-alone DVRs will reach 500,000 ...
... consumers will use DVR-like services provided ...
... through a partnership with Microsoft's WebTV, while similar models ...
... driver for adoption of DVRs over the next two to ...
... include some type of DVR, "he said, "but both ...
... Group says that sales of DVR-equipped satellite receivers ...
... personalization functions available from the DVR, but other options as ...
... concludes that the revolution in DVRs will also be driven by the ...
... interested in using DVR features provided by ...
... in owning a DVR, 55 percent said they would be ...
... marketing season for DVRs, and that their present $ 500 to ...
... anticipates that as with VCRs, the price of DVRs, whether stand-alone, or as part of ...
YANKEE GROUP (90%); MICROSOFT CORP (53%)

167. PR Newswire, January 3, 2000, Monday, FINANCIAL NEWS, 743 words, DBS and Cable Will Drive Digital
Video Recorders, Says Yankee Group Report, BOSTON, Jan. 3
... digital video recorders (DVRs) marketed by companies ...
... Inc., Replay Networks, and Microsoft, a new Report from the Yankee Group predicts that the DVR will quickly
evolve from ...
... forecasts that sales of separate DVRs will reach 500,000 ...
... consumers will use DVR-like services provided ...
... through a partnership with Microsoft's WebTV, while similar models ...
... driver for adoption of DVRs over the next two to ...
... include some type of DVR, but both DIRECTV and ...
... advanced equipment."    As sales of DVR-equipped satellite receivers ...
... personalization functions available from the DVR, but other options ...
... features delivered by DVRs, cable operators will ...
... robust interactive services."    The DVR's evolution will also be driven ...
... interested in using DVR features provided by ...
... in owning a DVR, 55% said they would be more ...
TIVO INC (83%); MICROSOFT CORP (57%); MICROSOFT CORP (57%); The Yankee ...

168. PR NEWSWIRE, January 3, 2000, 724 words, DBS and Cable Will Drive Digital Video Recorders, Says Yankee
Group Report
... digital video recorders (DVRs) marketed by companies ...
... Inc., Replay Networks, and Microsoft, a new Report from the Yankee Group predicts that the DVR will quickly

evolve from  ...
... forecasts that sales of separate DVRs will reach 500,000  ...
... consumers will use DVR-like services provided  ...
... through a partnership with Microsoft's WebTV, while similar models  ...
... driver for adoption of DVRs over the next two to  ...
... include some type of DVR, but both DIRECTV and  ...
... advanced equipment." As sales of DVR-equipped satellite receivers  ...
... personalization functions available from the DVR, but other options  ...
... features delivered by DVRs, cable operators will  ...
... robust interactive services." The DVR's evolution will also be driven  ...
... interested in using DVR features provided by  ...
... in owning a DVR, 55% said they would be more  ...
TIVO INC (83%); MICROSOFT CORP  (57%); MICROSOFT CORP (57%);


169. PR NEWSWIRE, January 3, 2000, 724 words, DBS and Cable Will Drive Digital Video Recorders, Says Yankee Group Report
... digital video recorders (DVRs) marketed by companies  ...
... Inc., Replay Networks, and Microsoft, a new Report from the Yankee Group predicts that the DVR will quickly evolve from  ...
... forecasts that sales of separate DVRs will reach 500,000  ...
... consumers will use DVR-like services provided  ...
... through a partnership with Microsoft's WebTV, while similar models  ...
... driver for adoption of DVRs over the next two to  ...
... include some type of DVR, but both DIRECTV and  ...
... advanced equipment." As sales of DVR-equipped satellite receivers  ...
... personalization functions available from the DVR, but other options  ...
... features delivered by DVRs, cable operators will  ...
... robust interactive services." The DVR's evolution will also be driven  ...
... interested in using DVR features provided by  ...
... in owning a DVR, 55% said they would be more  ...
TIVO INC (83%); MICROSOFT CORP  (57%); MICROSOFT CORP (57%);


170.  Screen Digest, January 1, 2000, 59119575, 729 words, Worldview;  DVD overview
... personal video recorder (PVR) theme. These devices incorporate  ...
... On the one hand is Microsoft, which is planning to add PVR functions to its WebTV and related products in the accretive manner for which Microsoft has become famous. This approach is  ...
... operator NTL-in which Microsoft is a significant shareholder ( ...
... operating system rather than Microsoft(tm)s. AOLTV was also  ...


171.  Screen Digest, January 1, 2000, 59119581, 270 words, Interactive hard disk TV battle lines drawn;  Brief Article
... personal video recorders (PVRs). On one side is  ...
... who are combining to deliver PVR capabilities to the AOLTV service  ...
On other side is Microsoft, which has been working with various partners to  ...
... hard disk-based PVR capabilities to its WebTV and Microsoft TV platforms (see also NTL and Microsoft tie for UK ...
... a strong competitor to Microsoft, while Liberate(tm) ...
... a lively alternative to Microsoft in digital TV  ...

... operating system (rather than Microsoft), is a natural fit. ...
MICROSOFT CORP (90%)
Microsoft Corp.; Liberate Technologies; ...


172. Screen Digest, January 1, 2000, 59119677, 224 words, Hard disk personal TV entering mainstream.
Personal video recorder (PVR) systems which use hard ...
... options by making WebTV boxes with Microsoft(tm)s new Personal TV PVR service, as well as being ...
... introduce products supporting Microsoft(tm)s WebTV Personal TV service-Microsoft(tm)s answer to ...
... ShowStopper. Devices that combine PVR functionality with digital satellite ...
... type was a combination WebTV/DTH receiver for the ...
... see 1999/20b3); Microsoft claims 100,000 of these units have been ...
MICROSOFT CORP (90%); THOMSON ...
WebTV


173. Akron Beacon Journal (Ohio), December 27, 1999 Monday 1 STAR EDITION, BUSINESS; Pg. E2, 453 words,
BETTER THAN A VCR, Mike Langberg, Knight Ridder Newspapers
... personal video recorders, or PVRs, which use hard drives ...
... direct satellite service, and Microsoft Corp., which owns the WebTV online service, are about to ...
... Network receiver, a WebTV terminal and a PVR. A massive 17- ...
... satellite systems. The first PVRs -- from two Silicon Valley ...
... in short, makes PVRs practical and affordable. And the news ...
... recording capacity. EchoStar and Microsoft started down this road ...
... 7100, didn't have full PVR software -- you could only "pause" ...
... control to give them the same PVR functions as the new DishPlayer ...
... EchoStar Model 7200. Microsoft and EchoStar, by the way, have been ...
... Internet portion, contact WebTV at 800-469-3288 or http://www.webtv.com.
... EchoStar Communications Corp. and Microsoft Corp. includes a ...
... Network receiver and a WebTV terminal., 2- The DishPlayer ...
... COMMUNICATIONS CORP (85%); MICROSOFT CORP  (84%); MICROSOFT CORP (84%); TIVO ...


174. The Augusta Chronicle (Georgia), December 27, 1999, Monday,, ALL EDITIONS, HOME PAGE,, Pg. B8, 714
words,  PVR SYSTEM TECHNOLOGY JUMPING INTO HOME-ENTERTAINMENT ARENA, Mike Langberg; San
Jose Mercury News
... personal video recorders, or PVRs, which use hard drives ...
... direct satellite service, and Microsoft Corp., which owns the WebTV online service, are about to ...
... Network receiver, a WebTV terminal and a PVR. A massive 17- ...
... satellite systems. The first PVRs - from two Silicon Valley ...
... in short, makes PVRs practical and affordable. And the news ...
... recording capacity. EchoStar and Microsoft started down this road ...
... 7100, didn't have full PVR software - you could only "pause" ...
... control to give them the same PVR functions as the new DishPlayer ...
... EchoStar Model 7200. Microsoft and EchoStar, by the way, have been ...
... Internet portion, call WebTV at (800) 469- ...
... go to http://www.webtv.com. Here's a brief recap of why PVRs are important: Today's hard ...
... button on a PVR remote, and resume watching from that ...
... collection of stories onto a PVR throughout the day, updating them as ...
... pick sports and weather. PVRs also are wonderfully convenient. No ...

... a show. With a PVR, you just highlight an ...
... can even tell the PVR to automatically record every ...
... COMMUNICATIONS CORP (85%); MICROSOFT CORP (84%); MICROSOFT CORP (84%); TIVO ...

175. Charlotte Observer (North Carolina), December 23, 1999 Thursday ONE-THREE EDITION, CLICK; TEST
DRIVE; Pg. 3D, 1322 words, THE 'DISH' ON PVRS, Mike Langberg, Knight Ridder
... personal video recorders, or PVRs, which use hard drives ...
... direct satellite service, and Microsoft Corp., which owns the WebTV online service, are about to ...
... Network receiver, a WebTV terminal and a PVR. A massive 17- ...
... satellite systems. The first PVRs - from two Silicon Valley ...
... in short, makes PVRs practical and affordable. And the news ...
... recording capacity. EchoStar and Microsoft started down this road ...
... 7100, didn't have full PVR software - you could only "pause" ...
... control to give them the same PVR functions as the new DishPlayer ...
... EchoStar Model 7200. Microsoft and EchoStar, by the way, have been ...
... for several weeks. Here's why PVRs are important: Today's hard ...
... button on a PVR remote, and resume watching from that ...
... collection of stories onto a PVR throughout the day, updating them as ...
... a programming breakthrough. PVRs are also wonderfully convenient. No ...
... a show. With a PVR, you just highlight an ...
... can even tell the PVR to automatically record every ...
... sometime next year.) WebTV service, for e- ...
... a month. But WebTV isn't mandatory; you don't have to ...
... sign up for WebTV, you'll also want the optional ...
... a month for PVR service, or $4.99 a month if you also subscribe to WebTV. There's also the cost of installation,
assuming ...
... similar problems when they launched their PVRs, and fixed them within a ...
... I expect EchoStar and Microsoft will do the same. I ...
... Internet portion, contact WebTV at 1-800-469-3288 or www.webtv.com. * For a ...
... personal video recorders, or PVRs, read the May 20 ...
... conta ct the two PVR makers: Replay at ...
... 1. A sample WebTV screen 2. Dish ...
... COMMUNICATIONS CORP (85%); MICROSOFT CORP (84%); MICROSOFT CORP (84%); TIVO ...

176. Charleston Gazette (West Virginia), December 19, 1999, Sunday, News; Pg. P7B, 1333 words, Player gets satellite
TV, records it and surfs Web, Mike Langberg Knight Ridder Newspapers
... personal video recorders, or PVRs, which use hard drives ...
... direct satellite service, and Microsoft Corp., which owns the WebTV online service, are about to ...
... Network receiver, a WebTV terminal and a PVR. A massive 17- ...
... satellite systems. The first PVRs - from two Silicon Valley ...
... in short, makes PVRs practical and affordable. Rivals ...
... recording capacity. EchoStar and Microsoft started down this road ...
... 7100, didn't have full PVR software - you could only "pause" ...
... control to give them the same PVR functions as the new DishPlayer ...
... EchoStar Model 7200. Microsoft and EchoStar, by the way, have been ...
... Internet portion, contact WebTV at (800) 469-3288; www.webtv.com. Here's a brief recap of why PVRs are
important: Today's hard ...
... button on a PVR remote, and resume watching from that ...

... collection of stories onto a PVR throughout the day, updating them as ...
... more setting the clock PVRs are also wonderfully convenient. No ...
... a show. With a PVR, you just highlight a ...
... can even tell the PVR to automatically record every ...
... DirecTV is charging $ 6. WebTV service, for e- ...
... a month. But WebTV isn't mandatory; you don't have to ...
... sign up for WebTV, you'll also want the optional ...
... a month for PVR service, or $ 4.99 a month if you also subscribe to WebTV. There's also the cost of installation, assuming ...
... so inexpensive: EchoStar and Microsoft are both subsidizing production, ...
... for Dish Network and WebTV. I got a ...
... similar problems when they launched their PVRs, and fixed them within a ...
... I expect EchoStar and Microsoft will do the same. Buy ...
... COMMUNICATIONS CORP (86%); MICROSOFT CORP (84%); MICROSOFT CORP (84%); TIVO ...


177. Reuters News, December 18, 1999 Saturday 12:59 AM GMT, , 572 words, Personal TV recorders set to go mainstream into 2000., By Scott Hillis, *from Factiva*
... next. The machines, called PVRs for short, record ...
... other than software behemoth Microsoft Corp. , which on Tuesday ...
... build video recording into its WebTV service. Although Microsoft's service is limited to EchoStar ...
... serious rival. "We take Microsoft very seriously, even more ...
... Shannon said. But Microsoft's entry also confirms the potential of the ...
... watching TV differently." PVRs have also been largely accepted by ...
... COMMUNICATIONS CORP (83%); MICROSOFT CORP (82%); FORRESTER ...
... CORP (USA); MCROST MICROSOFT CORP (REDMOND, WA) ( ...


178. THE DALLAS MORNING NEWS, December 16, 1999, Thursday, DA-VIDEO-RECORDER, 1200 words, New Era of Video Recording Lets Viewers Fine-Tune Choices, By Doug Bedell
... your television. While Microsoft struggled with its Internet-connected WebTV and the networks fiddled, two ...
... personal video recorders, or PVRs, allow users to grab and ...
... by widespread use of PVRs. That's because many users find ...
... Americans will adopt PVRs by 2004 as prices ...
... watching other programming. PVRs feature many of the advantages of ...
... II," for example, and the PVR will scan the information ...
... bought and sold. Both PVR makers are bent on ...
... WARNER INC (61%); MICROSOFT CORP (58%); MICROSOFT CORP (58%); FORRESTER ...


179. The Dallas Morning News, December 16, 1999, Thursday, THIRD EDITION, PERSONAL TECHNOLOGY;, Pg. 10F, 1188 words, VCR-osaurus; New era of video recording lets viewers fine-tune Choices, Doug Bedell
... your television. While Microsoft struggled with its Internet-connected WebTV and the networks fiddled, two ...
... personal video recorders, or PVRs, allow users to grab and ...
... by widespread use of PVRs. That's because many users find ...
... Americans will adopt PVRs by 2004 as prices ...
... watching other programming. PVRs feature many of the advantages of ...
... II," for example, and the PVR will scan the information ...
... bought and sold. Both PVR makers are bent on ...
... WARNER INC (61%); MICROSOFT CORP (58%); AOL ...

180. San Jose Mercury News, December 16, 1999, Thursday, BUSINESS AND FINANCIAL NEWS, K0410, 1379 words, Personal video recorders take huge leap forward, By Mike Langberg
... personal video recorders, or PVRs, which use hard drives ...
... direct satellite service, and Microsoft Corp., which owns the WebTV online service, are about to ...
... Network receiver, a WebTV terminal and a PVR. A massive 17- ...
... satellite systems. The first PVRs _ from two Silicon Valley ...
... in short, makes PVRs practical and affordable. And the news ...
... recording capacity. EchoStar and Microsoft started down this road ...
... 7100, didn't have full PVR software _ you could only "pause" ...
... control to give them the same PVR functions as the new DishPlayer ...
... EchoStar Model 7200. Microsoft and EchoStar, by the way, have been ...
... Internet portion, contact WebTV (800-469-3288) http://www.webtv.com And if you want a fuller explanation of PVRs, you can read my ...
... a brief recap of why PVRs are important: Today's hard ...
... button on a PVR remote, and resume watching from that ...
... collection of stories onto a PVR throughout the day, updating them as ...
... a programming breakthrough. PVRs are also wonderfully convenient. No ...
... a show. With a PVR, you just highlight an ...
... can even tell the PVR to automatically record every ...
... DirecTV is charging $6. WebTV service, for e- ...
... a month. But WebTV isn't mandatory; you don't have to ...
... sign up for WebTV, you'll also want the optional ...
... a month for PVR service, or $4.99 a month if you also subscribe to WebTV. There's also the cost of installation, assuming ...
... so inexpensive: EchoStar and Microsoft are both subsidizing production, ...
... for Dish Network and WebTV. I got a ...
... similar problems when they launched their PVRs, and fixed them within a ...
... I expect EchoStar and Microsoft will do the same. I ...
... COMMUNICATIONS CORP (85%); MICROSOFT CORP  (84%); MICROSOFT CORP (84%); TIVO ...


181. San Jose Mercury News, December 16, 1999, Thursday, BUSINESS AND FINANCIAL NEWS, K0410, 1379 words, Personal video recorders take huge leap forward, By Mike Langberg
... personal video recorders, or PVRs, which use hard drives ...
... direct satellite service, and Microsoft Corp., which owns the WebTV online service, are about to ...
... Network receiver, a WebTV terminal and a PVR. A massive 17- ...
... satellite systems. The first PVRs _ from two Silicon Valley ...
... in short, makes PVRs practical and affordable. And the news ...
... recording capacity. EchoStar and Microsoft started down this road ...
... 7100, didn't have full PVR software _ you could only "pause" ...
... control to give them the same PVR functions as the new DishPlayer ...
... EchoStar Model 7200. Microsoft and EchoStar, by the way, have been ...
... Internet portion, contact WebTV (800-469-3288) http://www.webtv.com And if you want a fuller explanation of PVRs, you can read my ...
... a brief recap of why PVRs are important: Today's hard ...
... button on a PVR remote, and resume watching from that ...
... collection of stories onto a PVR throughout the day, updating them as ...
... a programming breakthrough. PVRs are also wonderfully convenient. No ...
... a show. With a PVR, you just highlight an ...
... can even tell the PVR to automatically record every ...

... DirecTV is charging $6. WebTV service, for e- ...
... a month. But WebTV isn't mandatory; you don't have to ...
... sign up for WebTV, you'll also want the optional ...
... a month for PVR service, or $4.99 a month if you also subscribe to WebTV. There's also the cost of installation, assuming ...
... so inexpensive: EchoStar and Microsoft are both subsidizing production, ...
... for Dish Network and WebTV. I got a ...
... similar problems when they launched their PVRs, and fixed them within a ...
... I expect EchoStar and Microsoft will do the same. I ...
... COMMUNICATIONS CORP (85%); MICROSOFT CORP (84%); MICROSOFT CORP (84%); TIVO ...


182. M2 PRESSWIRE, December 15, 1999, 1659 words, MICROSOFT    WebTV Networks and EchoStar deliver digital video recording for satellite TV customers, MOUNTAIN VIEW, Calif.
New WebTV Personal TV Service and ...
 WebTV Networks, Inc. today announced the new Microsoft WebTV Network Personal TV ...
... digital video recording (DVR) capabilities, customized news and ...
... enhanced TV services from WebTV. Together, the DISHPlayer and WebTV service deliver a ...
... top box, including DVR, games, Internet access and ...
... at just $299, with WebTV Personal TV service and WebTV Plus service priced ...
... will be shown at Microsoft booth 2311 at the ...
... 300 customers to subscribe to the WebTV Personal TV service and receive these new DVR features.
"WebTV is proud to join with EchoStar to ...
... Bruce Leak, president of WebTV Networks. "DISHPlayer with WebTV services gives consumers the ...
... video recording capabilities of the WebTV Personal TV service, ...
... Customers who subscribe to the WebTV Personal TV service ...
... satellite. And, with the easy-to-navigate WebTV interactive TV Listings, ...
... a button. Further, WebTV Personal TV service ...
... experience. In addition, WebTV Personal TV service ...
... more. "DISH Network and WebTV now offer customers ...
... Fun  Complementing the new WebTV Personal TV service, ...
... customers who subscribe to WebTV Plus service can ...
... programs arriving soon.  WebTV Plus service provides ...
... Availability - Give the Gift of WebTV Service  WebTV Personal TV service and the ...
... 19.99 per month, with WebTV Personal TV service ...
... 9.99 per month. The WebTV Plus service is offered ...
... Customers subscribing to both the WebTV Personal TV and WebTV Plus services may ...
... discount on their monthly WebTV bill. (Some restrictions ...
... DISH Network programming or WebTV Personal TV service, or ...
... 3474).  In addition, WebTV is offering prepaid service ...
... gifts this holiday season. WebTV service gift cards are ...
... givers to prepay for WebTV Personal TV or WebTV Plus service for ...
... receiver or already have one. WebTV service gift cards are ...
... remote at the new WebTV online store at http://www.webtv.net/ or by calling (800) GO-WEBTV (469-3288).
WebTV service gift cards are ...
... Product of the Year.  About WebTV Networks  WebTV Networks, Inc., is a ...
... Internet and digital technologies. WebTV Networks offers a ...
... Today, these services include the WebTV Classic service, the WebTV Plus service, and WebTV Personal TV service.
WebTV Networks owns and operates ...
... consumer electronics manufacturers.  WebTV Networks, based in ...

... wholly owned subsidiary of Microsoft Corp. Microsoft incorporates WebTV technologies in the Microsoft TV software platform, which ...
... Founded in 1975, Microsoft (Nasdaq "MSFT") is the worldwide ...
... charges may apply. Microsoft, WebTV Network, WebTV, Kid Friendly and WebPIP are ...
... registered trademarks or trademarks of Microsoft Corp. in the United ...
... additional information on Microsoft, please visit the Microsoft Web page at http://www.microsoft.com/presspass/on Microsoft's corporate information pages.
MICROSOFT MICROSOFT WEBTV NETWORKS INC (98%); ...
... COMMUNICATIONS CORP (96%); MICROSOFT CORP (90%); MICROSOFT CORP (90%); MICROSOFT


183. PR Newswire, December 14, 1999, Tuesday, FINANCIAL NEWS, 3031 words, WebTV Networks and EchoStar Deliver Digital Video Recording for Satellite TV Customers; New WebTV Personal TV Service and DISHPlayer 500 Offer Full Digital Video Recording, Live TV Pause, Interactive Television, Internet Access and More, MOUNTAIN VIEW, Calif., Dec. 14
bc-CA-WebTV-EchoStar
WebTV Networks, Inc. today announced the new Microsoft(R) WebTV Network(TM) Personal ...
... digital video recording (DVR) capabilities, customized news and ...
... enhanced TV services from WebTV. Together, the DISHPlayer and WebTV(R) service deliver ...
... top box, including DVR, games, Internet access and ...
... at just $299, with WebTV Personal TV service and WebTV Plus service priced ...
... will be shown at Microsoft booth 2311 at the ...
... 300 customers to subscribe to the WebTV Personal TV service and receive these new DVR features.    "WebTV is proud to join with EchoStar to ...
... Bruce Leak, president of WebTV Networks. "DISHPlayer with WebTV services gives consumers the ...
... video recording capabilities of the WebTV Personal TV service, ...
... Customers who subscribe to the WebTV Personal TV service ...
... satellite. And, with the easy-to-navigate WebTV interactive TV Listings, ...
... a button. Further, WebTV Personal TV service ...
... experience.    In addition, WebTV Personal TV service ...
... more.    "DISH Network and WebTV now offer customers ...
... Fun    Complementing the new WebTV Personal TV service, ...
... customers who subscribe to WebTV Plus service can ...
... programs arriving soon.    WebTV Plus service provides ...
... Availability - Give the Gift of WebTV Service    WebTV Personal TV service and the ...
... 19.99 per month, with WebTV Personal TV service ...
... 9.99 per month. The WebTV Plus service is offered ...
... Customers subscribing to both the WebTV Personal TV and WebTV Plus services may ...
... discount on their monthly WebTV bill. (Some restrictions ...
... DISH Network programming or WebTV Personal TV service, or ...
... 3474).    In addition, WebTV is offering prepaid service ...
... gifts this holiday season. WebTV service gift cards are ...
... givers to prepay for WebTV Personal TV or WebTV Plus service for ...
... receiver or already have one. WebTV service gift cards are ...
... remote at the new WebTV online store at http://www.webtv.net/ or by calling 800-GO-WEBTV (469-3288). WebTV service gift cards are ...
... Product of the Year. About WebTV Networks    WebTV Networks, Inc., is a ...
... Internet and digital technologies. WebTV Networks offers a ...
... Today, these services include the WebTV Classic service, the WebTV Plus service, and WebTV Personal TV service.

WebTV Networks owns and operates ...
... consumer electronics manufacturers.    WebTV Networks, based in ...
... wholly owned subsidiary of Microsoft Corp. Microsoft incorporates WebTV technologies in the Microsoft TV software platform, which ...
... Founded in 1975, Microsoft (Nasdaq: MSFT) is the worldwide ...
... may apply.    NOTE: Microsoft, WebTV Network, WebTV, Kid Friendly and WebPIP are ...
... registered trademarks or trademarks of Microsoft Corp. in the United ...
... Available with DISH-    Available with WebTV    Available with WebTV    Player 500 and any    ...
... Interactive TV Listings  WebTV Centers    Recording   Viewers ...
... saves        and other topics are    WebTV Personal TV        thumbnails of the ...
... topic and     archiving recorded DVR        direct users to popular      ...
... an      provided by WebTV.    Network also offers      additional ...
... fun. "You Don't Know    WebTV service. Call     remote ...
... ratings,        satellite, so there    WebTV automatically    remaining time and ...
... e-mail. SOURCE WebTV Networks, Inc.
... Waggener Edstrom, for WebTV Networks; or Fonda Berosini of ...
... shandwick.com, for WebTV Networks; or Judianne Atencio, ...
WEBTV NETWORKS INC (98%); ...
... COMMUNICATIONS CORP (96%); MICROSOFT CORP (58%); MICROSOFT CORP (58%); Microsoft Corp.;
WebTV Networks, Inc.; EchoStar
bc-CA-WebTV-EchoStar INTERACTIVE TELEVISION ( ...


184. SAN JOSE MERCURY NEWS, December 12, 1999, Sunday, SJ-TECH-REVIEW, 1382 words, San Jose Mercury
News, Calif., Technology Testdrive Column, By Mike Langberg
... personal video recorders, or PVRs, which use hard drives ...
... direct satellite service, and Microsoft Corp., which owns the WebTV online service, are about to ...
... Network receiver, a WebTV terminal and a PVR. A massive 17- ...
... satellite systems. The first PVRs -- from two Silicon Valley ...
... in short, makes PVRs practical and affordable. And the news ...
... recording capacity. EchoStar and Microsoft started down this road ...
... 7100, didn't have full PVR software -- you could only "pause" ...
... control to give them the same PVR functions as the new DishPlayer ...
... EchoStar Model 7200. Microsoft and EchoStar, by the way, have been ...
... Internet portion, contact WebTV (800-469-3288; www.webtv.com). And if you want a fuller explanation of PVRs,
you can read my ...
... brief re-cap of why PVRs are important: Today's hard ...
... button on a PVR remote, and resume watching from that ...
... collection of stories onto a PVR throughout the day, updating them as ...
... a programming breakthrough. PVRs are also wonderfully convenient. No ...
... a show. With a PVR, you just highlight an ...
... can even tell the PVR to automatically record every ...
... DirecTV is charging $ 6. WebTV service, for e- ...
... a month. But WebTV isn't mandatory; you don't have to ...
... sign up for WebTV, you'll also want the optional ...
... a month for PVR service, or $ 4.99 a month if you also subscribe to WebTV. There's also the cost of installation,
assuming ...
... so inexpensive: EchoStar and Microsoft are both subsidizing production, ...
... for Dish Network and WebTV. I got a ...
... similar problems when they launched their PVRs, and fixed them within a ...

... I expect EchoStar and Microsoft will do the same. I ...
... COMMUNICATIONS CORP (85%); MICROSOFT CORP (84%); MICROSOFT CORP (84%); TIVO ...

185. SAN JOSE MERCURY NEWS, December 12, 1999, Sunday, SJ-TECH-REVIEW, 1382 words, San Jose Mercury News, Calif., Technology Testdrive Column, By Mike Langberg
... personal video recorders, or PVRs, which use hard drives ...
... direct satellite service, and Microsoft Corp., which owns the WebTV online service, are about to ...
... Network receiver, a WebTV terminal and a PVR. A massive 17- ...
... satellite systems. The first PVRs -- from two Silicon Valley ...
... in short, makes PVRs practical and affordable. And the news ...
... recording capacity. EchoStar and Microsoft started down this road ...
... 7100, didn't have full PVR software -- you could only "pause" ...
... control to give them the same PVR functions as the new DishPlayer ...
... EchoStar Model 7200. Microsoft and EchoStar, by the way, have been ...
... Internet portion, contact WebTV (800-469-3288; www.webtv.com). And if you want a fuller explanation of PVRs, you can read my ...
... brief re-cap of why PVRs are important: Today's hard ...
... button on a PVR remote, and resume watching from that ...
... collection of stories onto a PVR throughout the day, updating them as ...
... a programming breakthrough. PVRs are also wonderfully convenient. No ...
... a show. With a PVR, you just highlight an ...
... can even tell the PVR to automatically record every ...
... DirecTV is charging $ 6. WebTV service, for e- ...
... a month. But WebTV isn't mandatory; you don't have to ...
... sign up for WebTV, you'll also want the optional ...
... a month for PVR service, or $ 4.99 a month if you also subscribe to WebTV. There's also the cost of installation, assuming ...
... so inexpensive: EchoStar and Microsoft are both subsidizing production, ...
... for Dish Network and WebTV. I got a ...
... similar problems when they launched their PVRs, and fixed them within a ...
... I expect EchoStar and Microsoft will do the same. I ...
... COMMUNICATIONS CORP (85%); MICROSOFT CORP (84%); MICROSOFT CORP (84%); TIVO ...

186. Telegram & Gazette (Massachusetts), December 10, 1999 Friday,, Pg. E1, 1195 words, Quantum puts you in charge of your TV, Elizabeth Cooney; TELEGRAM & GAZETTE STAFF, SHREWSBURY
... disk drives enable PVRs to deliver on the VCR's ...
... recording on videotape, PVRs deposit programs digitally ...
... use them. QuickView brings to PVRs both more functions and ...
... on sets equipped with PVRs. In 10 years, ...
... U.S. homes will have PVRs, making them one of the fastest- ...
... follow. QuickView is inside PVRs sold by TiVo ...
... Electronics. QuickView is also in PVRs sold by Replay ...
... 2 Quantum, are also loaded into WebTV, Microsoft's hybrid Internet and television ...
... people up to the revolution of PVRs," Mr. Sanchez of Quantum ...
... media partnerships. TiVo's PVRs, on sale for $ ...
... remote control to tell the PVR to record the program when it ...
... in TiVo and Replay's PVRs, Mr. Sanchez of Quantum ...
... living rooms, in PVRs, set-top boxes, or ...

187. Telegram & Gazette Worcester, MA, December 10, 1999 Friday, BUSINESS; Pg. E1, 1190 words, Quantum puts you in charge of your TV, Elizabeth Cooney, *from Factiva*
... disk drives enable PVRs to deliver on the VCR's ...
... recording on videotape, PVRs deposit programs digitally ...
... use them. QuickView brings to PVRs both more functions and ...
... on sets equipped with PVRs. In 10 years, ...
... U.S. homes will have PVRs, making them one of the fastest- ...
... follow.  QuickView is inside PVRs sold by TiVo ...
... Electronics. QuickView is also in PVRs sold by Replay ...
... 2 Quantum, are also loaded into WebTV, Microsoft's hybrid Internet and television ...
... people up to the revolution of PVRs," Mr. Sanchez of Quantum ...
... media partnerships. TiVo's PVRs, on sale for ...
... remote control to tell the PVR to record the program when it ...
... in TiVo and Replay's PVRs, Mr. Sanchez of Quantum ...
... living rooms, in PVRs, set-top boxes, or ...


188. Business Day (South Africa), November 04, 1999, Information Technology; Pg. 31, 164 words, WEBTV FAILS TO TURN ON, Lesley Stones
Computers, Internet, TV, Microsoft
... boost disappointing sales of WebTV, Microsoft's television-based internet ...
... add new features.  WebTV was originally designed as a ...
... digital video recorder (DVR).  The hard drive will ...
... programme as it is broadcast. WebTV will also be adapted to support ...
... streaming.  So far Microsoft has had limited success in touting WebTV as an alternative internet ...
MICROSOFT CORP  (58%); MICROSOFT CORP (58%);
Computers, Internet, TV, Microsoft  INTERNET & WWW (91%); ...


189. Financial Times (London,England), November 3, 1999, Wednesday, SURVEY - FT-IT REVIEW;, Pg. 5, 1165 words, SURVEY - FT-IT REVIEW: Turn on, tune in - and get spending: HOME ENTERTAINMENT by George Cole: Digital technology is blurring the difference between television viewing and operating a personal computer, By GEORGE COLE
... an order as they watch. Microsoft's WebTV, launched in North ...
... on a PC." WebTV also offers internet access ...
... Personal Video Recorders (PVRs), digital set-top ...
... television programmes. A PVR can be used like ...
... Peat Marwick; EXTMICRO00000 Microsoft Corp; EXTMIDWG00000 Midway ...


190.  TheStreet.com, October 14, 1999 Thursday, TECH STOCKS; Hardware & PCs, 937 words, Quantum Makes a Big Bet on TiVo and the Personal Video Recorder Industry, By Eric Moskowitz, Senior Writer, October 14, 1999 8:11 PM ET
... TIVO:Nasdaq).  A PVR is essentially a very smart ...
... a videocassette recorder, the PVR stores viewing material ...
Analysts say PVRs, with their simple on-screen ...
... disk drives to another PVR company, Replay Networks, which ...
... 14 million homes with PVRs by 2004, predicts the ...
... big bet on PVR technology and has led Quantum to ...
... company is the exclusive provider of PVR-ready QuickView storage ...

... relationship with Quantum.  "While PVRs are not going to generate ...
... underwriting for the company.)  PVR's high-capacity storage ...
... better margins. A PVR retails for about $ ...
... receive royalty payments from its PVR partners, giving it ...
... WorldGate (WGAT:Nasdaq) and Microsoft's (MSFT:Nasdaq) WebTV Networks, are vying for ...
... integrated and has a relationship with WebTV," says Shaw Wu, ...


191. CONSUMER MULTIMEDIA REPORT, October 4, 1999, Monday, IN THE NEWS, 746 words, TIVO IPO TO BE $13 PER SHARE


192. Time Magazine, September 27, 1999, BUSINESS; Pg. 62, 1094 words, Here Come PVRs; Is Network TV Doomed? Personal video recorders that allow ad-free viewing could change broadcasting, James Poniewozik, With reporting by David S. Jackson/Los Angeles
... Personal video recorders, or PVRs (also called "digital video ...
... examine the marketplace." For PVR companies, the money may eventually be, as it was for Microsoft, not in the hardware ...
... material. What spooks the nets is that PVRs could, theoretically, strip out their ...
... for the coalition. To hear PVR companies tell it, ...
... predict that as competition increases (Microsoft's WebTV satellite service will offer PVR-like features later ...
... advertisers crave--adapt to PVRs. Bernoff posits that if X- ...
... willing to do much more. PVR sellers can perhaps ...
... Angeles BOX STORY: THE PVR DIFFERENCE --Allows user to ...


193. AUDIO WEEK, September 20, 1999, Monday, THIS WEEK'S NEWS, 784 words, SONY TO INVEST $27.5 MILLION IN TIVO
... Personal video recorder (PVR) company made disclosure ...
... company, starts manufacturing PVRs this fall.  Current model ...
... started direct selling PVR in April, had 1,000 ...
... per share).  Sales of PVRs for 6 months ...
... subsidy for each PVR manufactured and sold.  Part of subsidy is paid when PVR ships, other portion when ...
... retail price" for PVRs and other products that use ...
... Quantum, NEC supplies PVR's application- specific IC, ...
... will manufacture TiVo PVR for marketing under its ...
... mere vendor of TiVo PVR -- also available from Philips. TiVo ...
... patterns.      First TiVo PVRs from Sony will arrive " ...
... teams were developing features of PVR, but it was too early to ...
... on TiVo-rival WebTV's service.  Bonan told ...
... platform used by Microsoft's WebTV, and that similar interactive functions would be ...


194. Video Week, September 20, 1999, Monday, THIS WEEK'S NEWS, 832 words, TIVO IPO AT $13 PER SHARE AS IT GAINS SONY BACKING


195. Consumer Electronics, September 13, 1999, Monday, THIS WEEK'S NEWS, 382 words, SONY BACKING TIVO
... personal video recorder (PVR) with "intelligent" electronic program ...

... will manufacture TiVo PVR for marketing under its ...
... mere vendor of TiVo PVR -- also available from Philips. TiVo ...
... patterns.       First TiVo PVRs from Sony will arrive " ...
... teams were developing features of PVR, but it was too early to ...
... on Tivo-rival WebTV's service. Bonan told ...
... platform used by Microsoft's WebTV, and that similar interactive functions would be ...
MICROSOFT CORP (53%); MICROSOFT CORP (53%); TRISTAR ...


196. Hamilton Spectator (Ontario, Canada), September 11, 1999 Saturday Final Edition, WEEKEND; Pg. W13, 990 words, WILL DIGITAL VIDEO RECORDERS REVOLUTIONIZE THE WORLD OF TV?; COMPRESS SHOWS ON YOUR HARD DRIVE, ZAP THROUGH THE ADS, AND PUT LIVE TV ON HOLD, BRUCE MOHL, THE BOSTON GLOBE
... two companies selling DVRs, TiVo Inc. and Replay ...
WebTV, owned by Microsoft, is expected to enter the market ...
... buzz about how DVRs will allow consumers to ...
... in the middle of the night. DVR users can view ...
... watching from the beginning while the DVR continues to record the end. ...
... watching where you left off. DVRs put the viewer in ...
... most people is that a DVR is nothing more than a ...
... recorded -- is increased. TiVo and WebTV also have monthly subscription fees of $ ...
... some analysts think DVRs will change that and end ...
... in the process. They think DVRs will become portals to ...
... in advance and use their DVRs to watch them whenever they want. The ...
... Analyst Bernoff predicts DVRs will be the fastest-growing ...
... TV on a DVR will skip through the ...
... broadcast networks. Certainly DVRs make it easy: ...
... area with a TiVo DVR, says the ease of recording has ...
TIVO INC (83%); MICROSOFT CORP (56%); MICROSOFT CORP (56%);


197. VIA SATELLITE, September 10, 1999, Vol. 14, No. 9, 3731 words, INTERACTIVE TV: A New Addition to DTH Services
... more specifically the Internet.       "WebTV, AOL and Wink (partners to the ...
... through an arrangement with Microsoft to offer its WebTV product, uses telephone ...
... digital video recorder (DVR) capability would compare to DirecTV's ...
... Echostar to have several advantages, with WebTV's involvement a strong ...
... over a TV. "WebTV has been doing this a long ...
... for its Internet service. Microsoft also was involved, agreeing to invest $ ...


198. The Boston Globe, September 2, 1999, Thursday, ,City Edition, NATIONAL/FOREIGN; Pg. A1, 1378 words, Viewing may take a revolutionary turn, By Bruce Mohl, Globe Staff
... two companies selling DVRs, TiVo Inc. of Sunnyvale and ...
... Networks of Mountain View. WebTV, owned by Microsoft, is expected to enter the market ...
... buzz about how DVRs will allow consumers to ...
... in the middle of the night. DVR users can view ...
... watching from the beginning while the DVR continues to record the end. ...
... at shortstop again. DVRs put the viewer in ...
... most people is that a DVR is nothing more than a ...

... recorded - is increased. TiVo and WebTV also have monthly subscription fees of $ ...
... some analysts think DVRs will change that and end ...
... in the process. They think DVRs will become portals to ...
... in advance and use their DVRs to watch them whenever they want. The ...
... Forrester Research predicts DVRs will be the fastest-growing ...
... TV on a DVR will skip through the ...
... broadcast networks. Certainly DVRs make it easy: ...
... area with a TiVo DVR, says the ease of recording has ...
... view TV," she said of the DVR time-shifting philosophy. "And, ...
... Nearly everyone acknowledges that DVR technology and programming is in its ...
TIVO INC (83%); MICROSOFT CORP  (56%); MICROSOFT CORP (56%); FORRESTER ...


199. BOSTON GLOBE, September 2, 1999, Thursday, GL-TV, 1390 words, Revolution in Television-Watching May Be a Few Clicks Away, By Bruce Mohl
... two companies selling DVRs, TiVo Inc. of Sunnyvale and ...
... Networks of Mountain View. WebTV, owned by Microsoft, is expected to enter the market ...
... buzz about how DVRs will allow consumers to ...
... in the middle of the night. DVR users can view ...
... watching from the beginning while the DVR continues to record the end. ...
... at shortstop again. DVRs put the viewer in ...
... most people is that a DVR is nothing more than a ...
... recorded -- is increased. TiVo and WebTV also have monthly subscription fees of $ ...
... some analysts think DVRs will change that and end ...
... in the process. They think DVRs will become portals to ...
... in advance and use their DVRs to watch them whenever they want. The ...
... Forrester Research predicts DVRs will be the fastest-growing ...
... TV on a DVR will skip through the ...
... broadcast networks. Certainly DVRs make it easy: ...
... area with a TiVo DVR, says the ease of recording has ...
... view TV," she said of the DVR time-shifting philosophy. "And, ...
... Nearly everyone acknowledges that DVR technology and programming is in its ...
TIVO INC (83%); MICROSOFT CORP  (56%); MICROSOFT CORP (56%); FORRESTER ...


200. The San Francisco Chronicle, AUGUST 13, 1999, FRIDAY,, FINAL EDITION, BUSINESS;, Pg. B1, 552 words, TV Firms Threaten to Sue TiVo, Replay, Dan Fost, Chronicle Staff Writer
... TiVo Inc. of Sunnyvale. Microsoft Corp.'s WebTV unit makes a ...
... personal video recorder, or PVR, records television content onto ...
... WARNER INC (71%); MICROSOFT CORP  (69%); MICROSOFT CORP (69%); ECHOSTAR ...
... Networks; TiVo Inc.; WebTV; Advanced Television Copyright ...


201. Fortune, August 2, 1999, TECHNO FILE/INFOTECH; Pg. 219, 1190 words, Goodbye to TV As We Know It; Thanks to smart new VCR-like machines from Silicon Valley, the viewer is king, media moguls are fretting, and advertisers are terrified., Brent Schlender
... top box that has been called the PVR (personal video recorder), the ...
... in this section. He dubs them DVRs, or digital video recorders.)
... complexity of either. A DVR incorporates a hard- ...
... modem and computer smarts, the DVR provides up-to-date, ...

... for playback later. The DVR even sets its own ...
... VCR, doesn't it? The DVR is far more than that--though ...
... favorite shows. What's more, because the DVR records whatever you have on, ...
... consumer-electronics makers, the DVR not only breathes ...
... will be greater still. If DVRs catch on--Forrester ...
... distribute programs. That's because, yes, DVRs let you skip commercials with ...
... flat-footed by the DVR. It's why he hired former ...
... so curious about DVRs that it leaped at the ...
... service that goes with a DVR is what could provide the real revenue ...
... finally, what differentiates a DVR from a VCR: The former is ...
... a box. A DVR has a two-way ...
... time" after midnight. DVRs will record these for ...
... watching, he isn't charged. DVRs also make it possible ...
... TiVo and Replay also envision that DVRs will merge with other ...
... plans to make TVs with DVRs built in. Panasonic ...
... set-top boxes with DVRs. The DVR is likely to outgrow its Silicon ...
... hit of the millennium. Unlike Microsoft's WebTV, TiVo and Replay realize that ...


202. PR NEWSWIRE, August 2, 1999, 466 words, Foote, Cone & Belding San Francisco Awarded WebTV Networks Advertising Account
... awarded the advertising account of WebTV Networks, Inc., the subsidiary of Microsoft whose products and services bring ...
... an agency review that WebTV Networks conducted through its ...
... Consumer Marketing for WebTV Networks. "Our latest WebTV offerings allow consumers to ...
... digital video record (DVR). We need to build consumer ...
... radio and online ads. WebTV Networks currently offers three types of service: -- WebTV(R) Classic service ...
... receiving e-mail -- WebTV Plus service further ...
... related to their television programming. -- WebTV Plus service for ...
... planned for this fall. "WebTV will be one of those brands that ...
Microsoft Corp (011076); WebTV Networks Inc.  WEBTV NETWORKS INC (94%); ...
... GROUP INC (61%); MICROSOFT CORP  (58%); MICROSOFT CORP (58%); RUBIN ...


203. PR Newswire, August 2, 1999, Monday, Financial News, 471 words, Foote, Cone & Belding San Francisco Awarded WebTV Networks Advertising Account; Decision on $40 Million Assignment to 'Define The Brand' Follows Agency Review, SAN FRANCISCO, Aug. 2
... awarded the advertising account of WebTV Networks, Inc., the subsidiary of Microsoft whose products and services bring ...
... an agency review that WebTV Networks conducted through its ...
... Consumer Marketing for WebTV Networks. "Our latest WebTV offerings allow consumers to ...
... digital video record (DVR). We need to build consumer ...
... radio and online ads.    WebTV Networks currently offers three types of service:    -- WebTV(R) Classic service ...
... receiving e-mail    -- WebTV Plus service further ...
... related to their television programming.    -- WebTV Plus service for ...
... planned for this fall.      "WebTV will be one of those brands that ...
... Belding San Francisco  WEBTV NETWORKS INC (96%); ...
... GROUP INC (62%); MICROSOFT CORP  (58%); MICROSOFT CORP (58%); RUBIN ...

204. INSIDE MULTIMEDIA, July 5, 1999, No. 196, 1244 words, CANADA LEADS IN DIGITAL VCR RACE
... personal video recorder (PVR) solution on Intel's ...
... TV feature in Microsoft Windows (not to be confused with WebTV, the consumer box that Microsoft bought). Web TV ...
... disk! The implications of the digital PVR are thus immense and are thus examined later.


205. INSIDE DIGITAL TV, June 14, 1999, Vol. 2, No. 12, 643 words, HEADLINERS
... personal video recorders' (PVRs) using ReplayTV's hard ...
... faces two rival PVR products, from Microsoft's WebTV and TiVo Networks, in the ...
... 92%); STANDARD AS (72%); MICROSOFT CORP (51%); MICROSOFT CORP (51%);


206. AUDIO WEEK, May 17, 1999, Monday, THIS WEEK'S NEWS, 726 words, THOMSON TO ADD DTV AND ENHANCED SETS, PONDERS GAMES
... personal video recorders (PVRs) and for advanced videogame ...
... result of Thomson's alliances with Microsoft and others, Exec. Vp- ...
... service top menu. Those Microsoft Windows CE-based ...
... option for full WebTV functionality if owner wishes to ...
... Hard disc storage and PVR functionality also are in wings ...
... including Replay Networks PVR, and could announce decision in ...
... partners Alcatel, DirecTV, Microsoft and NEC would play role ...
THOMSON SA (92%); MICROSOFT CORP (51%); MICROSOFT CORP (51%);


207. Consumer Electronics, May 17, 1999, Monday, THIS WEEK'S NEWS, 553 words, DIRECTV DEFENDS SEARS CUTOFF
... DirecTV formed partnership with Microsoft in 1996 to develop ...
... DirecTV was close to pact with Microsoft's WebTV last summer, but ...
... personal video recorder (PVR) using Tivo's hard ...
... service for Philips' PVR. Unclear is whether Philips will ...
... come from relationship between WebTV- owner Microsoft and Philips, which sells WebTV set top, and that between DirecTV and Microsoft, which each own 7% of ...
... can be activated to access WebTV service. Thomson spokesman ...
... COMMUNICATIONS CORP (85%); MICROSOFT CORP (53%); MICROSOFT CORP (53%); NATIONAL ...


208. CONSUMER MULTIMEDIA REPORT, May 17, 1999, Monday, IN THE NEWS, 1115 words, THOMSON PONDERS GAMES, PLANS INTERACTIVE TV


209. SATELLITE WEEK, May 17, 1999, Monday, THIS WEEK'S NEWS, 670 words, DIRECTV DEFENDS SEARS CUTOFF, EXPLAINS AOL DEAL
... DirecTV formed partnership with Microsoft in 1996 to develop ...
... DirecTV was close to pact with Microsoft's WebTV last summer, but ...
... personal video recorder (PVR) using Tivo's hard ...
... service for Philips' PVR. Unclear is whether Philips will ...
... come from relationship between WebTV- owner Microsoft and Philips, which sells WebTV set top, and that between DirecTV and Microsoft, which each own 7% of ...
... can be activated to access WebTV service. Thomson spokesman ...

... AOL LLC (58%); MICROSOFT CORP  (54%); MICROSOFT CORP (54%); SATELLITE ...


210. Business Wire, May 13, 1999, Thursday, 1156 words, Industry First: MGI Software Turns PC Into Digital VCR MGI PURE DIVA Software Suite Unveiled at E3,  LOS ANGELES
... programs, but also what and when they watch. With the WebTV(TM) for Windows feature of the Microsoft Windows 98 operating ...
... worked closely with Intel and Microsoft Corp. to deliver MGI ...
... point and fully utilizes Microsoft DirectShow to deliver spectacular ...
... By building on the Microsoft DirectShow architecture, MGI ...
... Windows Division at Microsoft. "We are happy to be working with MGI ...
... personal video recorders (PVRs) by 2004...PVRs recording capability, combined with ...
... believes the market for PVRs could be broader given the potential ...
... set tops, could lead to PVR ubiquity." MGI PURE ...
... speakers, TV tuner, and Microsoft Windows 98.  About ...
... SOFTWARE CORP (96%); MICROSOFT CORP  (81%); MICROSOFT CORP (81%);


211. Canadian Corporate Newswire, May 13, 1999, Thursday, 1154 words, Industry First: MGI Software Turns PC Into Digital VCR MGI PURE DIVA(TM) Software Suite Unveiled at E3
... programs, but also what and when they watch.  With the WebTV(TM) for Windows feature of the Microsoft Windows 98 operating ...
... worked closely with Intel and Microsoft Corp. to deliver MGI ...
... point and fully utilizes Microsoft DirectShow to deliver spectacular ...
... By building on the Microsoft DirectShow architecture, MGI ...
... Windows Division at Microsoft. "We are happy to be working with MGI ...
... personal video recorders (PVRs) by 2004...PVRs recording capability, combined with ...
... believes the market for PVRs could be broader given the potential ...
... set tops, could lead to PVR ubiquity." MGI PURE ...
... speakers, TV tuner, and Microsoft Windows 98. About ...
... SOFTWARE CORP (96%); MICROSOFT CORP  (81%); MICROSOFT CORP (81%);


212.  Canada Stockwatch, May 13, 1999 Thursday, 949 words, MGI Software Corp - MGI unveils PURE DIVA software suite, *from Factiva*
... programs, but also what and when they watch. With the WebTV for Windows feature of the Microsoft Windows 98 operating ...
... worked closely with Intel and Microsoft Corp. to deliver MGI ...
... point and fully uses Microsoft DirectShow to deliver spectacular ...
... By building on the Microsoft DirectShow architecture, MGI ...
... Windows division at Microsoft. "We are happy to be working with MGI ...
... personal video recorders (PVRs) by 2004...PVRs recording capability, combined with ...
... believes the market for PVRs could be broader given the potential ...
... set tops, could lead to PVR ubiquity." MGI PURE ...
... speakers, TV tuner and Microsoft Windows 98.  ...
... SOFTWARE CORP (97%); MICROSOFT CORP (81%)


213. Consumer Electronics, May 10, 1999, Monday, THIS WEEK'S NEWS, 732 words, THOMSON TO ADD DTV AND ENHANCED SETS, PONDERS GAMES

... personal video recorders (PVRs) and for advanced videogame ...
... result of Thomson's alliances with Microsoft and others, Exec. Vp- ...
... service top menu. Those Microsoft Windows CE-based ...
... option for full WebTV functionality if owner wishes to ...
... Hard disc storage and PVR functionality also are in wings ...
... including Replay Networks PVR, and could announce decision in ...
... partners Alcatel, DirecTV, Microsoft and NEC would play role ...
THOMSON SA (92%); MICROSOFT CORP (51%); MICROSOFT CORP (51%);


214. INSIDE MULTIMEDIA, May 10, 1999, No. 192, 658 words, PVR GROWTH FORECAST
... personal video recorder (PVR) - will fracture this model ...
... Forrester Research, the embrace of PVRs will usher in ...
... create viewer profiles, PVRs will broaden viewer ...
... electronics vendor has a PVR device in the lab, ...
... TiVo, Replay TV, and Microsoft subsidiary WebTV plan to release PVRs in the next 12 ...
... produce sub-$500 PVRs that can store more than ...
... watching TV on PVR-enabled sets. Ten years from now, PVRs will penetrate four ...
... U.S. homes, making PVRs one of the fastest- growing ...
... own broadcast libraries, PVRs will change consumers' ...
... industry."     The rapid adoption of PVRs over the next 10 ...
... network television viewership. With PVRs capable of storing 100 ...
... for consumers. To accommodate the PVR audience, the broadcast networks have ...
... strike promotional deals with PVR vendors; dump their affiliates and ...
... cable and satellite, combined with PVR's ad-skipping capability, ...
... it will accelerate with PVR adoption. By the end of the ...
... environment. To reach the elusive PVR audience, advertisers will ...
... niche audiences.     Although PVRs will boost cable and ...
... RESEARCH INC (57%); MICROSOFT CORP (55%); MICROSOFT CORP (55%);


215. Video Age International, May 1, 1999, No. 4, Vol. 19; Pg. 10 ; ISSN: 0278-5013, 184 words, ReplayTV Set to Replace VCR; Brief Article
... digital video recorders (DVR), devices that can digitally ...
... television programs. They join Microsoft's WebTV Networks, who announced this past January the release of WebTV's upgrade, WebTV Plus.
... airs and then records it. DVR owners will be able to ...
... hours of recording time. WebTV Plus retails for $ ...
... 25 monthly fee; however, WebTV includes an Internet ...


216. PR Newswire, April 26, 1999, Monday, Financial News, 633 words, Production Begins of New DISHPlayer at SCI, HUNTSVILLE, Ala., and LITTLETON, Colo., April 26
... DISHPlayer*, which EchoStar developed with Microsoft(R) WebTV Network(TM) service ...
... Internet TV experience of WebTV Network. WebTV(R) service provides ...
... downloadable video games. The DVR feature is planned to be available ...
... end of 1999 as a WebTV Plus service upgrade ...
... by DISH Network and WebTV Network via satellite. ...
... CORP INTERNATIONAL (58%); MICROSOFT CORP (58%); MICROSOFT CORP (58%);

217. PUBLIC BROADCASTING REPORT, April 23, 1999, Friday, Digital Technology, 135 words
Personal video recorders (PVRs) will "fracture" 50- ...
... said in report.  PVRs, hard disc-based ...
... TiVo, Replay TV and Microsoft's WebTV.
PVRs will make it ...
... U.S. households would own PVRs by 2004, growing to ...
... RESEARCH INC (58%); MICROSOFT CORP  (57%); MICROSOFT CORP (57%);


218. Business Wire, April 19, 1999, Monday, 1424 words, EchoStar Communications Corp., WebTV Networks
Demonstrate First Internet/TV Satellite Product and Service at NAB Conference,  LAS VEGAS
... EchoStar Communications Corp., and WebTV Networks, Inc., will ...
... receiver, DISHPlayer, developed with Microsoft(R) WebTV Network(TM) Plus ...
... CEO Charlie Ergen and WebTV President Steve Perlman ...
... Internet TV experience from WebTV Networks, including a ...
... downloadable video games. The DVR feature is planned to be available ...
... end of 1999 as a WebTV(TM) Plus and EchoStar ...
... by the DISH Network and WebTV Network service at ...
... keyboard.  Internet Experience  The WebTV Plus service for ...
... broadband-enhanced version of the WebTV Plus service, the leading ...
... TV offering worldwide. The WebTV Plus service provides ...
... mail features in the WebTV Network service, allowing ...
... through e-mail. The WebTV Plus service for ...
... features each month. The WebTV Plus service for ...
... dishnetwork.com  About WebTV Networks  WebTV Networks, Inc., the leading ...
... TV service, operates the WebTV Network service and designs WebTV-based Internet Terminals and Receivers. The
WebTV Network service is available ...
... over 700,000 subscribers. WebTV Networks, Inc., based ...
... Calif., is a subsidiary of Microsoft Corp.  Founded in 1975, Microsoft (Nasdaq "MSFT") is the worldwide ...
... every day.      CONTACT: WebTV Networks              Press only:              ...
... COMMUNICATIONS CORP (98%); MICROSOFT CORP  (94%); MICROSOFT CORP (94%); ECHOSTAR ...


219. DV BUSINESS, April 5, 1999, Vol. 12, No. 7, 977 words, News Monitor
... Show earlier this year. Microsoft's [MSFT] WebTV plans to ship WebTV2 ...
... capital firms. Former Microsoft exec Russell Siegelman, ...
... next 10 years, PVRs will fracture the business ...
... in half. But the PVRs will also user in ...
... strike promotional deals with PVR vendors, dump their affiliates and ...
... JAPAN LTD (81%); MICROSOFT CORP  (56%); MICROSOFT CORP (56%); FORRESTER ...


220. MULTIMEDIA WEEK, March 29, 1999, Vol. 8, No. 13, 658 words, Market Research Rapid PVR Sales Growth
Forecast
... personal video recorder (PVR) --  will fracture this model ...
... Inc. (FORR), the embrace of PVRs will usher in ...
... create viewer profiles, PVRs will broaden viewer ...
... electronics vendor has a PVR device in the lab,  ...
... TiVo, Replay TV, and Microsoft subsidiary WebTV plan to release PVRs in the next 12 ...
... produce sub-$500 PVRs that can store more than ...

... watching TV on PVR-enabled sets. Ten years from now, PVRs will penetrate four ...
... U.S. homes, making PVRs one of the fastest- growing ...
... own broadcast libraries, PVRs will change consumers' ...
... industry."    The rapid adoption of PVRs over the next 10 ...
... network television viewership. With PVRs capable of storing 100 ...
... for consumers. To accommodate the PVR audience, the broadcast networks have ...
... strike promotional deals with PVR vendors; dump their affiliates and ...
... cable and satellite, combined with PVR's ad-skipping capability, ...
... it will accelerate with PVR adoption. By the end of the ...
... environment. To reach the ellusive PVR audience, advertisers will ...
... niche audiences.      Although PVRs will boost cable and ...
... RESEARCH INC (83%); MICROSOFT CORP  (55%); MICROSOFT CORP (55%);


221. Television Digest, March 29, 1999, Monday, NOTEBOOK, 136 words
     Personal video recorders (PVRs) will "fracture" 50- ...
... said in report. PVRs, hard disc-based ...
... Replay TV, TiVo and Microsoft's WebTV.
PVRs will make it ...
... U.S. households would own PVRs by 2004, growing to ...
... RESEARCH INC (58%); MICROSOFT CORP  (57%); MICROSOFT CORP (57%);


222. BPI Entertainment News Wire, March 26, 1999, Friday, 830 words, 'PVRs' called threat to nets, By SCOTT
HETTRICK, The Hollywood Reporter, LOS ANGELES (BPI)
... viewers will adapt PVRs in the next five ...
... term dramatic changes.    PVRs are being introduced by ...
... no monthly fee. Microsoft's WebTV is also working on an upgrade of its WebTV Plus service that will have ...
... remote control button, PVRs require no tapes or ...
... By 2004, he expects PVR owners to spend six ...
... promotion on TiVo or WebTV.  ABC and CBS will ...
... strong news operations, which are "PVR-proof," as are sporting events, he said.   PVRs will force networks and ...
... RESEARCH INC (58%); MICROSOFT CORP  (52%); MICROSOFT CORP (52%);


223. The Hollywood Reporter, March 26, 1999, 797 words, 'PVRs' called threat to nets , Scott Hettrick
... viewers will adapt PVRs in the next five ...
... term dramatic changes. PVRs are being introduced by ...
... no monthly fee. Microsoft's WebTV is also working on an upgrade of its WebTV Plus service that will have ...
... remote control button, PVRs require no tapes or ...
... By 2004, he expects PVR owners to spend six ...
... promotion on TiVo or WebTV. ABC and CBS will ...
... strong news operations, which are "PVR-proof," as are sporting events, he said. PVRs will force networks and ...
... RESEARCH INC (58%); MICROSOFT CORP  (52%); MICROSOFT CORP (52%);


224. Communications Daily, March 25, 1999, Thursday, MASS MEDIA, 135 words
     Personal video recorders (PVRs) will "fracture" the 50- ...
... said in report. PVRs, hard disc-based ...
... TiVo, Replay TV and Microsoft's WebTV.

PVRs will make it ...
... million U.S. households would PVRs by 2004, growing to ...
... RESEARCH INC (58%); MICROSOFT CORP (57%); MICROSOFT CORP (57%);


225. MULTIMEDIA NEWS, March 25, 1999, 556 words, FORRESTER RESEARCH   Personal Video Recorders Will
Bring Fundamental Changes to Television Networks
... personal video recorder (PVR) - will fracture this model ...
... Forrester Research, the embrace of PVRs will usher in ...
... create viewer profiles, PVRs will broaden viewer ...
... electronics vendor has a PVR device in the lab, ...
... TiVo, Replay TV, and Microsoft subsidiary WebTV plan to release PVRs in the next 12 ...
... produce sub-$500 PVRs that can store more than ...
... watching TV on PVR-enabled sets. Ten years from now, PVRs will penetrate four ...
... U.S. homes, making PVRs one of the fastest-growing ...
... own broadcast libraries, PVRs will change consumers' ...
... industry." The rapid adoption of PVRs over the next 10 ...
... network television viewership. With PVRs capable of storing 100 ...
... for consumers. To accommodate the PVR audience, the broadcast networks have ...
... strike promotional deals with PVR vendors; dump their affiliates and ...
... cable and satellite, combined with PVR's ad-skipping capability, ...
... it will accelerate with PVR adoption. By the end of the ...
... environment. To reach the ellusive PVR audience, advertisers will ...
... RESEARCH INC (84%); MICROSOFT CORP (55%); MICROSOFT CORP (55%);


226. Newsbytes, March 25, 1999, Thursday, 362 words, Personal Video Recorders Coming To TV - Report, Ian
Stokell;Newsbytes, CAMBRIDGE, Massachusetts, U.S.A.
... personal video recorder (PVR) is poised to revolutionize both the ...
... advertising revenues. But the PVR will change that over the ...
PVRs will reportedly have the capability to ...
... menu of recorded programs that the PVR has recorded based on their ...
... bold prediction that, because of the rise of such PVR devices, TV ad ...
... but then picking up as PVRs, complete with ad-skipping ...
... vendor currently "has a PVR device in the lab, ...
... TiVo, Replay TV, and Microsoft subsidiary WebTV plan to release PVRs in the next 12 ...
... 2001, sub-$500 PVRs will be available with huge ...
... hours of video. Despite PVRs increasing demand for ...
... RESEARCH INC (94%); MICROSOFT CORP (54%); MICROSOFT CORP (54%);


227. Business Wire, March 24, 1999, Wednesday, 822 words, Forrester: Personal Video Recorders Will Bring
Fundamental Changes to Television Networks, CAMBRIDGE, Mass.
... personal video recorder (PVR) -- will fracture this model ...
... Nasdaq:FORR), the embrace of PVRs will usher in ...
... create viewer profiles, PVRs will broaden viewer ...
... electronics vendor has a PVR device in the lab, ...
... TiVo, Replay TV, and Microsoft subsidiary WebTV plan to release PVRs in the next 12 ...
... produce sub-$ 500 PVRs that can store more than ...
... watching TV on PVR-enabled sets. Ten years from now, PVRs will penetrate four ...

... U.S. homes, making PVRs one of the fastest-growing ...
... own broadcast libraries, PVRs will change consumers' ...
... industry." The rapid adoption of PVRs over the next 10 ...
... network television viewership. With PVRs capable of storing 100 ...
... for consumers. To accommodate the PVR audience, the broadcast networks have ...
... strike promotional deals with PVR vendors; dump their affiliates and ...
... cable and satellite, combined with PVR's ad-skipping capability, ...
... it will accelerate with PVR adoption. By the end of the ...
... environment. To reach the ellusive PVR audience, advertisers will ...
... niche audiences. Although PVRs will boost cable and ...
... RESEARCH INC (84%); MICROSOFT CORP (55%); MICROSOFT CORP (55%);


228. Investor's Business Daily, February 9, 1999, Computers & Technology; Pg. A6, 650 words, Will 'DVR' Be Death
Of VCR?, By Michael Lyster, Investor's Business Daily
... firm led by Microsoft Corp. co-founder ...
... a digital recorder, as did Microsoft Corp.'s WebTV Networks Inc. unit. ...
MICROSOFT CORP (93%); THE DIRECTV GROUP INC (93%); MICROSOFT CORP (93%); THE DIRECTV ...


229. INSIDE DIGITAL TV, January 11, 1999, Vol. 2, No. 1, 694 words, HEADLINERS
... Dish Network on WebTV    EchoStar Communications' DISH network and Microsoft's Web TV have confirmed ...
... digital video record (DVR) and playback, Internet and email. ...
... in Las Vegas. The DVR feature is planned to be available ...


230. M2 PRESSWIRE, January 8, 1999, 1187 words, MICROSOFT    WebTV Networks and EchoStar Comms
introduce Internet TV Satellite product and service, LAS VEGAS
WebTV Networks, Inc. and EchoStar ...
... CES today announced the Microsoft WebTV Network Plus service ...
... Internet TV experience from WebTV Networks, including digital video recording (DVR), advanced electronic
program ...
... ready to watch again), DVR (automatic recording of several ...
... downloadable video games. The DVR feature is planned to be available ...
... end of the year as a WebTV Plus and EchoStar service ...
... president and co-founder of WebTV Networks. "The satellite's broadband ...
... capability is seamlessly integrated with the WebTV Plus service, expanding the ...
... by the DISH Network and WebTV Network service at ...
... retail price of $499. "WebTV Networks and EchoStar have taken ...
... CEO and chairman of EchoStar. "WebTV Networks and EchoStar deliver ...
... television." Internet Experience  The WebTV Plus service for ...
... broadband-enhanced version of the WebTV Plus service, the leading ...
... TV offering worldwide. The WebTV Plus service provides ...
... mail features in the WebTV Network service, allowing ...
... through e-mail. The WebTV Plus service for ...
... features each month. The WebTV Plus service for ...
... Communications Corp. About WebTV Networks  WebTV Networks, Inc., the leading ...
... TV service, operates the WebTV Network service and designs WebTV-based Internet Terminals and Receivers. The
WebTV Network service is available ...
... nearly 700,000 subscribers. WebTV Networks, Inc., based ...

... Calif., is a subsidiary of Microsoft Corp  Founded in 1975, Microsoft (Nasdaq "MSFT") is the worldwide ...
... computing every day.  Microsoft, WebTV Network and WebTV are either registered trademarks or trademarks of
Microsoft Corp. in the United ...
... respective owners.  CONTACT: Microsoft  WWW: http://www.microsoft.com/presspass/
MICROSOFT MICROSOFT  WEBTV NETWORKS INC (98%); ...
... COMMUNICATIONS CORP (96%); MICROSOFT CORP  (90%); MICROSOFT CORP (90%);   ADVANCED ...
MICROSOFT  ADVANCED TELEVISION ENHANCEMENT ...


231. Newsbytes, January 7, 1999, Thursday, 560 words, WebTV & EchoStar Partner For Satellite-Based Internet, Matt
Hines;Newsbytes, LAS VEGAS, NEVADA, U.S.A.
Microsoft Corp. [NASDAQ:MSFT] subsidiary WebTV Networks Inc. and EchoStar ...
... partners will offer WebTV's interactive TV service to ...
... will also gain access to WebTV's electronic programming guide which ...
... satellite television programming with WebTV's array of content and online ...
... president and co-founder of WebTV Networks. "The satellite's broadband ...
... digital video recording (DVR) and downloadable video games. The DVR feature is planned to be available at the end
of the year when WebTV Plus and EchoStar release ...
... six channels viewed. The WebTV Plus package for ...
... child-protection features. WebTV officials said the EchoStar ...
... mail features in the WebTV Network service, allowing ...
... 24.95 per month. WebTV's Internet address is "http://webtv.com">http://webtv.comInformation on ...
... ONLINE, TELECOM, BUSINESS/WEBTV/PHOTO)
... COMMUNICATIONS CORP (96%); MICROSOFT CORP  (95%); MICROSOFT CORP (95%); WEBTV
NETWORKS INC (94%); ...


232. PR Newswire, January 7, 1999, Thursday, Financial News, 1249 words, WebTV Networks and EchoStar
Communications Introduce First Internet TV  Satellite Product and Service; Offering Provides Consumers With Digital
Video Record and Playback, InternetAnd E-Mail, Video Games, Enhanced Satellite TV Viewing, LAS VEGAS, Jan. 7
bc-NV-Microsoft-WebTV
WebTV Networks, Inc. and EchoStar ...
... CES today announced the Microsoft(R) WebTV Network(TM) Plus ...
... Internet TV experience from WebTV Networks, including digital video recording (DVR), advanced electronic
program ...
... ready to watch again), DVR (automatic recording of several ...
... downloadable video games. The DVR feature is planned to be available ...
... end of the year as a WebTV(TM) Plus and EchoStar ...
... president and co-founder of WebTV Networks. "The satellite's broadband ...
This capability is seamlessly integrated with the WebTV Plus service, expanding the ...
... by the DISH Network and WebTV Network service at ...
... retail price of $499.    "WebTV Networks and EchoStar have taken ...
... CEO and chairman of EchoStar. "WebTV Networks and EchoStar deliver ...
... television."    Internet Experience    The WebTV Plus service for ...
... broadband-enhanced version of the WebTV Plus service, the leading ...
... TV offering worldwide. The WebTV Plus service provides ...
... mail features in the WebTV Network service, allowing ...
... through e-mail. The WebTV Plus service for ...
... features each month. The WebTV Plus service for ...
... Communications Corp.     About WebTV Networks     WebTV Networks, Inc., the leading ...

... TV service, operates the WebTV Network service and designs WebTV-based Internet Terminals and Receivers. The WebTV Network service is available ...

... nearly 700,000 subscribers. WebTV Networks, Inc., based ...

... Calif., is a subsidiary of Microsoft Corp.    Founded in 1975, Microsoft (Nasdaq: MSFT) is the worldwide ...

... every day.    NOTE: Microsoft, WebTV Network and WebTV are either registered trademarks or trademarks of Microsoft Corp. in the United ...

... respective owners.  SOURCE  Microsoft Corp.    on Microsoft, please visit the Microsoft Web page at http://www.microsoft.com/presspass/on Microsoft's corporate information pages./

... Waggener Edstrom, for WebTV Networks; or Judianne Atencio, ...

Microsoft Corp.; WebTV Networks, Inc.; EchoStar Communications  WEBTV NETWORKS INC (98%); ...

... COMMUNICATIONS CORP (96%); MICROSOFT CORP  (58%); MICROSOFT CORP (58%);

Microsoft Corp.; WebTV Networks, Inc.; EchoStar ...

bc-NV-Microsoft-WebTV New Products; Services  ...