UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - x

INTELLIVISION, a Joint Venture,  :  Civil Action No. 07 CV 4079 (JGK)
                                 :  ECF Case
                 Plaintiff,      :
                                 :
        - against -              :  AFFIDAVIT OF SERVICE
                                 :
MICROSOFT CORPORATION,           :
                                 :
                 Defendant.      :
- - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK    )
                     ) ss.
COUNTY OF NEW YORK   )

ROBERT S. LANDY, being duly sworn, deposes and says that he is over 18 and not a party to this action and that on this 17th day of August, 2007, he caused to be served by hand true copies of Microsoft Corporation's Notice of Motion to Dismiss, the Memorandum of Microsoft Corporation in Support of Defendant's Motion to Dismiss Intellivision's First Amended Complaint, and the Declaration of Robert S. Landy, Dated August 17, 2007, with exhibits in the above-captioned action upon Bruce D. Katz, Esq., 225 Broadway, New York, New York 10007.

Sworn to before me this
17th day of August, 2007

*Arlene Schaffner*
Notary Public

ARLENE SCHAFFNER
Notary Public, State of New York
No. 4644282
Qualified in New York County
Commission Expires Aug. 31, 2009