

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/2007

## LAW OFFICES
# Bruce D. Katz & Associates
### Attorneys and Counselors at Law
The Transportation Building
225 Broadway, 37th Floor
New York, New York, 10007
(212) 233-3434
(212) 208-3060 Fax

September 21, 2007

**BY FACSIMILE** (212)805-7912
Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007

Re: Intellivision v. Microsoft Corp.
    Civil Action No. 07-CV-4079(JGK)

**APPLICATION GRANTED**
**SO ORDERED**

John G. Koeltl, U.S.D.J.

Dear Judge Koeltl:               9/21/07

    I am counsel for plaintiff, Intellivision, in the above-captioned action. I am writing to advise the Court that the parties have agreed to modify the briefing schedule for Microsoft's motion to dismiss plaintiff's Amended Complaint, subject to the Court's approval, as follows:

    1. Plaintiff's opposition papers to be served on or before September 24, 2007 (originally due on September 14, 2007);

    2. Defendant's reply papers to be served on or before October 8, 2007 (originally due September 28, 2007).

    This is the parties' first request for an extension of time associated with defendant's motion to dismiss plaintiff's amended complaint.

Respectfully submitted,

Bruce D. Katz

BDK/mm
cc: Steven L. Holley, Esq., Robert S. Landy, Esq. (by email)