# EXHIBIT A

microsoft - Yahoo! Search Results                                                                Page 1 of 1

Case 1:07-cv-04079-JGK    Document 24-2    Filed 09/25/2007    Page 2 of 2

Yahoo!  My Yahoo!  Mail                                                                 Welcome, **Guest** [Sign In]  Help

**YAHOO! SEARCH**    Web | Images | Video | Local | Shopping | more »

microsoft                                    [Search]   Advanced Search

---

**Search Results**                                              1 - 10 of about 808,000,000 for **microsoft** - 0.03 sec.  (About this page)

Also try: **microsoft** office,  **microsoft** word,  **microsoft** clip art   More...

- **Microsoft**: Official Site
  www.**Office2007**.com - Test Drive **Microsoft** Word and Learn About the New Features Today.
- **Microsoft** Vista & Office 2007
  www.**Microsoft**.com/smallbusiness - Work More Efficiently With Vista & Office Professional 2007.

SPONSOR RESULTS | SPONSOR RESULTS

**Firefox** Rocks
A better web broswer ,safer, faster and more secure, try firefox now.
www**2firefox**.com

**Microsoft** Certified Support - $9.99
Online 24/7 **Microsoft** Certified, 93% Customer Approval. Call now.
www.**iyogi**.net/microsoftsupport

Fix **Microsoft** Window XP Errors
Fix All Errors. Prevent Crashes Improve PC Stability & Speed.
www.**download-download-this.com**

**Microsoft** Training
Train online or at a campus near you. Request info to learn more.
www.**searchforschools**.net

**Microsoft** Office from Only $137.85
Why pay more? 100% genuine software. 30-day satisfaction. Ships free.
www.**RoyalDiscount**.com

Word **Microsoft**
Millions of Products from Thousands of Stores All in One Place.
www.**Dealtime**.com

**Microsoft** Word Offers
1,000S of Offers Online & In-store From The Brands You Know & Trust.
www.**ShopLocal**.com/software

Free **Microsoft** Word Tutorials
Free Word tutorials & training. Get the word skill that you need now.
**Learn-By-Video**.com

See your message here...

1. **Microsoft** Corporation (Nasdaq: MSFT)
   **Microsoft** offers a wide range of software, services, and Internet technologies for personal and business computing. Featuring **Microsoft** Office, **Microsoft** Word, ...
   www.**microsoft**.com - 39k

2. **Microsoft** Downloads
   **Microsoft** software downloads for Windows systems, with updates for popular programs like Office and Internet Explorer, games, drivers, and antivirus security tools.
   www.**microsoft**.com/downloads/Search.aspx?displaylang=en - 34k - Cached

3. **Microsoft** Help and Support
   **Microsoft** offers both self and assisted support for products such as Office, Outlook, Internet Explorer, and more. Find articles, downloads, and updates online, or ...
   support.**microsoft**.com - 26k

4. **Microsoft** Windows Update
   Update site for the **Microsoft** Windows operating system, keeping users' computers updated with the latest security patches and features. Includes Windows updates, ...
   windowsupdate.**microsoft**.com - 6k

5. **Microsoft** Office Online
   Official **Microsoft** Office Online home page, featuring information, technical resources, downloads, and updates. See Office demos and learn more about the products ...
   office.**microsoft**.com - 32k - Cached

6. **Microsoft** Internet Explorer (IE) 7
   Official site of **Microsoft's** Internet Explorer (IE) 7 browser, including downloads, updates, and information on the latest features.
   www.**microsoft**.com/windows/products/winfamily/ie/default.mspx - 105k - Cached

7. **Microsoft** Windows Family
   Official site for the **Microsoft** family of Windows operating systems. Learn more about Windows XP, including how-tos and tips.
   www.**microsoft**.com/windows/default.mspx - 97k - Cached

8. **Microsoft** Office Live
   Get your own personal web site, domain name, and company-branded email for free. Choose from 3 different services: Basics, Essentials, and Premium
   officelive.**microsoft**.com - 84k

9. **Microsoft** - Wikipedia, the free encyclopedia
   **Microsoft** has footholds in other markets besides operating systems and office ... the MSN Internet portal, and the **Microsoft** Encarta multimedia encyclopedia. ...
   Quick Links: History - 1975–1985: Founding - 1985–1995: OS/2 and Windows
   en.wikipedia.org/wiki/**Microsoft** - 232k - Cached

10. **Microsoft** Research
    Conducts research in computer science that might be beneficial to **Microsoft** in the future.
    www.**research.microsoft**.com - 24k - Cached

- Firefox Rocks
  www**2firefox**.com - A better web broswer ,safer, faster and more secure, try firefox now.
- **Microsoft** Certified Support - $9.99
  www.**iyogi**.net/microsoftsupport - Online 24/7 **Microsoft** Certified, 93% Customer Approval. Call now.

Also try: **microsoft** office,  **microsoft** word,  **microsoft** clip art   More...

**1**  2  3  4  5  6  7  8  9  10   Next

microsoft                                    [Search]

SPONSOR RESULTS

---

**Get better results**, not web links, on your phone with Y! oneSearch

Copyright © 2007 Yahoo! All rights reserved. Privacy - Legal - Submit Your Site