# EXHIBIT B

microsoft and pause - Yahoo! Search Results                                    Page 1 of 1

Case 1:07-cv-04079-JGK    Document 24-3    Filed 09/25/2007    Page 2 of 2

Yahoo! My Yahoo! Mail                                                 Welcome, Guest [Sign In]  Help

**YAHOO! SEARCH**    Web | Images | Video | Local | Shopping | more »
microsoft and pause                                    [Search]  Advanced Search

**Search Results**                              1 - 10 of about 6,490,000 for **microsoft** and **pause** - 0.22 sec. (About this page

**SPONSOR RESULTS**

1. **Microsoft patents Pause | The Register**
   ... read on, and it's apparent that it's the "**pause**" that **Microsoft** seeks to exploit. ... more expensive than its rivals, **Microsoft** has snagged BT, SBC and ...
   www.**theregister.co.uk**/2005/12/15/**microsoft**_tv_**pause**_patent - 29k - Cached

2. **Microsoft's Pregnant Pause**
   The software-plus-services model can spell opportunity for the channel, but ... they have to figure out what **Microsoft** products are actually selling today and ...
   www.**channelinsider.com**/article/**Microsofts**+Pregnant+**Pause**/211356_1.aspx - 63k - Cached

3. **Microsoft Windows XP - Pause**
   Suspends processing of a batch program and displays a message prompting the user to press any key to continue. Syntax **pause** Parameters /? Displays help at the ...
   **microsoft.com**/resources/documentation/windows/xp/.../en-us/**pause**.mspx - 11k - Cached

4. MS-DOS **pause** command help
   Information about the MS-DOS command **pause** ... **pause** command is an internal command that is available in the below **Microsoft** Operating Systems. ...
   www.**computerhope.com**/pausehlp.htm - 14k - Cached

5. **Microsoft patents Pause - News and Siteseeing**
   ... screenshots, news, benchmarking, overclocking video card reviews and motherboard ... **Microsoft** patents **Pause**. Don't get outraged though, this one is funny. ...
   www.**firingsquad.com**/news/newsarticle.asp?searchid=9049 - 92k - Cached

6. Feeling Stressed? MSN Games and Work-Life Balance Expert Say, "**Pause** to ...
   Online casual gaming initiative encourages much-needed ... **Microsoft** Research. Feeling Stressed? MSN Games and Work-Life Balance Expert Say, "**Pause** to Play" ...
   www.**microsoft.com**/presspass/press/2006/apr06/04-13Pause2PlayPR.mspx - 24k - Cached

7. **Pause** the **Microsoft** case
   **Pause** the **Microsoft** case and Examine U.S. anti-trust policy, Tocqueville chairman says. ... to the settlement between **Microsoft and** Caldera Company in Utah, ...
   www.**adti.net**/technology/**pause**_the_**microsoft**_case.htm - 7k - Cached

8. Windows Server 2003 Product Help
   Roadmap to Help and Information. Choosing the features that ... Best practices: pointers to recommendations and tips. Submit product feedback to **Microsoft** ...
   **technet2.microsoft.com**/windowsserver/en/library/... - 15k - Cached

9. **Pause** Method of the Win32_PrintJob Class (Windows)
   **msdn.microsoft.com**/.../wmi/**pause**_method_in_class_win32_printjob.asp - 11k - Cached

10. FilgraphManager.**Pause**
    **msdn.microsoft.com**/library/.../htm/pausemethodimediacontrolobject.asp - 8k - Cached

- **Microsoft** Help & Support
  www.**geeksbyminute.com** - Talk to a **Microsoft** product support expert by calling us now.

- **Microsoft** Certified Support - $9.99
  www.**iyogi.net**/microsoftsupport - Online 24/7 **Microsoft** Certified, 93% Customer Approval. Call now.

**1** 2 3 4 5 6 7 8 9 10 **Next**

microsoft and pause                    [Search]

**SPONSOR RESULTS**

**Microsoft Help & Support**
Talk to a **Microsoft** product support expert by calling us now.
www.**geeksbyminute.com**

**Microsoft Certified Support - $9.99**
Online 24/7 **Microsoft** Certified, 93% Customer Approval. Call now.
www.**iyogi.net**/microsoftsupport

Firefox Rocks
A better web broswer ,safer, faster and more secure, try firefox now.
www**2firefox.com**

**Microsoft Software Deals**
Enter Your Zip to Compare Local and Online Prices.
www.**ShopLocal.com**

Live Search Maps: View Aerial Maps
Find what you want fast. See results plotted on an aerial map.
Maps.Live.com

**Microsoft**
Find **microsoft** Online. Shop and Save at Target Today.
www.**Target.com**

**Microsoft** Virus Scan Products
Scan Computer Problems. Free Download for Computer.
www.**FixReview.com**

See your message here...

Want info on your phone? **Get sports scores, movie times, stock quotes**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site