UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| INTELLIVISION, a Joint Venture, | Civil Action No. 07 CV 4079 (JGK) |
| Plaintiff, | ECF Case |
| - against - | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - -x

### MOTION OF ROBERT S. LANDY TO WITHDRAW APPEARANCE

The undersigned respectfully moves, pursuant to Rule 1.4 of the Local Rules of Civil Procedure, to withdraw his appearance on behalf of the Microsoft Corporation ("Microsoft") in the above-captioned matter. The undersigned left the firm of Sullivan & Cromwell LLP on August 22, 2007.

Microsoft remains represented by Steven L. Holley of Sullivan & Cromwell LLP, lead counsel to Microsoft in this matter. Microsoft was informed that the undersigned left Sullivan & Cromwell LLP and that the undersigned will no longer be working on this matter. A copy of this motion has been sent to Microsoft by first class mail.

515248.1

WHEREFORE, the undersigned respectfully requests that the Court permit the undersigned to withdraw his appearance for Microsoft in this matter.

_____
Robert S. Landy (RL9873)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - x
INTELLIVISION, a Joint Venture,              :     Civil Action No. 07 CV 4079 (JGK)
                                             :     ECF Case
                    Plaintiff,               :
                                             :
        - against -                          :
                                             :
                                             :
MICROSOFT CORPORATION,                       :
                                             :
                    Defendant.               :
- - - - - - - - - - - - - - - - - - - - - - x

### AFFIDAVIT OF ROBERT S. LANDY IN SUPPORT OF HIS MOTION TO WITHDRAW APPEARANCE

STATE OF NEW YORK    )
                       ss
COUNTY OF NEW YORK   )

Robert S. Landy, being duly sworn, deposes and says that he left the firm of Sullivan & Cromwell LLP on August 22, 2007 and that Microsoft has been informed that he left the firm of Sullivan & Cromwell LLP on August 22, 2007, and will not longer be working on this matter.

Sworn to before me this
9th day of October, 2007
*Felicia Sheila Richardson*
Notary Public

FELICIA SHEILA RICHARDSON
Notary Public, State of New York
No. 01RI6107232
Qualified in Bronx County
Commission Expires March 22, 20 08

515248.1