UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

| | | |
|---|---|---|
| INTELLIVISION, a Joint Venture | : | Civil Action No. 07 CV 4079 (JGK) |
| | : | ECF Case |
| Plaintiff, | : | |
| -Against- | : | |
| | : | **NOTICE OF APPEARANCE** |
| MICROSOFT CORPORATION, | : | **FOR MICHAEL P. GEISER** |
| | : | |
| Defendant. | : | |

------------------------------------- x

To the Clerk of this Court and all counsel of record:

      Please enter my appearance as counsel in this action for Defendant Microsoft Corporation.

      I certify that I am admitted to practice in this Court.

Dated: October 9, 2007

      Respectfully submitted,

       /s/
      Michael P. Geiser (MG1123)
      SULLIVAN & CROMWELL LLP
      125 Broad Street
      New York, New York  10004
      (212) 558-4104

      *Attorney for Microsoft Corporation*