UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

INTELLIVISION, a Joint Venture,

                Plaintiff,

- against -

MICROSOFT CORPORATION,

                Defendant.
- - - - - - - - - - - - - - - - - - - -x

Civil Action No. 07 CV 4079 (JGK)
ECF Case

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2008

## MOTION OF ROBERT S. LANDY TO WITHDRAW APPEARANCE

The undersigned respectfully moves, pursuant to Rule 1.4 of the Local Rules of Civil Procedure, to withdraw his appearance on behalf of the Microsoft Corporation ("Microsoft") in the above-captioned matter. The undersigned left the firm of Sullivan & Cromwell LLP on August 22, 2007.

Microsoft remains represented by Steven L. Holley of Sullivan & Cromwell LLP, lead counsel to Microsoft in this matter. Microsoft was informed that the undersigned left Sullivan & Cromwell LLP and that the undersigned will no longer be working on this matter. A copy of this motion has been sent to Microsoft by first class mail.

APPLICATION GRANTED
SO ORDERED

_____
John G. Koeltl, U.S.D.J.

1/15/08

515248.1

WHEREFORE, the undersigned respectfully requests that the Court permit the undersigned to withdraw his appearance for Microsoft in this matter.

Robert S. Landy (RL9873)