UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2008
```

INTELLIVISION,

                    Plaintiff,                    07 Civ. 4079 (JGK)

          - against -                             ORDER

MICROSOFT CORPORATION,

                    Defendant.

JOHN G. KOELTL, District Judge:

     By **January 22, 2008**, each party is directed to file a
letter with the Court addressing the following questions:

1.  What effect, if any, does Section 9.2 of the Agreement
    relating to "Governing Law" have on the claims and defenses
    in this action?  How does it affect the arguments in the
    currently pending motion to dismiss?  Should the arguments
    with respect to the scope of the Release in Section 5, and
    the Scope of the Covenant in Section 6.6 be interpreted
    according to Washington law?  Should the existence of any
    fiduciary duty allegedly created by the Agreement be
    interpreted under Washington law?  Should Washington law be
    used to interpret whether unilateral or mutual mistake are
    viable claims with respect to the Agreement?  Does Washington
    law affect any arguments under any statutes of limitations?

2.  What effect, if any, does the provision of Section 9.2

    relating to forum selection have on issues in this case?


SO ORDERED.

Dated:     New York, New York
           January 15, 2008

                                        John G. Koeltl
                                 United States District Judge