USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

# LAW OFFICES
# Bruce D. Katz & Associates
Attorneys and Counselors at Law
The Transportation Building
225 Broadway, 37th Floor
New York, New York, 10007
(212) 233-3434
(212) 208-3060 Fax

JAN 22 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

January 22, 2008

**BY FACSIMILE** (212) 805-7912
Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
1/22/08

Re: Intellivision v. Microsoft Corp.
Civil Action No. 07-CV-4079(JGK)

Dear Judge Koeltl:

I am counsel for plaintiff, Intellivision, in the above-captioned action. I am writing to request an extension of time, until next Monday, January 28, 2008, to provide the letter required by your Order of January 15, 2008.

Unfortunately, I was out of town when your January 15 Order was issued and was unable to review the Order until my return today. I have reviewed the January 18, 2008 letter submitted by Steven L. Holley, Esq., counsel for Microsoft. However, I suspect that the issues raised in your January 15 are not quite as simple and straightforward as outlined in Mr. Holley's letter.

Respectfully submitted,

Bruce D. Katz

BDK/mm
cc: Steven L. Holley, Esq. (by email)

**MEMO ENDORSED**