

**MEMO ENDORSED**

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08

February 25, 2008

ORAL ARGUMENT ADJOURNED
TO TUESDAY, MARCH 18, 2008 AT
3:00PM.

SO ORDERED
2/26/08
/s/ JGK
U S D J

By Facsimile

The Honorable John G. Koeltl,
    United States District Judge,
        Daniel Patrick Moynihan
        United States Courthouse,
            500 Pearl Street, Room 1030,
                New York New York 10007.

Re: *Intellivision v. Microsoft Corporation*, 07- CV 4079(JGK)

Your Honor:

      I just received via e-mail a copy of the letter that was faxed to your chambers by Mr. Katz, Intellivision's counsel. Mr. Katz states that he is ill and unable to proceed with the oral argument scheduled for this Wednesday afternoon. He requests that the oral argument be adjourned one week. I regret that Mr. Katz is not feeling well and obviously have no objection to adjourning the oral argument. However, because I have long-standing plans to be away on vacation the first week of March, I request that the oral argument be rescheduled to a date after March 10, 2008.

Respectfully,

Steven L. Holley

cc: Bruce D. Katz, Esq.