# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY



RECEIVED
MAR 10 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

March 10, 2008

**MEMO ENDORSED**

ADJOURNED TO FRIDAY, MARCH 28, 2008 AT 10:00AM

SO ORDERED,
3/17/08
/s/ John G. Koeltl
U.S.D.J.

By Facsimile

The Honorable John G. Koeltl,
    United States District Judge,
        Daniel Patrick Moynihan
        United States Courthouse,
            500 Pearl Street, Room 1030,
                New York New York 10007.

            Re:    *Intellivision v. Microsoft Corporation*, 07- CV 4079(JGK)

Your Honor:

        With the Court's indulgence, I write to request a further continuance of the oral argument on Microsoft's motion to dismiss the amended complaint, currently scheduled for Tuesday, March 18 at 3:00 p.m. The oral argument has been continued once already at the request of opposing counsel due to an illness. I need to be in London on Monday and Tuesday of next week for an important client meeting involving lawyers from Australia, Canada, South Africa and the United Kingdom. The meeting was scheduled without my knowledge and I am now told it cannot be rescheduled given the travel schedules of the many participants. I am flying back to New York on Wednesday, March 19 and would be available on Thursday or Friday of next week, March 20-21, on Monday and Tuesday of the following week, March 24-25, and on any day the following week, March 31-April 4. Please accept my apologies for requesting a further change in the schedule.

                                                         Respectfully,

                                                         Steven L. Holley

cc: Bruce D. Katz, Esq.