USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08

LAW OFFICES
# Bruce D. Katz & Associates
Attorneys and Counselors at Law
The Transportation Building
225 Broadway, 37th Floor
New York, New York, 10007
(212) 233-3434
(212) 208-3060 Fax

March 26, 2008

**BY FACSIMILE** (212)805-7912
Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007

Re:   Intellivision v. Microsoft Corp.
      Civil Action No. 07-CV-4079(JGK)

Dear Judge Koeltl:

I am counsel for plaintiff, Intellivision, in the above-captioned action. I am writing to request a one-day extension for the parties to submit letters as requested by the Court during oral argument on March 20, 2008. I have obtained my adversary's consent to make this request.

I request that the time to submit letters to the Court be extended until tomorrow, March 27, 2008.

Respectfully submitted,

Bruce D. Katz

*Application granted.*
*So ordered.*
*[signed] JGK*
*3/26/08   U.S.D.J.*

BDK/mm
cc: Steven L. Holley, Esq. (by email)