```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09-05-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTELLIVISION,

                Plaintiff,        07 Civ. 4079 (JGK)

    - against -                ORDER

MICROSOFT CORPORATION,

                Defendant.

JOHN G. KOELTL, District Judge:

The parties are directed to submit a proposed discovery plan, or alternative proposed discovery plans if necessary, by October 3, 2008.

SO ORDERED.

Dated:    New York, New York
         September 4, 2008

                                        John G. Koeltl
                                 United States District Judge