```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
INTELLIVISION, a Joint Venture,     :

                Plaintiff,          :     ORDER

        -against-                   :     07 Civ. 4079 (JGK)(MHD)

MICROSOFT CORPORATION,              :

                Defendant.          :
-----------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby

**ORDERED** that a settlement conference has been scheduled in the above-captioned action on **FRIDAY, OCTOBER 17, 2008 at 10:00 A.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

The parties are directed to bring with them any documents (including any deposition transcripts) that they consider pertinent to their position on the settlement value of the case.

**Dated: New York, New York**
       **September 16, 2008**

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent today to:

Bruce D. Katz, Esq.
225 Broadway, 37th Floor
New York, NY 10007

Steven Lyon Holley, Esq.
Michael Peter Geiser, Esq.
Sullivan & Cromwell
125 Broad Street
New York, NY 10004