```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
INTELLIVISION, a Joint Venture,      :
                Plaintiff,           :      ORDER
        -against-                    :      07 Civ. 4079 (JGK)(MHD)
MICROSOFT CORPORATION,               :
                Defendant.           :
------------------------------------x
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```



A pre-trial conference having been held with counsel for the respective parties today, it is hereby **ORDERED** as follows:

1. Defendant is to respond to plaintiff's untimely served document requests and requests for admission by **June 16, 2009**.

2. Plaintiff is to produce the witnesses noticed by defendant for depositions by **June 30, 2009**.

3. Plaintiff is to serve any notices of deposition in time to accomplish those depositions by **June 30, 2009**.

4. The parties are to designate their expert witnesses and provide the information required under Fed. R. Civ. P. 26(a)(2)(B) by **July 10, 2009**. Any rebuttal reports are due by **July 31, 2009**.

5. Any depositions of expert witnesses are to be completed by **August 31, 2009**.

6. The parties are to submit a joint pre-trial order by

September 30, 2009, unless a potentially dispositive motion has been served by that date.

Dated: New York, New York
       June 3, 2009

                                SO ORDERED.


                                _____
                                MICHAEL H. DOLINGER
                                UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent today to:

Bruce D. Katz, Esq.
225 Broadway, 37th Floor
New York, NY 10007

Steven Lyon Holley, Esq.
Michael Peter Geiser, Esq.
Sullivan & Cromwell
125 Broad Street
New York, NY 10004