UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

INTELLIVISION,

                    Plaintiff,                    07 Civ. 4079 (JGK)

        - against -                               ORDER

MICROSOFT CORPORATION,

                    Defendant.
_____

JOHN G. KOELTL, District Judge:

        For the reasons stated on the record at today's hearing,

Intellivision's motion to bifurcate is **denied**.  The Clerk is

directed to close Docket No. 72.

SO ORDERED.

Dated:    New York, New York
          October 23, 2009

                                        John G. Koeltl
                                 United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/09