UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
INTELLIVISION,
                           Plaintiff(s),

          -against-

MICROSOFT CORPORATION,
                           Defendant(s).
-------------------------------------------------------X

**NOTICE OF ORAL ARGUMENT**

07 civ 4079 (JGK)

To All Parties,

You are directed to appear for oral argument on the pending motion(s), to be held on **Tuesday, November 23, 2010 at 2:30pm** in Courtroom 12B, in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

Don Fletcher
Courtroom Case Manager

Dated: New York, New York
          November 17, 2010

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2010
```