LAW OFFICES
**Bruce D. Katz & Associates**
Attorneys and Counselors at Law
160 Broadway, Suite 908
New York, New York, 10038
(212) 233-3434
(212) 208-3060 Fax

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 11-22-10

November 19, 2010




**BY FACSIMILE**
Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007

ADJOURNED TO WEDNESDAY, DECEMBER 8, 2010 AT 4:30PM
SO ORDERED
11/19/10 [signature] USDJ

Re: Intellivision et al. v. Microsoft Corp.
Civil Action No. 07-CV-4079(JGK)(MHD)

Dear Judge Koeltl:

I am counsel for plaintiffs in the above-captioned action. I am writing to request an adjournment until December 15, 2010 of the hearing scheduled for Tuesday November 23, 2010. I have conferred with Microsoft's counsel, Mr. Holley who has no objection to adjournment of the hearing.

The reason for my request is that on November 23 I am required to appear at a Court-ordered inspection at a defendant's premises in *Automated Management Systems, Inc. v. Rogers, Wughalter et al.*, 10 CV 5990 (NRB)(JLC), a copyright infringement action pending before Judge Buchwald. This inspection has already been adjourned several times to accommodate the schedule of the parties' jointly-retained software expert and cannot likely be further adjourned.

I am also required to attend depositions on November 22, 24 and 26, prepare witnesses traveling to the U.S. from different parts of the world and attend pre-trial conferences in preparation for a trial commencing November 30 and ending December 7 in a group of cases pending before Supreme Court Justice Bernard Fried. I will be out of town attending a hearing on December 10.

Accordingly, I respectfully request that the oral argument be rescheduled on or after December 15, 2010. I thank Your Honor in advance for any accommodation that may be made.

Respectfully submitted,

[signature]
Bruce D. Katz

BDK/mm
cc: Steven L. Holley, Esq. (by email)