UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTELLIVISION,

           Plaintiff,          07 Civ. 4079 (JGK)

  - against -               ORDER

MICROSOFT CORPORATION,

           Defendant.

JOHN G. KOELTL, District Judge:

    The parties are directed to file letter briefs addressing the issues specified by the Court by **December 14, 2010**. Replies may be filed by **December 17, 2010**.

SO ORDERED.

Dated:    New York, New York
          December 8, 2010

                                     John G. Koeltl
                           United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/10