UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTELLIVISION, a Joint Venture, BRUCE ADAMS, JOHN DANIELS and PAUL HOFFMAN,<br><br>             *Plaintiffs*,<br><br>V.<br><br>MICROSOFT CORPORATION,<br><br>             *Defendant*. | ECF Case<br><br>Civil Action No.<br>07-cv-4079(JGK)(MHD) |

### MOTION OF MICHAEL P. GEISER TO WITHDRAW APPEARANCE

The undersigned respectfully moves, pursuant to Rule 1.4 of the Local Rules of Civil Procedure, to withdraw his appearance on behalf of the Microsoft Corporation ("Microsoft") in the above-captioned matter. The undersigned left the firm of Sullivan & Cromwell LLP on or about May 28, 2010.

Microsoft remains represented by Steven L. Holley of Sullivan & Cromwell LLP, lead counsel to Microsoft in this matter and Nuri G. Frame of Sullivan & Cromwell LLP, counsel to Microsoft in this matter. The undersigned understands that Microsoft was informed that the undersigned left Sullivan & Cromwell LLP and that the undersigned will no longer be working on this matter.

-2-

WHEREFORE, the undersigned respectfully requests that the Court permit the undersigned to withdraw his appearance for Microsoft in this matter.

_____
Michael P. Geiser (MG1123)