UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTELLIVISION, a Joint Venture, BRUCE ADAMS, JOHN DANIELS and PAUL HOFFMAN,<br><br>*Plaintiffs,*<br>v.<br><br>MICROSOFT CORPORATION,<br><br>*Defendant.* | ECF Case<br><br>Civil Action No.<br>07-cv-4079(JGK)(MHD) |

### DECLARATION OF MICHAEL P. GEISER
### IN SUPPORT OF HIS MOTION TO WITHDRAW APPEARANCE

I, Michael P. Geiser, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury as follows:

1. I left the firm of Sullivan & Cromwell LLP on or about May 28, 2010.

2. I understand that my former client Microsoft Corporation ("Microsoft") has been informed that I left Sullivan & Cromwell LLP.

3. I understand that Microsoft has been informed that I will no longer be working on this matter and has consented to my withdrawal as counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 14, 2010

_____
Michael P. Geiser