# LAW OFFICES
# Bruce D. Katz & Associates
Attorneys and Counselors at Law
160 Broadway, Suite 908
New York, New York, 10038
(212) 233-3434
(212) 208-3060 Fax

JOHN G. KOELTL
U.S.D.J.

December 17, 2010

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-20-10

**BY FACSIMILE**
Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007

Re:   Intellivision et al. v. Microsoft Corp.
      Civil Action No. 07-CV-4079(JGK)

Dear Judge Koeltl:

I am counsel for plaintiffs in the above-captioned action. I am writing to request a one-day extension (until Saturday) to reply to the December 14, 2010 letter to the Court from Microsoft's counsel, Steven L. Holley, Esq. The deadline for filing the reply letter is today. Microsoft has not consented to this request. I will likely be able to file the reply letter by today's deadline but seek a one-day extension in the event I am unable to do so by midnight tonight.

Mr. Holley's associate, Nuri Frame, Esq., emailed a copy of Mr. Holley's December 14, 2010 letter to me. However, Mr. Frame's email did not appear in my email inbox and appears to have been recognized as spam. As a result, I was not alerted to the existence of the December 14 letter until approximately 4:00 pm today when I received and reviewed Mr. Holley's reply letter of today's date (which references his December 14 letter). Again, I can likely file the reply letter today but seek a one-day extension in the event I am unable to do so by midnight.

Respectfully submitted,

Bruce D. Katz

BDK/mm
cc: Steven L. Holley, Esq. (by email)

*Application denied. The purpose of the schedule was to encourage simultaneous filing. So ordered.*

*12/17/10*

*JGK*
*U.S.D.J.*