LAW OFFICES
# Bruce D. Katz & Associates
Attorneys and Counselors at Law
160 Broadway, Suite 908
New York, New York, 10038
(212) 233-3434
(212) 208-3060 Fax

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-16-11

February 15, 2011

**BY FACSIMILE**
Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007

Re:  Intellivision et al. v. Microsoft Corp.
     Civil Action No. 07-CV-4079(JGK)(MHD)

Dear Judge Koeltl:

    I am counsel for plaintiffs in the above-captioned action. I am writing to request a one-day extension of time, until today, to file plaintiffs' reply in further support of its motion to supplement. No previous extension has been sought. Microsoft has not consented to this request. The reason for this request is as follows.

    Upon receipt of Microsoft's memorandum in opposition last week, it came to my attention that a portion of plaintiffs' ECF filing did not upload. I was advised the ECF help desk that rectifying this required me to refile the motion papers in their entirety, and that this would re-start the briefing schedule. Accordingly, I refiled the papers on February 11, 2011. However, I was advised by Microsoft's counsel yesterday that Microsoft declined to follow the aforementioned procedure and would not consent to an adjournment of the deadline for filing reply papers. Although I endeavored to complete and file plaintiffs' reply by late last night, I was unable to do so.

    Accordingly, I request leave for a one-day extension of time.

Respectfully submitted,

Bruce D. Katz

BDK/mm
cc: Steven L. Holley, Esq. (by email)

**APPLICATION GRANTED
SO ORDERED**

2/15/11

John G. Koeltl, U.S.D.J.