N.Y.S.D. Case #
07-cv-4079(JGK)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 2nd day of July, two thousand and twelve.

---

Intellivision, a Joint Venture, Bruce Adams, John Daniels, Paul Hoffman,

*Plaintiffs-Appellants,*

v.

Microsoft Corporation,

*Defendant-Appellee.*

**STATEMENT OF COSTS**

Docket No. 11-1657

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 02, 2012

---

IT IS HEREBY ORDERED that costs are taxed in the amount of $286.99 in favor of Defendant-Appellee Microsoft Corporation.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/02/2012

DOCKETED AS #12,1163
A JUDGMENT
ON 7/2/12